DOMINIC M. CAROLLO, OSB #093057
NOLAN G. SMITH, OSB #215034
Carollo Law Group LLC
Mail:    P.O. Box 2456
Roseburg, OR 97470
Office: 2315 Old Highway 99 South
Roseburg, OR 97471
Telephone: (541) 957-5900
Fax: (541) 957-5923
Email: dcarollo@carollolegal.com
Email: nsmith@carollolegal.com

SARA GHAFOURI, OSB #111021
SARAH MELTON, OSB #227050
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org
Email: smelton@amforest.org
*Attorneys for Proposed Defendant-Intervenors*

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, an Oregon non-profit corporation; and **OREGON WILD**, an Oregon non-profit corporation, | Civil No. 6:24-cv-01641-MK |
| Plaintiffs, | **[PROPOSED] DEFENDANT-INTERVENORS' ANSWER** |
| vs. | |
| **UNITED STATES BUREAU OF LAND MANAGEMENT,** a federal agency, | |
| Defendant, | |
| and | |
| **AMERICAN FOREST RESOURCE COUNCIL,** an Oregon non-profit corporation; and **ASSOCIATION OF O&C COUNTIES,** an unincorporated Association, | |
| Proposed Defendant-Intervenors. | |

For its Answer to Plaintiffs' First Amended Complaint For Declaratory and Injunctive Relief, Defendant-Intervenors American Forest Resource Council and Association of O&C Counties (Intervenors) state:

<u>**NATURE OF ACTION**</u>

1.      The allegations in the first sentence constitute Plaintiffs' characterizations of their own case, which require no response. To the extent a response is required, Intervenors deny the allegations in the first sentence. Intervenors deny the allegations in the second sentence.

2.      Paragraph two purports to characterize the Blue and Gold Project and its decision record, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations to the extent they are inconsistent with the plain text and meaning of the referenced sources.

3.      Denied.

4.      Denied.

5.      Denied.

6.      Denied.

7.      The allegations in paragraph 7 purport to characterize the Blue and Gold Project decision record, and uncited presidential proclamations, which speak for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations to the extent they are inconsistent with the plain text and meaning of the referenced sources.

8.      Denied.

9.      Intervenors admit that BLM has begun to prepare timber sales pursuant to the Blue and Gold Project, and that the timber volume produced by the Blue and Gold's harvest of

designated Harvest Land Base will go towards satisfying the Allowable Sale Quantity assigned by governing resource management plans. Intervenors deny the remaining allegations in paragraph 9.

10.    Denied.

11.    Paragraph 11 constitutes Plaintiff's characterization of its own case, which require no response. To the extent a response is required, Intervenors deny the allegations.

12.    Denied.

13.    The allegations constitute Plaintiffs' characterizations of their case and requested relief for attorneys' fees and costs, which require no response. To the extent a response is required, Intervenors deny the allegations in this paragraph.

## JURISDICTION AND VENUE

14.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

15.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

16.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

17.    The allegations in the first sentence of this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the

allegations in this paragraph. Intervenors lack knowledge or information sufficient to form a belief as to the remaining allegations in this paragraph, and therefore deny the same.

18.     The allegations in the first sentence constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in the first sentence. Intervenors admit that the Blue and Gold Project is proposed to be implemented in Douglas County, Oregon, but otherwise lack knowledge or information sufficient to form a belief as to the remaining allegations in this paragraph, and therefore deny the same.

### PARTIES

19.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

20.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

21.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

22.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

23.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

24.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

25.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

26.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

27.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

28.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

29.     Intervenors admit that the BLM is charged with managing the lands that are at issue in the Blue and Gold Project.

## LEGAL BACKGROUND

### Administrative Procedure Act

30.     The allegations in this paragraph purport to characterize specific provisions of the APA, 5 U.S.C. §§ 702, 704, which speak for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations to the extent they are inconsistent with the plain text and meaning of the cited source.

31.     The allegations in this paragraph purport to characterize specific provisions of the APA, 5 U.S.C. §§ 706(2)(A), (C), (D), which speak for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations to the extent they are inconsistent with the plain text and meaning of the cited source.

### Federal Land Policy and Management Act

32.     The allegations in this paragraph purport to quote and characterize specific provisions of FLPMA, Public Law 94-579 (1976), 43 U.S.C. §§ 1701, 1701(a)(2), 1701 (a)(8), which speak for themselves and are the best evidence of their contents. To the extent a response

is required, Intervenors deny the allegations to the extent they are inconsistent with the plain text and meaning of the cited sources.

33.     The allegations in this paragraph purport to characterize specific provisions of FLPMA, 43 U.S.C. §§ 1712, 1732, and the BLM's implementing regulations, 43 C.F.R. §1601.5-3(a), which speak for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited sources.

34.     Intervenors admit that the BLM issued the Northwestern and Coastal Oregon RMP in 2016. The remaining allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

**National Environmental Policy Act**

35.      The allegations in this paragraph purport to quote and characterize a specific provision of NEPA, 42 U.S.C. § 4321, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

36.     The allegations in this paragraph purport to characterize NEPA and its implementing regulations, which speak for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

37.     The allegations in this paragraph purport to characterize NEPA and its implementing regulations, which speak for themselves and are the best evidence of their

contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

38.     The allegations in this paragraph purport to characterize NEPA and its implementing regulations, which speak for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

39.     The allegations in this paragraph purport to characterize NEPA and its implementing regulations, which speak for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

40.     The allegations in this paragraph purport to characterize NEPA and its implementing regulations, which speak for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

41.     The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

42.     The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

43.     The allegations in this paragraph purport to characterize NEPA and its implementing regulations, which speak for themselves and are the best evidence of their

contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

44.     The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

**Endangered Species Act**

45.     The allegations in this paragraph purport to characterize the Endangered Species Act and statutes, 16 U.S.C. § 1531(b), which speaks for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

46.     The allegations in this paragraph purport to characterize the Endangered Species Act and statutes, 16 U.S.C. § 1533, which speaks for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

47.     The allegations in this paragraph purport to characterize the Endangered Species Act, statutes, and implementing regulations, which speaks for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

48.     The allegations in this paragraph purport to characterize the Endangered Species Act, statutes, and implementing regulations, which speaks for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations

in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

49.     The allegations in this paragraph purport to characterize the Endangered Species Act, statutes, and implementing regulations, which speaks for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

50.     The allegations in this paragraph purport to characterize the Endangered Species Act, statutes, and implementing regulations, which speaks for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

51.     The allegations in this paragraph purport to characterize the Endangered Species Act, statutes, and implementing regulations, which speaks for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

52.     The allegations in this paragraph purport to characterize the Endangered Species Act, statutes, and implementing regulations, which speaks for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

53.     The allegations in this paragraph purport to characterize the Endangered Species Act, statutes, and implementing regulations, which speaks for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

54.     The allegations in this paragraph purport to characterize the Endangered Species Act, statutes, and implementing regulations, which speaks for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

55.     The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

**Oregon and California Revested Lands Act of 1937 ("O&C Act")**

56.     The allegations in this paragraph purport to characterize the O&C Act, 43 U.S.C. § 2601, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

**Executive Order 13990**

57.     The allegations in this paragraph purport to characterize the Executive Order 13990, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

58.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

59.     The allegations in this paragraph purport to characterize 88 Fed. Reg. 1,196—98 (Jan. 9, 2023), which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

**Executive Order 14072**

60.     The allegations in this paragraph purport to characterize the Executive Order 14072, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

## FACTUAL BACKGROUND

**The 2016 Northwestern Oregon Resource Management Plan**

61.     The allegations in this paragraph purport to characterize the 2016 Northwestern Oregon Resource Management Plan, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

62.     The allegations in this paragraph purport to characterize the 2016 Northwestern Oregon Resource Management Plan, Southwestern Oregon RMP, and their planning documents, which speak for themselves and are the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

63.    The allegations in this paragraph purport to characterize the 2016 Northwestern Oregon Resource Management Plan, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

64.    The allegations in this paragraph purport to characterize the 2016 Northwestern Oregon Resource Management Plan, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

65.    The allegations in this paragraph purport to characterize the 2016 Northwestern Oregon Resource Management Plan, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

66.    Intervenors admit that the Blue and Gold Project seeks to harvest timber from lands dedicated to timber harvest by the 2016 RMP. The remaining allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

67.    The allegations in this paragraph purport to characterize the 2016 Northwestern Oregon Resource Management Plan, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

68.     The allegations in this paragraph purport to characterize the 2016 Northwestern Oregon Resource Management Plan, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

69.     The allegations in this paragraph purport to characterize the 2016 Northwestern Oregon Resource Management Plan, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

70.     The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

71.     The allegations in this paragraph purport to characterize the 2016 Northwestern Oregon Resource Management Plan, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

72.     The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

**The Blue and Gold Project and Planning Process**

73.     Intervenors admit that the Blue and Gold Project authorizes variable retention harvest, commercial thinning, and associated harvest activities in Douglas County, Oregon. The remaining allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a

response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

74.     Denied.

75.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

76.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

77.     Intervenors deny that the BLM released its EA and FONSI on or around July 3, 2024. Intervenors further lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

78.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

79.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

80.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

81.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

82.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

83.     The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this

paragraph. Further, Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

84.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

85.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

86.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

87.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

88.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

89.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

90.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

91.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

92.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

93.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

94.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

95.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

96.     Intervenors admit that on or around September 13, 2024, BLM released a signed FONSI and Final EA. Intervenors otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

97.     The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

98.     The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

99.     The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

100.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

101.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

102.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

103.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

104.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

105.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

106.    Denied.

107.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they

are inconsistent with the plain text and meaning of the decision record. Intervenors further deny that BLM limited its analysis to the issues described in this paragraph.

108.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.  Intervenors further deny that BLM declined to analyze the issues described in this paragraph.

109.    Denied.

110.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

111.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

112.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

113.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

114.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

**Northern Spotted Owl and the Blue and Gold Harvest Plan**

115.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

116.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

117.    The allegations in this paragraph purport to characterize 16 U.S.C. § 1533(a) and 55 Fed. Reg. 26,114, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

118.    Intervenors admit that the FWS designated critical habitat for Northern Spotted Owls in 1992, 2008, 2012, and 2021.

119.    The allegations in this paragraph purport to characterize 77 Fed. Reg. 71,905 (Dec. 4, 2012), which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

120.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

121.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

122.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

123.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

124.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

125.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

126.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

127.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

128.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

129.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

130.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

131.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

**Marbled Murrelet and the Blue and Gold Harvest Plan**

132.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

133.    The allegations in this paragraph purport to characterize 57 Fed. Reg. 45,328 (Oct. 1, 1992) and *Marbled Murrelet v. Babbitt*, 83 F.3d 1060, 1062 (9th Cir. 1996), which speaks for themselves and are the best evidence of their contents. To the extent a response is

required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

134.    The allegations in this paragraph purport to characterize 81 Fed. Reg. 51,348 (August 4, 2016), which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

135.    The allegations in this paragraph purport to characterize an uncited FWS document, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the referenced source.

136.    The allegations in this paragraph purport to characterize an uncited FWS document, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the referenced source.

137.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

138.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

139.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

140.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

141.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same. Intervenors further deny the marbled murrelets often return to nest in the same tree.

142.     Denied.

143.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

144.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this paragraph, and therefore deny the same. Intervenors deny the remaining allegations.

145.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first, second, and third sentences in this paragraph, and therefore deny the same. Intervenors deny the remaining allegations in this paragraph.

146.     The allegations in the first sentence of this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record. Intervenors lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore deny the same.

147.     The allegations in the first sentence of this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record. Intervenors deny the remaining allegations in this paragraph.

148.     The allegations in the first sentence of this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record. Intervenors lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore deny the same.

149.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

**Oregon Coast Coho Salmon, Watersheds, and the Blue and Gold Harvest Plan**

150.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

151.     The allegations in this paragraph purport to characterize certain NMFS listing decisions and 73 Fed. Reg. 7815 (February 11, 2008), which speak for themselves and are the best evidence of their contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

152.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

153.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

154.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

155.    The allegations in this paragraph purport to characterize 73 Fed. Reg. 7816 (February 11, 2008), which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the cited source.

156.    The allegations in this paragraph purport to characterize the "Recovery Plan for Oregon Coast Coho", which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the source.

157.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

158.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

159.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record. Intervenors further lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore deny the same.

160.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

161.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

162.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

163.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

164.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

165.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

166.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

**Special Status Species and The Blue and Gold Harvest Plan**

167.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

168.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

169.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

**Wildfire and the Blue and Gold Harvest Plan**

170.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

171.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

172.    The allegations in this paragraph purport to characterize the decision record for the Blue and Gold Project, which speaks for itself and is the best evidence of its contents. To the extent a response is required, Intervenors deny the allegations in this paragraph to the extent they are inconsistent with the plain text and meaning of the decision record.

173.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

174.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

175.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

## CLAIMS FOR RELIEF

### Claim 1: Violations of the Federal Land Policy and Management Act

### Count 1: The EA and FONSI Authorize Activities Inconsistent with RMP Direction Governing Old-Growth Forest Management

176.    Intervenors incorporate by reference their responses to all preceding paragraphs.

177.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

178.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

179.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

180.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

181.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

182.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this paragraph, and therefore deny the same. Intervenors deny the remaining allegations in this paragraph.

183.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

184.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

185.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

186.    Denied.

**Count 2: The EA, DR, and FONSI Are Inconsistent with RMP Direction Regarding Northern Spotted Owls, Marbled Murrelet, and Their Habitat**

187.    Intervenors incorporate by reference their responses to all preceding paragraphs.

188.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

189.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

190.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

191.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

192.    Denied.

193.    Denied.

194.    Denied.

## Claim 2: Violations of the National Environmental Policy Act

**Count 1: BLM Violated NEPA by Failing to Prepare an EIS for the Blue and Gold Project**

195.    Intervenors incorporate by reference their responses to all preceding paragraphs.

196.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

197.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

198.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

199.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

200.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

201.    Denied.

**This Project Affects Unique and Ecologically Critical Areas.**

202.    Denied.

203.    Denied.

204.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

205.    Denied.

206.    Denied.

207.    Denied.

**This Action Affects Public Health or Safety.**

208.    Denied.

209.    Denied.

210.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

211.    Denied.

**The Effects of This Action Are Highly Uncertain and Controversial.**

212.    Denied.

213.    Denied.

214.    Denied.

215.    Denied.

216.    Denied.

217.    Denied.

218.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

219.    Denied.

220.    Denied.

**This Action Adversely Affects ESA-Listed Species and Their Habitat**

221.    Denied.

222.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

223.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

224.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

225.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

226.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

227.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

228.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

229.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

230.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

231.    Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

**This Project Threatens to Violate Law**

232.    Denied.

233.    Denied.

234.    Denied.

## Count 2: BLM Failed to Take a Hard Look and Otherwise Consider Significant Aspects of the Problem.

235.    Intervenors incorporate by reference their responses to all preceding paragraphs.

236.    The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

237.     The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

238.     The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Intervenors deny the allegations in this paragraph.

239.     Denied.

240.     Denied.

241.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

242.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

243.     Intervenors lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore deny the same.

244.     Denied.

245.     Denied.

## **REQUEST FOR RELIEF**

The remainder of Plaintiffs' Complaint consists of their request for relief, which requires no response. To the extent a response may be required, Intervenors deny the allegations.

## **GENERAL DENIAL**

Intervenors deny each and every allegation of Plaintiffs' Complaint not otherwise expressly admitted, qualified, or denied.

## FIRST AFFIRMATIVE DEFENSE

(Failure to state a claim)

Plaintiffs have failed to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

(Waiver/Estoppel)

Plaintiffs are barred from presenting some or all claims by waiver or estoppel.

## THIRD AFFIRMATIVE DEFENSE (Claim Preclusion/Res Judicata)

Plaintiffs' claims were, or could have been, adjudicated in previous litigation and therefore are barred by issue preclusion (collateral estoppel) or claim preclusion (res judicata).

WHEREFORE, American Forest Resource Council and Association of O&C Counties respectfully request that the Court deny Plaintiffs' request for relief, dismiss the case with prejudice, that Plaintiffs take nothing, and grant any other relief deemed appropriate.

Dated this 18th day of November, 2024.

DOMINIC M. CAROLLO, OSB #093057
NOLAN G. SMITH, OSB #215034
Carollo Law Group
Mail:   P.O. Box 2456
Roseburg, OR 97470
Office: 2315 Old Highway 99 South
Roseburg, OR 97471
Telephone: (541) 957-5900
Fax: (541) 957-5923
Email: dcarollo@carollolegal.com

SARA GHAFOURI, OSB #111021
SARAH MELTON, OSB #227050
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org
Email: smelton@amforest.org

*Attorneys for Proposed Defendant-Intervenors*