Meriel L. Darzen (OSB # 113645)
Crag Law Center
3141 E. Burnside St.
Portland, Oregon 97214
meriel@crag.org | (503) 525-2725

John S. Persell (OSB # 084400)
Oregon Wild
5825 N Greeley Ave.
Portland, OR 97217
jp@oregonwild.org | (503) 896-6472

Nicholas S. Cady (OSB # 113463)
Peter D. Jensen III (OSB # 235260)
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440
nick@cascwild.org | peter@cascwild.org
(541) 434-1463

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDALNDS, OREGON WILD, UMPQUA WATERSHEDS**,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. BUREAU OF LAND MANAGEMENT**,<br><br>Defendant<br>and<br><br>**AMERICAN FOREST RESOURCE COUNCIL; ASSOCIATION OF O&C COUNTIES**,<br><br>Defendant-Intervenors. | **Case No. 6:24-cv-01641-MTK**<br><br>**JOINT STATUS REPORT** |

Counsel for Defendants, Plaintiffs, and Intervenors have conferred regarding the completion and/or supplementation of the administrative record (AR) in this case and attempted to resolve record issues to the extent practical at this juncture. Specifically, all parties stipulate as follows:

1. All parties agree to brief their case in chief by motion for summary judgment consistent with the timeline set forth in this Court's Scheduling Order (Dkt. 18).

2. Parties have worked in good faith to timely resolve record issues which will result in the production of a supplemental record to be lodged by BLM in the near future. To the extent BLM is not able to file the record before Plaintiffs file their motion for summary judgment, the parties agree that Plaintiffs may refer to the supplemental record documents by attaching them to their brief.

3. To the extent parties were unable to agree about the introduction of some records, Plaintiffs will file a motion to supplement and/or complete the record contemporaneously with their summary judgment briefing consistent with the timeline outlined by the Court in its Scheduling Order. (Dkt. 18).

4. Defendants will respond to any such record dispute motions by response contemporaneously and consistent with the timeline provided by the Court for Defendants response/cross-motion for summary judgment (rather than within 14 days as typically required for responding to an opposing parties' motion).

5. Plaintiffs will similarly reply to both their motion for summary judgment/response to Defendant's cross-motion for summary judgment as well as reply and/or respond to outstanding record motions consistent with the timeline provided by the Court for its reply/cross-response to Defendant's motion for summary judgment as outlined in the Scheduling Order. (Dkt. 18).

6. Put simply, all parties have agreed to address record motions/disputes contemporaneously with the summary judgment briefing deadlines that have been provided by the Court in its Scheduling Order. See Dkt. 18.

7. Parties will be prepared to address record issues at oral argument if outstanding issues warrant further attention, argument by the parties, or clarification for the Court.

Respectfully submitted.

April 10, 2025

/s/_____
Meriel L. Darzen, OSB # 113645
Crag Law Center
3141 E. Burnside St.
Portland, Oregon 97214
meriel@crag.org | (503) 525-2725

/s/_____
Nicholas S. Cady, OSB # 113463
Peter D. Jensen III, OSB # 235260
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440
nick@cascwild.org | peter@cascwild.org
(541) 434-1463

/s/_____
John S. Persell, OSB # 084400
Oregon Wild
5825 N Greeley Ave.
Portland, OR 97217
jp@oregonwild.org | (503) 896-6472

*Attorneys for the Plaintiffs*

/s/_____
Sean E. Martin (OSB # 054338)
William M. Narus (CAB # 243633)
United States Department of Justice

District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2936
Telephone: (503) 727-1000
sean.martin@usdoj.gov

*Attorneys for Defendant*

/s/_____
Dominic M. Carollo, OSB #093057)
Nolan G. Smith, OSB #215034
Carollo Law Group
2315 Old Highway 99 South
Roseburg, OR 97471
dcarollo@carollolegal.com
nsmith@carollolegal.com
(541) 957-5900

/s/_____
Sara Ghafouri, OSB #111021
Sarah Melton, OSB #227050
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
sghafouri@amforest.org
smelton@amforest.org
(503) 222-9505

*Attorneys for Defendant-Intervenors*

JOINT STATUS REPORT-2