Exhibit 4

Outlook

**Re: B&G NSO dispersal habitat analysis**

**From** Foster, Christopher C <cfoster@blm.gov>

**Date** Tue 8/6/2024 1:56 PM

**To** Price, Amy L <amy_price@fws.gov>

no fed lands

**Christopher C. Foster**
**Sup. Nat. Res. Spec.**
**South River Field Office**
**Roseburg BLM**

**cfoster@blm.gov**

**office: 541-464-3359**
**cell:** (b) (6) Personal Privacy

**From:** Price, Amy L <amy_price@fws.gov>
**Sent:** Tuesday, August 6, 2024 1:36 PM
**To:** Foster, Christopher C <cfoster@blm.gov>
**Subject:** Re: B&G NSO dispersal habitat analysis

Thank you Chris.

I thought I had seen a legend & was surprised when I didn't find one there. What do the white hexs represent?

Amy L. Price (she/her: why is this important?)

Fish and Wildlife Biologist
Ecological Services-Forest Resources
U.S. Fish and Wildlife Service
Roseburg Field Office
777 NW Garden Valley Blvd
Roseburg, Oregon 97471
mobile: (971) 666-9316
desk: (541) 957-3476

https://fws.gov/office/oregon-fish-and-wildlife

"Let the beauty of what you love be what you do." - Rumi

**From:** Foster, Christopher C <cfoster@blm.gov>
**Sent:** Tuesday, August 6, 2024 1:22 PM

*1*

That will be the dispersal breakdown is the same as in Figure 5. The purpose of the figure was to just illustrate the two hexes that exhibited changes in dispersal conditions from above to below 40%

**Christopher C. Foster**
**Sup. Nat. Res. Spec.**
**South River Field Office**
**Roseburg BLM**

**cfoster@blm.gov**

**office: 541-464-3359**
**cell:** ███████████████ (b) (6) Personal Privacy

---

**From:** Price, Amy L <amy_price@fws.gov>
**Sent:** Tuesday, August 6, 2024 12:55 PM
**To:** Foster, Christopher C <cfoster@blm.gov>
**Subject:** B&G NSO dispersal habitat analysis

Hey Chris-

I just noticed that Figure on p. 69 of the B&G BA doesn't have a legend depicting what the each of the hexagon colors reference. I believe it's a gradient of % of mean dispersal-quality habitat? Could you please provide that when you get a chance.

Thanks!

Amy L. Price (she/her: why is this important?)

Fish and Wildlife Biologist
Ecological Services-Forest Resources
U.S. Fish and Wildlife Service
Roseburg Field Office
777 NW Garden Valley Blvd
Roseburg, Oregon 97471
mobile: (971) 666-9316
desk: (541) 957-3476

https://fws.gov/office/oregon_fish_and_wildlife

"Let the beauty of what you love be what you do." - Rumi



YELLOW CREEK (MSNO 0391)

- No call-back detection 2018-2022
- ARU (BLM) detections (YEC 2 and YEC 3), stations operated in 2022 & 23
    - 2022 – single male,
    - 2023 – single male,



UPPER YELLOW CREEK (MSNO 1924)

- Call-back detection in 2021, unk sex, unk spp
- Call-back detection in 2022, single-male



BEAR CREEK (MSNO 1972)

- Pair in 2018
- BLM ARU (YEC 1) 2022 single-male detection



RICE FLAT (MSNO 1987)

- Call-back detection 2021, single female
- BLM ARU (YEC 1) 2023 single-male detection



YELLOW TRIB (MSNO 4659)

- Call-back detection 2022, single male



# APPENDIX 2 – Project Design Features and Best Management Practices

Excerpt from Appendix B in the Blue and Gold Harvest Plan Environmental Assessment.

Project design features (PDFs) are an integral part of each Action Alternative and serve to minimize or prevent the spread of noxious and invasive plants, and lessen impacts of activities on cultural, fisheries, soil, water, wildlife, and botanical resources resource. In addition to best management practices (BMPs) and legal requirements, these measures would be applied during implementation. To minimize or prevent sediment delivery to streams and comply with the Clean Water Act of 1972 and its revisions, the BMPs would be incorporated into the project design. Implementing these BMPs and others found in the NCO ROD/RMP (pp. 143-164) would disconnect road surface runoff from stream channels and minimize or reduce the conveyance and delivery of sediment to the waters of the United States (BLM, 2012). It is not intended that all of the BMPs listed would be selected for any specific management action. Each activity is unique, based on site-specific conditions and the selection of an individual BMP or a combination of BMPs and measures to become the BMP design. Forest road engineers and aquatic staff select the appropriate BMPs as part of the road construction, renovation and maintenance plans. The most common BMPs for disconnecting road related sediment delivery are listed below.

**Table 1. Project Design Features and BMPs**

| Criteria Number | Objective | Design feature | Land use allocation, units, or activity type |
|---|---|---|---|
| **Noxious and Nonnative Invasive Plant Species Control Measures** | | | |
| 1. | Prevent the introduction and spread of noxious weeds and invasive plants | Steam clean or pressure wash equipment used in logging and road construction prior to entering BLM-administered lands to remove soil and materials that could transport weed propagules (e.g. seeds, root fragments). Off-road equipment removed from the contract area during the life of the contract must be re-cleaned before re-entry into the contract area. *BLM Manual 9015: Integrated Weed Management (1992); NCO ROD/RMP* BMP SP 03 (2016); *Roseburg District Integrated Weed Control Plan Environmental Assessment* No. OR-100-94-11 (1995) | Prior to moving equipment onto BLM land |
| 2. | Prevent the introduction and spread of noxious weeds and invasive plants | Schedule timber harvest activities in uninfested timber sale units prior to timber sale units containing noxious weed infestations. If infested areas are harvested first, equipment would be washed prior to moving from infested areas to uninfested areas. Conforms with NCO ROD/RMP (2016) management objectives for Invasive Species. | All treatment areas |
| 3. | Prevent the introduction and spread of noxious weeds and invasive plants | Where practicable, seed and mulch disturbed areas where natural regeneration is unlikely to prevent weed establishment with native grass seed or revegetate with native plant species where natural regeneration is unlikely to prevent weed establishment, where practicable. *Roseburg District Integrated Weed Control Plan Environmental Assessment* No. OR-100-94-11 (1995), p. 5 | All treatment areas |

| 4. | Prevent the spread of noxious weeds and invasive plant species | Existing infestations of priority noxious weed species would be prioritized for treatment through the annual weed treatment plan. Treatment would occur prior to timber harvest operations and road renovation/construction as part of implementation. *Roseburg District Integrated Weed Control Plan Environmental Assessment* No. OR-100-94-11 (1995), p. 3 | All treatment areas |
| 5. | Prevent the spread of noxious weeds and invasive plant species | Treatment units and new road construction lacking current botanical surveys will be surveyed for weed species prior to project implementation. Any List A weeds found on these surveys will be treated prior to project implementation or flagged and avoided. *BLM Manual 9015: Integrated Weed Management (1992)*, p. 19-20. | All treatment areas |
| 6. | Prevent the spread of noxious weeds and invasive plant species | BLM will conduct post-treatment monitoring for a minimum of three years, as funding and staffing allows, to implement management measures to identify new invasive plant populations and to control new and existing weed populations. *BLM Manual 9015: Integrated Weed Management (1992)*, p. 8-9. | All treatment areas |
| 7. | Prevent invasion of noxious weed and invasive plant species into meadow habitats | BLM will treat noxious weed species within and adjacent to at-risk shallow soil meadow habitat. BLM will conduct post-treatment monitoring for a minimum of three years at these locations. *BLM Manual 9015: Integrated Weed Management (1992)*, p. 8-9, *NCO ROD/RMP* BMP SP 03 (2016); *Roseburg District Integrated Weed Control Plan Environmental Assessment* No. OR-100-94-11 (1995) p. 86 and 95. | T23S-R6W-S27, T23S-R6W-S28, and T23S-R6W-S29 |

**Cultural Resources**

| 1. | Protect cultural resources | If cultural and/or paleontological resources (historic or prehistoric site or object) are discovered during project activities, all operations in the immediate area of such discovery would be suspended until an evaluation of the discovery can be made by a BLM archaeologist or BLM contracted archeologist to determine appropriate actions to prevent the loss of significant cultural or scientific values. | All treatment areas |
| 2. | Protect cultural resources | Known cultural and paleontological resources would be buffered from harvest activities and all associated actions or excluded from harvest unit boundaries. | All treatment areas |

**Fisheries**

| 1. | Minimize water quality threats. | No log hauling on native surface roads or harvest equipment off existing roads would occur during the wet season (mid-October – mid-May); these dates may be extended or shortened based on weather and road conditions. | All haul routes |
| 2. | BMP R 13 | Use temporary sediment control measures to slow runoff and contain sediment from road construction areas. Remove any accumulated sediment and the control measures when work or haul is complete. | All road construction near streams where sediment would be expected to reach the stream |

| 3. | BMP R 17 | When installing a new culvert or replacing culverts in streams containing native migratory fish, install culverts consistent with National Marine Fisheries Service guidelines for salmonid stream crossings. | All road activities needing culvert work |
|---|---|---|---|
| 4. | BMP R 23 | Utilize stream diversion and isolation techniques when installing stream crossings. | All roads where stream crossing is needed |
| 5. | BMP R 48 | Conduct all nonemergency in-water work during the ODFW instream work window (July 1 - September 15) | For work in fish bearing streams |
| 6. | BMP TH 03 | Full suspension yarding would be required over all stream channels. Yard away from streams where possible. Where not practicable, fish biologists/hydrologists would be consulted to ensure resource damage is minimized. | All harvest units and road activities |
| 7. | Restrict sediment delivery to streams | Following road renovation actions, but prior to wet season haul, areas of potential sediment delivery (stream crossings) would be inspected by BLM fisheries, hydrology, and/or engineering staff to determine if additional sediment control measures are warranted. These measures could include seasonal suspension of haul, or installation of such devices as silt fences, straw bales, geofabric rolls, or similar measures. | Stream crossings with road renovation |
| 8. | Restrict sediment delivery to streams and protect coho critical habitat | Road conditions within Riparian Reserves and/or critical habitat for Oregon coast coho salmon would be periodically inspected by a BLM fisheries biologist, hydrologist, and/or engineer to evaluate the effectiveness of sediment control measures. If improvements are required to increase their effectiveness, these actions would be implemented as soon as practicable. | Harvest units adjacent to streams and/or coho critical habitat |
| 9. | Restrict sediment delivery to streams and protect coho critical habitat | The contract administrator would suspend operations before and after periods of substantial rainfall that would result in road surface degradation, causing delivery of generated sediment from log haul to stream channels and/or critical habitat for Oregon coast coho salmon. | Harvest units adjacent to streams and/or coho critical habitat |
| 10. | Maintain/promote fish habitat | Trees cut for yarding corridors, skid trails, road construction, road maintenance, and road improvement within the inner or middle zones would be retained in the adjacent stand or moved for placement in streams for fish habitat restoration (NCO ROD/RMP, p. 68). | Activities in the RRD inner and middle zones excluding thinning and fuels reduction. |
| **Soils** | | | |
| 1. | Minimize soil disturbance | Equipment would be capable of maintaining a minimum one-end log suspension in all cable areas. For thinning units, have a minimum of 75 feet of lateral yarding capability. If necessary, contract requirements may specify the type of logging carriage used and/or require intermediate support. | Cable yarding |
| 2. | Minimize soil disturbance in Riparian Reserves | Yarding corridors in upland thinning units and in, or through, Riparian Reserves would be pre-designated and a maximum of 20-feet in width, in a manner approved by the contract administrator. | Cable yarding |

| 3. | Protection of meadows; minimize soil disturbance to meadows. Limit detrimental soil disturbance. | Minimize disturbance to natural meadows. Designate these areas as non-harvest/leave areas. Locate landings in between meadows where possible. If yarding through meadows is essential for timber harvest activity:<br>• Require a minimum of 75 feet lateral yarding capability to reduce the number of yarding corridors through the meadows.<br>• Do not allow yarding unmerchantable material (YUM yarding) to reduce the amount of yarded material through the meadows.<br>• Place appropriate erosion control (water bars, coir logs, mulch mats, for example) on yarding corridors located in meadows to minimize additional damage.<br>• Conifers would not be planted within the meadows consistent with Botany 4. | Meadows in T 23 S., R 6 W., NE ¼ Section 27 and N ½ Section 29. Additional areas may be identified during implementation. |
|---|---|---|---|
| 4. | Minimize soil disturbance | Landings in thinning units would be located at least 150 feet apart, to the greatest extent possible. | Cable yarding |
| 5. | Protect water quality. Minimize sediment delivery to streams | Completed cable yarding corridors that are near or crossing stream channels within Riparian Reserves, or hydrologically connected to ditch lines would be water-barred and have slash placed over them prior to winter rains. | Cable yarding |
| 6. | Minimize soil compaction and erosion | Processors and harvesters (which do not stay on designated skid trails) would travel over a slash mat created from cutting and limbing the harvested trees. | All ground based harvest |
| 7. | Reduce soil compaction and displacement | Restrict mechanized equipment used for piling fuels and slash to roads, landings and designated skid trails, as much as practicable. | All ground based harvest units with fuels treatments |
| 8. | Minimize soil disturbance and subsequent erosion | Install water bars and place slash/mulch in cable yarding corridors that have soil gullying or trenching deeper than 2 feet for longer than 50 feet or deeper than 1 ½ feet for longer than 100 feet, on steep slopes 60 percent or steeper, to control surface erosion and reduce potential for channeling water. | Cable harvest units with very severe erosion hazard rating and /or high amounts of sensitive soils for burning (Category 1 soils). |
| 9. | BMP TH 01 | Design yarding corridors crossing streams such that the corridors are perpendicular to the orientation of the streams, as is practicable | Cable yarding |
| 10. | BMP TH 02 | Directionally fall trees to lead for skidding and skyline yarding to minimize ground disturbance when moving logs to skid trails and cable yarding corridors. | Cable yarding and ground based skidding |
| 11. | BMP TH 08 and 12 | Limit ground-based yarding equipment to designated skid trails, using pre-existing trails to the greatest extent practicable.<br>Limit mechanized equipment used for felling to one pass off of skid trails, roads and landings.<br>Feller bunchers will be required to stay on designated roads, landings and skid trails in ground based harvest areas where the harvest area has moderate to high amounts of clay and low rock content.<br>Limit designated skid trails for thinning and regeneration to less than or equal to 15 percent of the | All ground based harvest units and fuels treatments |

| | | harvest unit area. Incorporate existing skid trails and landings where feasible, into a designated trail network for ground-based harvest equipment, with proper spacing of skid trails, skid trail direction and location. Space skid trails at least 150 feet apart, or average 150 feet apart. | |
|---|---|---|---|
| 12. | BMP TH 07 | Equipment operators would avoid using equipment in perennially wet areas. | All ground-based harvest |
| 13. | BMP TH 09 | Limit skid trails and skid roads to single width, a maximum of 14 feet wide. Where multiple machines are used, provide a minimum-sized pullout for passing. | All ground-based harvest |
| 14. | BMP TH 10 | Ensure leading end of logs is suspended when skidding in ground-based skidding. | All ground-based harvest |
| 15. | BMP TH 11 | Limit ground-based equipment to the dry season, typically May 15 through October 15. The operating season may be shortened or extended, dependent on weather conditions, when soils are at their driest and least susceptible to compaction. Generally, soils will be at or below 25 percent by weight in water content, before allowing ground-based yarding operations. | All ground-based harvest |
| 16. | BMP TH 13 | Limit the use of non-specialized skidders or tracked equipment to slopes less than 35 percent except when using previously constructed trails or accessing isolated ground-based harvesting areas requiring short trails over steeper pitches. | Ground based harvest units with slopes greater than 35 percent |
| 17. | BMP TH 14 | Limit the use of specialized ground-based mechanized equipment (those machines specifically designed to operate on slopes greater than 35 percent) to slopes less than 50 percent except when using previously constructed trails or accessing isolated ground-based harvesting areas requiring short trails over steeper pitches. | Ground based harvest units with slopes greater than 35 percent |
| 18. | BMP TH 18 | Subsoil skid trails, landings, or temporary roads where needed to achieve no more than 20 percent detrimental soil conditions, and minimize surface runoff, improve soil structure, and water movement through the roadbed. See also R 91-92. | All ground-based harvest |
| 19. | Reduce soil compaction and displacement and minimize soil erosion and surface runoff. BMP TH 16, 17, and 19 | Skid trails would be water-barred according to BLM standards where necessary. Skid trails would be winterized, prior to the rainy season, as necessary to prevent chronic erosion. | All ground-based harvest |
| 20. | BMP TH 22 | Maintain at least the minimum percent of effective ground cover needed to control surface erosion, following forest management operations. See Table C-3 of the NCO ROD/RMP, p. 161 | All harvest units and fuels treatment units |
| 21. | Minimize soil disturbance | Limit burning to when large fuels, >12" diameter, are moist to reduce intensive soil heating . Limit broadcast burning to when soils are moist to reduce soil heating from broadcast burning. | All fuel treatment units. |

Case 6:24-cv-01641-MTK    Document 25-4    Filed 04/18/25    Page 15 of 262

| 22. | BMP F05 pp.163 | In broadcast burning, consume only the upper horizon organic materials and allow no more than 15 percent of the burned area mineral soil surface to change to a reddish color. | All fuel treatment units. |
| 23. | BMP F07 pp.163 | Avoid creating piles greater than 16 feet in height or diameter. Pile smaller diameter materials and leave pieces >12" diameter within the unit. Reduce burn time and smoldering of piles by extinguishment with water and tool use. | All forest management operations. |
| 24. | BMP F08 pp.163 | When burning machine-constructed piles, preferably locate and consume organic materials on landings or roads. If piles are within harvested units and more than 15 percent of the burned area mineral soil (portion beneath the pile) surface changes to a reddish color, then consider that amount of area towards the 20 percent detrimental soil disturbance limit. | All forest management operations. |
| 25. | Minimize soil disturbance | Areas rated as category soils 1 and 1-2 which are considered most sensitive to burning would be excluded to the extent possible from potential broadcast burning. | Broadcast burning |
| 26. | TPCC Changes; 2016 NWC Oregon ROD/RMP (pp. 57-58) | For additional areas found to be nonsuitable woodland according to the TPCC (Timber Production Capability Classification) criteria, these areas would be either:<br>1. Excluded from potential timber harvest areas; or<br>2. Designated as "no harvest areas" if kept within harvest units; or<br>3. Identified as requiring uncut, residual trees, such as for slope stability, for unstable and/or high risk for slope movement areas; or other measures as needed. | Harvest units with areas of nonsuitable woodland |

**Roads**

| 1. | BMP R 22 | Install underdrain structures when roads cross or expose springs, seeps, or wet areas rather than allowing intercepted water to flow in ditchlines. | Haul Routes |
| 2. | BMP R 23 | Effectively drain the road surface by using crowning, insloping, outsloping, grade reversals (rolling dips), waterbars, or a combination of these methods. Avoid concentrated discharge onto fill slopes unless the fill slopes are stable and non-erodible | Haul Routes |
| 3. | BMP R 31 | Disconnect road runoff to the stream channel by outsloping the road approach. If outsloping is not possible, use runoff control, erosion control and sediment containment measures. These may include using additional cross drain culverts, ditch lining, and catchment basins. Minimize ditch flow conveyance to streams by placing cross drains above stream crossings. | Haul Routes |
| 4. | BMP R 32 | Locate cross drains to prevent or minimize runoff and sediment delivery to wetlands, riparian management areas, floodplains, and waters of the state. Implement sediment reduction techniques, such as settling basins, brush filters, sediment fences, or check dams to prevent or minimize sediment delivery. | Haul Routes |

*14*

| 5. | BMP R 33 | Space cross drain culverts at intervals sufficient to prevent water volume concentration and accelerated ditch erosion. | Haul Routes |
|---|---|---|---|
| 6. | BMP R 35 | Locate surface water drainage measures (e.g. cross drain culverts, rolling dips, or water bars) where water flow would be released on convex slopes or other stable and non-erodible areas that would absorb road drainage and prevent sediment flows from reaching wetlands, floodplains, and waters of the state. Where possible, locate surface water drainage structures above road segments with steeper downhill grades. | Haul Routes |
| 7. | BMP R 37 | Discharge cross drain culverts at ground level on non-erodible material. Install downspout structures or energy dissipaters at cross drain outlets or drivable dips where water is discharged onto loose material, erodible soils, fills, or steep slopes. | Haul Routes |
| 8. | BMP R 62 | Manage road construction so that any construction can be completed, and bare soil protected and stabilized prior to fall rains. Apply native seed and certified weed free mulch to cut and fill slopes, ditchlines, and waste disposal sites with the potential for sediment delivery to wetlands, riparian management areas, floodplains, and waters of the state. Apply upon completion of construction or as early as possible to increase germination and growth. Reseed if necessary to accomplish erosion control. Select seed species that are fast growing, have adequate germination, and provide ample ground cover and soil-binding properties. Apply mulch that would stay in place and at site specific rates to prevent erosion. | Haul Routes |
| 9. | BMP R 71 | Prior to the wet season, provide effective road surface drainage by machine cleaning ditches, blading surfaces including berm removal, constructing sediment barriers, and cleaning inlets and outlets. | Haul Routes |
| 10. | BMP R 72 | Avoid undercutting cut-slopes when cleaning ditchlines. Retain ground cover in ditchlines, except where sediment deposition or other obstructions require maintenance. | Haul Routes |
| 11. | BMP R 75 | Inspect and maintain culvert inlets and outlets, drainage structures, and ditches before and during the wet season to diminish the possibility of plugged culverts and washouts. | Haul Routes |
| 12. | BMP R 94 | On roads being hauled on during the wet season, use durable rock surfacing with sufficient surface depth to resist rutting or the development of sediment on roads that drain directly to wetlands, floodplains, or waters of the state. | Haul Routes |
| 13. | BMP R 96 | Suspend commercial use when the road surface is rutted, covered by a layer of mud, or runoff from the road surface is causing a visible increase in stream turbidity. | Haul Routes |

| 14. | BMP R 98 | Do not allow wet season haul on natural surface roads or sediment producing surfaced roads without practicable and effective mitigation. | Haul Routes |
|---|---|---|---|
| **Wildlife** | | | |
| 1. | Maintain or promote northern spotted owl nesting roosting and foraging habitat | Avoid where practical suitable northern spotted owl nest trees (trees with broken tops, visible cavities, or platforms, visible nest structures, and debris structures, typically greater than or equal to 24 inches in width) trees adjacent to nest trees, or potential nest trees that provide habitat function regardless of conditions except when they pose public and/or operational safety hazards (may reach the road or pose hazards to operations). | Yarding wedges within LSR |
| 2. | Prevent disturbance to NSO (northern spotted owl) during nesting season | Seasonal restrictions would be applied in nesting, roosting habitat as described in the Biological Assessment and Biological Opinion. The BLM may waive the restriction and spot check requirement in the third and fourth years if two years of protocol surveys covering all northern spotted owl habitat within the survey area indicate no resident single owls, territorial owl pairs, or pairs/two owls of unknown status and no activity centers are known to occur in the survey area and no barred owls are detected in the survey area (USDI/FWS 2012). This restriction may also be waived for public or operational safety concerns. | All activities within disturbance distance of NSO NRF habitat in all LUAs |
| 3. | Prevent direct or indirect incidental take of NSO via habitat removal or disruption to NSO during the critical breeding period | a. Apply the Situational Management Strategy (this EA Appendix B, Table 2, p. 168) to avoid incidental take of a northern spotted owl.<br>b. Activities within 65 yards of occupied northern spotted owl nest tree, fledging locations, edge of most recent nest patch or unsurveyed nesting, roosting, and foraging (NRF) would be prohibited from **March 1 to July 15**, both dates inclusive.<br>c. This restriction could be waived by the BLM until March 1 of the following year, following implementation of the northern spotted owl survey protocol (USDI/FWS 2012a). If two years of protocol surveys covering all northern spotted owl habitat within the survey area indicate no resident single owls, territorial owl pairs, or pairs/two owls of unknown status and no activity centers are known to occur in the survey area and no barred owls are detected in the survey area then spot checks in the third and fourth years are not required (USDI/FWS 2012).<br>d. To avoid harm to fledgling northern spotted owls, timing restrictions would be implemented from July 15th – August 15th within un-surveyed NRF habitat or occupied nest patches - unless surveys indicate either non-occupancy or non-nesting of northern spotted owls. | All activities within disruption distance of NSO NRF habitat in all LUAs |

| 4. | Maintain NSO NRF habitat | Directionally fall trees to avoid removal or damage to trees identified for retention. | All activities within NSO NRF habitat in all LUAs |
|---|---|---|---|
| 5. | Protect NSO NRF habitat | Where possible, use equipment as anchors along roads instead of trees within suitable northern spotted owl nesting habitat components. | Tailholds or guylines In LSR and/or RR |
| 6. | Protect wildlife habitat trees/nest trees from damage | Where possible, avoid the use of trees that are tagged or marked as wildlife habitat trees and/or nest trees as tailhold or guyline trees. | Tailhold or guyline trees in LSR and/or RR |
| 7. | Protect wildlife habitat trees/nest trees from damage | Where possible, avoid using conifer trees over 30 inches dbh with broken tops, obvious cavities, nest platforms and/or large limbs (6 inches or greater) as tailhold or guyline trees. | Tailhold or guyline trees in LSR and/or RR |
| 8. | Protect wildlife habitat | Protect tailhold trees from girdling by the use of cribbing, straps, tree plates, etc. (to the greatest extent practicable, do not notch more than 50 percent of the circumference of the bole so that the tree may be able to heal over and survive). | Tailhold or guyline trees in LSR and/or RR |
| 9. | Protect Bureau Sensitive Species | In the event a Bureau Sensitive Species is discovered within the project area (, coordinate with wildlife biologist and inform decision maker to evaluate whether there is a need to adjust treatments to meet RMP objectives. | Activities in all LUAs. |
| 10. | Protect Bald and Golden Eagle nests and winter roosting areas. | Do not conduct timber harvest operations (including road construction, tree felling, and yarding) during the breeding season (January 1st through August 31st, both days inclusive) within 660 feet of known bald eagle or golden eagle nests. Decrease the distance to 330 feet around alternate nests within a particular territory, including nests that were attended during the current breeding season but not used to raise young, or after eggs laid in another nest within the territory have hatched. | Bald eagle: EA Harvest Units 24-06-04A, 24-06-04B, 24-06-04C; 24-06-5B and 24-06-07A, 24-06-07B, 24-06-07C |
| 11. | Protect Bald and Golden Eagle nests and winter roosting areas. | Do not remove overstory trees within 330 feet of bald eagle or golden eagle nests, except for removal of hazard trees. | EA Harvest Units 24-06-04A, 24-06-04B, 24-06-04C; 24-06-5B and 24-06-07A, 24-06-07B, 24-06-07C |
| 12. | Protect Meadow Habitat | Block spur road 23-06-29I post-harvest to avoid disturbance of area with off-road vehicles. | EA Harvest Unit 29-6-29E |
| 13. | Protect Meadow Habitat to maintain ecological function | Avoid ground-based yarding through meadows. Place retention trees along outer edge of meadows when feasible, to limit yarding through meadows. Directionally fall trees away from meadows Snag creation would be emphasized along the down slope side of meadows. | Meadows in T 23 S., R 6 W., NE ¼ Section 27 and N ½ Section 29. Additional areas may be identified during implementation. |
| 14. | Protect naturally occurring special habitats | When operationally feasible avoid yarding over rocky outcrops, and cliffs and use retention to create buffers around outcrops and cliffs. | T 23 S., R 6 W., NE ¼ Section 27 and N ½ Section 29. Additional areas may be identified during implementation. |

| 15. | Reduce impacts to marbled murrelet | Before modifying forest stands in any 5-acre portion of the analysis area that contain at least 6 trees with nesting structure and pre-project clearance surveys have not yet been completed Option 2[1] will be implemented. This includes the use of seasonal restrictions (NCO ROD/RMP, p. 99). | Any activities in unsurveyed LSR and RR |
|---|---|---|---|
| 16. | Reduce impacts to marbled murrelet | Before modifying forest stands in any 5-acre portion of the analysis area that contain at least 6 trees with nesting structure conduct surveys to determine occupancy. If marbled murrelet occupancy is determined do not conduct activities within the **occupied stand** and all forest within 300 feet of the occupied stand (Option 1; NCO ROD/RMP, p. 98). | Nesting habitat in the LSR, RR and occupied sites |
| 17. | Reduce impacts to Franklin's and Western Bumble Bee | Pre-treatment assessment of the nesting, foraging, and hibernating habitat conditions the analysis areas and within areas adjacent to the analysis areas. If meadows, oak woodlands, and brush fields that provide a diverse supply of flowers that bloom throughout the colony's life cycle, from spring to autumn are located, then using the best available bumble bee protocol and best available science at the time:<br>• Conduct project clearance surveys of potential, high quality Franklin's bumble bee habitat impacted by the habitat disturbing activities, in order to determine presence of Substantial Floral Resources.<br>• In the absence of clearance surveys, habitats are considered occupied | All activities in all LUAs |
| 18. | Reduce impacts to Franklin's and Western Bumble Bee | In occupied habitat:<br>• No habitat disturbing activities (including prescribed fire and tree planting) in nesting, foraging habitat, or hibernating habitat.<br>• Seasonally restrict operations in unit (15 May - 30 September)<br>• Contact USFWS to determine more detailed project design features. | All habitat disturbing activities within occupied bumble bee habitat. |
| **Botany** | | | |

---

[1] Exclude nesting structure from the project area39 by doing all of the following:

▪ Do not remove or damage nesting structure. This includes trees with nesting structure and adjacent trees with branches that interlock the branches of any tree with nesting structure.

▪ Do not conduct timber harvest and associated ground disturbing activities during the murrelet nesting period (April 1 – September 15) unless the U.S. Fish and Wildlife Service concurs that disturbances would not adversely affect nesting marbled murrelets.

▪ Maintain a 150-foot un-thinned buffer around all trees with nesting structure. Within this buffer, do not remove trees for any reason associated with timber harvest, including the placement of roads, landings, or yarding corridors. Other activities are permitted if the U.S. Fish and Wildlife Service concurs that such activities would not adversely affect nesting marbled murrelet.

▪ Maintain an average canopy cover of at least 60 percent post-project (averaged over each 40-acre area) in the zone between 150 feet and 300 feet of all trees with nesting structure.

▪ Include additional, site-specific prescriptive measures to maintain or enhance habitat conditions, as needed, in the zone between 150 feet and 300 feet from all trees with nesting structure. In this context, **maintain marbled murrelet habitat** means to maintain stand structural characteristics such that, following habitat modification, the stand could support marbled murrelet nesting.

▪ Maintain an average canopy cover of at least 40 percent post-project (averaged over each 40-acre area) within the project area beyond 300 feet from all trees with nesting structure.

| 1. | Protect Special Status Plant Species (NCO ROD/RMP, p. 87) | Treatment units and new road construction lacking current botanical surveys will be surveyed for special status botanical species. Populations of any Federally Listed Threatened or Endangered, or Bureau Sensitive botanical species found during surveys would be managed consistent with any conservation agreements or strategies including the protection and restoration of habitat, alteration of the type, timing, and intensity of actions, and other strategies designed to conserve populations of the species. | All activities in additional units of Sections T. 23 S., R. 6 W. Sections 24, 27,28, 29, & 33. |
|---|---|---|---|
| 2. | Protect Special Status Plant Species (NCO ROD/RMP, p. 87) | Locate green tree retention and limit yarding activities within 100 feet of the *Rhizopogon ellipsosporus* location (10T 4644390 4820490, NAD83). Avoid all activities in the LSR adjacent to the special status site. | Unit 23-6-29C |
| 3. | Protect Special Habitats (NCO ROD/RMP, pp. 86, 95) | Where yarding in meadows results in bare soils, reseed or plant with native vegetation appropriate to the site. Consult with botanist on appropriate species mix. | Meadows in 23-6-27 NE1/4 and 23-6-29 N1/2. |
| 4. | Protect Special Habitats (NCO ROD/RMP, pp. 86, 95) | During reforestation following VRH, avoid planting tree species in designated meadow habitats. | Reforestation, Tree Planting |

# Appendix 3. Monitoring

**Consultation Effects Data Input Form for**
**Northern Spotted Owls & Marbled Murrelets**
**(for use in preparing BA, BO, and annual tracking reports)**

Section I: Consultation Identifier Information (fill out for each form)          Page ____ of ____ forms

| Consultation Type: | Consultation # | Consultation Name | | Sale Volume (MBF) |
|---|---|---|---|---|
| ☐ Formal | | | | |
| ☐ Informal | Reinitiation Cross-Ref.# | Consultation Author (full name) | | Fiscal Year Signed |
| ☐ Tech Assistance | | | | |
| ☐ Tech Asst Nat Event | Suppl. ☐ or Replace ☐ | Termination Date / / | Signature Date | / / |
| Comments | | | | |

Section II: Ownership and Location Identifier Information[1]

| Species | NWFP Province | Group | Land Use Allocation | CHU Identifier |
|---|---|---|---|---|
| | | ☐ NWFP Lands | ☐ AMA  ☐ AW | |
| Consulting Agency | California Ecozone | ☐ Tribal | ☐ CRA  ☐ LSR | FY of Record |
| | | ☐ Other Fed Agency/Land | ☐ MLSA  ☐ MX | |
| Administrative Unit | MAMU Conservation Zone | ☐ HCP | ☐ NAT  ☐ PVT | Decade |
| Administrative Subunit | NWFP Timber Sale Activity | ☐ Other Private/State | ☐ SEA[2] | Consult Status |
| | ☐ YES  ☐ NO | | [2]Murrelets only | ☐ Authorize |
| **Project Report Name** | **Report Contact Name** | **Report Contact Phone** | LUA Identifier | ☐ Proj. Report |

[1]Requires a new data entry form for each change in any field (fill out all fields for each form).

Section III: NSO Consultation Habitat Effects (requires separate form for each change in any data entry field in Section II)

| | Affected Suitable Habitat | | | Habitat Associated Take | | | Dispersal Habitat (non NRF) | |
|---|---|---|---|---|---|---|---|---|
| Effect | NRF | NR[3] | F[3] | Acres | AC (w/acres) | AC (wo/acres) | Acres | Assoc. Harm |
| Removed | | | | | | | | |
| Downgraded | | | | | | | | |
| Degraded | | | | | | | | |
| Added | | | | | | | | |

| | | [3]California only. | | Annual Effects (Number by Fiscal Year) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Harm | Disturbance Effects | | FY? | FY? | FY? | FY? | FY? | FY? |
| | Acres (wo/ LOPs) | | | | | | | |
| ☐ Harass | Activity Centers (w/acres) | | | | | | | |
| | Activity Centers (wo/acres) | | | | | | | |

Section III: MAMU Consultation Habitat Effects (requires separate form for each change in any data entry field in Section II)

| | Affected Habitat | | | Habitat Associated Harm | | |
|---|---|---|---|---|---|---|
| | Suitable Habitat | | Critical Habitat | | | |
| Effect | Stands | Remnants | ½ Site Potential w/in .5 mile | Unsurveyed Acres | Occupied Acres | Surveyed Not Occupied Acres |
| Removed | | | | | | |
| Degraded | | | | | | |
| Added | | | | | | |
| # trees | | | | | | |

| | | | Annual Effects (Number by Fiscal Year) | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Harm | Non-Habitat Effects | FY? | FY? | FY? | FY? | FY? | FY? |
| | Unsurveyed Suitable Habitat (Acres) | | | | | | |
| ☐ Harass | Occupied Suitable Habitat (Acres) | | | | | | |
| | # Individuals | | | | | | |

Section II & III: General Note and Comments

R1 ES/OTS-3                                                                 Rev. 03/22/2004

# APPENDIX 4 – Definitions and Terms for the Northern Spotted Owl and Marbled Murrelet Analysis

**Northern Spotted Owl Habitat Type and Function**

<u>NRF Habitat</u>

Habitat for the spotted owl used for nesting, roosting, and foraging is also referenced as "NRF" habitat. NRF habitat also provides for dispersal function (described below). There are multiple vegetative components that, when acting together in concert, constitute NRF habitat including: conifer cover, conifer diameter, density of large ($\geq$ 30 inches diameter at breast height (DBH)) conifers, canopy cover greater than 60 percent, stand height, and stand age. Dead vegetative components such as snags and down wood material also contribute to NRF habitat because they provide nesting/roosting structures for spotted owls as well as for small mammal prey (e.g., flying squirrels). The amount of these live or dead vegetative components present in NRF habitat varies by physiographic province.

For this analysis, NRF habitat is generally mature or older coniferous forest that contains large-diameter trees and snags with nesting structure, is multi-storied, and has sufficient vertical and horizontal cover to provide opportunities for nesting, roosting and foraging activities. NRF habitat classification for this analysis was done by either (a) field verification by wildlife biologists or (b) using FOI data where forest 80 years of age or older (i.e., a stand birthdate prior to 1942) in the absence of field verification of habitat function.

Recovery Action 32 (RA 32) quality habitat is a subset of NRF habitat which is characterized as *"well distributed, older and more structurally complex multi-layered conifer forests" having large diameter trees, high amounts of canopy cover, and decadence components such as broken-topped live trees, mistletoe, cavities, large snags, and fallen trees (USDI FWS 2011a p. III-67)".* Refer to Appendix D for more discussion about Recovery Action 32.

<u>Dispersal-Only Habitat</u>

Dispersal habitat is essential for the movement of juvenile and non-territorial (e.g., single birds) northern spotted owl to fill territorial vacancies and provide adequate gene flow across the range of the species (USDI FWS 2008). For this analysis, dispersal-only habitat is generally young to mature coniferous forest with a high amount of canopy cover. Classically, dispersal-only habitat for the spotted owl was regarded as conifer-dominated forest stands with canopy cover of 40 percent or greater and an average DBH of 11 inches or greater (Thomas et al. 1990). However, the "marginal" class of habitat, is likely important for supporting dispersal, foraging, and nonbreeding (i.e., floater) individuals (Lesmeister et al. 2018a, p. 252). Dispersal habitat may contain snags, coarse down wood, and prey sources, which are habitat components allowing northern spotted owls to move and forage between blocks of NRF habitat (USDI FWS 2008).

For this analysis, dispersal-only habitat is generally defined as conifer-dominated forest stands approximately 40 to 79 years old. However, dispersal-only habitat classification for this analysis within unit boundaries was done by field verification by wildlife biologists. In the absence of field verification of habitat function, classification of habitat outside of unit boundaries were determined using FOI data where conifer stands with birthdates of 1943 to 1982 (40-79 years old) were considered dispersal-only habitat.

Dispersal Habitat

Davis and others (2016, p.12) described "dispersal-capable landscapes" as those which contain >40 percent dispersal-quality habitat, while Thomas et al. (1990) suggested at least 50 percent dispersal habitat across the landscape would provide for dispersal/connectivity functions for spotted owls. For this analysis dispersal habitat is defined as a combination of NRF and dispersal-only habitats across the landscape.

Forest-Capable

For this analysis, forest-capable is defined as conifer-dominated forest stands less than 40 years old and are not currently functioning as NRF or dispersal-only habitats. Because forest-capable does not currently contain habitat elements necessary for maintaining northern spotted owl life history functions, it will not be discussed at each of the analytical spatial scales (i.e., home range and core-use area).

Non-Capable

Roads and non-forest lands (open water, agricultural or urban areas, rock outcrops, grasslands, etc.) are considered non-capable. For this analysis, the District assumed that the total width of non-capable lands along existing roads is 16 feet (8 feet from centerline) and that the total width of non-capable lands along highways is 45 feet (22.5 feet from centerline).

## Terms Describing Changes in Habitat Type and Function

When assessing if a treatment is a modification, downgrade, or removal, the "central mean tendency" of the suite of vegetative components comprising habitat by spotted owls was considered in this analysis.

**Modify** means the habitat will not change its designated habitat function as a result of treatment, thereby maintaining its current biological functions for spotted owls.

- NRF habitat – a minimum of 60 percent canopy cover is maintained post- harvest.
- Dispersal-only habitat – a minimum of 40 percent canopy cover is maintained post-harvest.

**Downgrade** of NRF habitat means to alter the function of spotted owl NRF habitat so that it no longer supports nesting, roosting, and foraging functions, but will support spotted owl dispersal (Thomas et al.1990, Davis et al. 2011, pg. 50). Downgrade may also be used to describe effects to dispersal-only habitat. Downgrade of dispersal-only habitat means to alter the function so that it no longer supports dispersal functions through that patch/stand. In both NRF and dispersal-only habitat downgrade, functionality is reduced but there is still a substantial residual vegetative component.

**Remove** means to alter spotted owl NRF or dispersal-only habitat so that the habitat no longer provides any function for the species. Recovery of the lost biological function(s) are not expected in the short-term and it is expected it will take several decades for the habitat to re-develop following removal (e.g., > 20 years). NRF and/or dispersal-only habitat are converted to forest-capable, which would no longer support nesting, roosting, foraging or dispersal for northern spotted owls.

## Analytical Spatial Scales

Home Range

The provincial home range (home range) size varies by physiographic province and is the "area traversed by the individual in its normal activities of food gathering, mating, and caring for young" (Burt 1943, p. 351). The northern spotted owl home range in the Oregon Coast Range is a 1.5-mile radius circle centered on a site, encompassing 4524 acres, and is used by northern spotted owls for nesting, roosting, and foraging activities (Thomas et al. 1990 and Courtney et al. 2004). The home ranges of several northern spotted owl pairs may overlap with the habitat shared by adjacent owl pairs and other non-territorial owls. The home range is important for the survival and productivity of northern spotted owls because they are non- migratory birds that remain within their home range year-round (Thomas et al. 1990).

Available science suggests that as the amount of NRF habitat in a northern spotted owl's home range decreases, so does site occupancy, reproduction, and survival (Bart and Forsman 1992, Bart 1995, Forsman et al. 2005). Thomas et al. (1990), Bart and Forsman (1992), Bart (1995), Olson et al. 2004, and Dugger et al. (2005) suggest that when northern spotted owl home ranges are comprised of less than 40 to 60 percent NRF habitat, they were more likely to have lower occupancy and fitness as cited in the BO for the NCO RMP/ROD (USDI FWS 2016, p. 58). In addition, results of Dugger et al. (2005) and Olson et al. (2004) suggest that younger stands do not necessarily contribute to overall habitat-fitness.

The amount of NRF habitat considered necessary to maintain northern spotted owl life functions within a 1.5-mile home range radius is 1809 acres (40 percent of the total home range acres) (Thomas et al. 1990 and Courtney et al. 2004). In this analysis, "habitat-limited" means that the provincial home range has less than 40 percent (1809 acres) NRF habitat available.

Core-Use Area

The core-use area is a 0.5-mile radius circle centered on a northern spotted owl site, encompassing an area of approximately 500 acres. The core-use area is used to describe the area most heavily utilized during the nesting season (USDI FWS 2008b). Core-use areas are defended by territorial northern spotted owls and generally do not overlap with other northern spotted owl pairs.

A substantial amount of work has been done to determine how much habitat is necessary for a spotted owl site to be successful. Meyer et al. (1998) examined landscape indices associated within spotted owl sites versus random plots on BLM lands throughout Oregon, and found that across provinces, percent of old forest (approximately 30 percent) were highly positively correlated with the probability of spotted owl occupancy within the 500 acres surrounding the site. Meyer et al. (1998) also determined that territory occupancy decreased following harvest of NRF habitat in the affected core area. Zabel et al. (2003) found in their northwest California study, that the highest probability of owl occupancy occurred when the core- use area was composed of 69 percent nesting/roosting habitat. Bart (1995) found that core-use areas should contain 30-50 percent mature and old growth forest. Most recently, Dugger et al. (2005) showed in their southern Oregon study area that when owl core-use areas had at least 50-60 percent older forest habitat, spotted owl fitness (i.e., survival and reproduction) was relatively higher than in core-use areas with lesser amounts.

Within the core-use area, habitat within 200-300 meters of the nest is important to nest site selection and habitat use by post-fledgling owls (Miller 1989; Swindle et al. 1999; Perkins et al. 2000). The amount of NRF habitat considered essential to maintain northern spotted owl life functions is 250 acres (50 percent) of the core-use area (Irwin et al. 2005, Glenn et al. 2004, and Carey et al. 1992). Other studies determined the probability of spotted owl occupancy and habitat fitness varies according to the amount of NRF within the core-use area (Bart 1995, Meyer et al. 1998, Zabel et al. 2003, and Dugger et al. 2005). These critical values vary from 30 percent (Meyer et al. 1998) to 69 percent

(Zabel et al. 2003). Thus, impacts were compared against the mean value of 50 percent (of 500 acres) NRF within the core-use area, which is approximately half-way between the critical values of 30 and 69 percent (Bart 1995, Meyer et al. 1998, Zabel et al. 2003, and Dugger et al. 2005). It also corresponds to 250 acres of NRF considered essential to maintain northern spotted owl life functions (Irwin et al. 2005, Glenn et al. 2004, and Carey et al. 1992). Therefore, for this analysis, "habitat-limited" means the spotted owl core-use area has less than 50 percent (< 250 acres) NRF habitat available.

<u>Nest Patch</u>

The 70-acre nest patch is centered within the core-use area, represented by a circle with a 300-meter radius centered on the nest tree (Perkins 2000; Swindle et al. 1999; Miller 1989) or activity center of a pair or resident single spotted owl. As central place foragers, nesting spotted owls are likely most sensitive to activities that occur near the nest site. Nest patches are usually associated with older forest; however, younger forests may be an important component due to their proximity to the nest site and potential usage by spotted owls (Glenn et al. 2004, p. 48). Relatively minor changes in stand composition or shape of a nest patch may result in substantial reductions in the likelihood of occupancy and reproduction of the territory. (Swindle et al. 1999, Perkins 2000).

In this analysis habitat acres treated may exceed harvest acres in the proposed action due to the difference in road-width assumptions and number rounding. For existing roads, environmental baseline road-width assumptions for the northern spotted owl analysis corresponds with the 16-foot road-width used in ESA consultation for this project. In contrast, a 45-foot road width is used for the proposed action acres and for other resources analyze which corresponds to the PRMP/FEIS assumptions for the NCO ROD/RMP (USDI - Bureau of Land Management, 2016b, p. 753).

## Marbled Murrelet Habitat Type and Function

Marbled murrelet nesting structure

A conifer tree with all of the following characteristics (which are not always visible from the ground) within 50 miles of the Pacific Coast (NCO RMP, pg. 98; SWO RMP, pg. 119):

- o A DBH of at least 19.1 inches and a height greater than 107 feet.
- o A nest platform at least 32.5 feet above the ground (a nest platform is a relatively flat surface at least 4 inches wide, with nesting substrate (e.g., moss, epiphytes, duff), and an access route through the canopy that a murrelet could use to approach and land on that platform).
- o A tree branch or foliage, either on the tree with potential structure or on an adjacent tree, which provides protective cover over the platform.

*Note*: Nesting structure does not have to be occupied by nesting marbled murrelets.

Forest stands providing nesting opportunities are considered **nesting habitat** for the murrelet.  Generally, this habitat is 80 years of age or older (i.e., a stand birthdate prior to 1937) includes marbled murrelet nesting structure, and is within 50 miles of the coast.

Recruitment habitat

Forested stands within 50 miles of the coast containing a residual component of potential nesting structure, as described in the *Management of Potential Marbled Murrelet Nesting Structure in Thinning Stands* guidance of March 26, 2004 (USDI BLM and FWS 2004).  This habitat type occurs in mid-seral stands when residual or remnant trees were left standing during previous harvest.  For this analysis, recruitment habitat is generally conifer stands with birthdates of 1937 to 1976 (40-79 years old) and likely contain nesting structure as described above and/or capable of becoming nesting habitat within 50 years. Roads are not considered recruitment habitat.  For terrestrial wildlife consultation analyses, the District assumed that the total width of non-capable habitat along existing GTRN roads is 16 feet (8 feet from centerline) and that the total width of non-capable habitat along existing highways is 45 feet (22.5 feet from centerline).

Forest-Capable

For this analysis, forest-capable is defined as conifer-dominated forest stands less than 40 years old and are not currently functioning as nesting or recruitment habitats.

Non-Capable

Roads and non-forest lands (open water, agricultural or urban areas, rock outcrops, grasslands, etc.) are considered non-capable. For this analysis, the District assumed that the total width of non-capable lands along existing roads is 16 feet (8 feet from centerline) and that the total width of non-capable lands along highways is 45 feet (22.5 feet from centerline).

# APPENDIX 5 – Summary of northern spotted owl analytical circles

**Table 1. Effects of the Blue and Gold Harvest Plan to northern spotted owl nest patches (70 acres).**

| MSNO | 2023 Occupancy | Total Federal | | NRF Baseline | | NRF Loss | NRF Modified | Post-Action NRF Baseline | | Dispersal-Only Baseline | | Dispersal-Only Loss | Dispersal-Only Modified | Dispersal-Only Post-Action Baseline | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | acres | % of 70 ac | acres | % of 70 ac | acres | acres | acres | % of 70ac | acres | % of 70ac | acres | acres | acres | % of 70 ac |
| 0266 | Unknown | 69 | 98 | 50 | 71 | 0 | 0 | 50 | 71 | 18 | 26 | 0 | 0 | 18 | 26 |
| 0267 | Unknown | 24 | 34 | 24 | 34 | 0 | 0 | 24 | 34 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0269 | No Detections | 70 | 100 | 45 | 65 | 0 | 0 | 45 | 65 | 24 | 34 | 0 | 0 | 24 | 34 |
| 0271 | No Detections | 44 | 63 | 19 | 27 | 0 | 0 | 19 | 27 | 25 | 36 | 0 | 0 | 25 | 36 |
| 0272 | No Detections | 70 | 100 | 53 | 76 | 0 | 0 | 53 | 76 | 16 | 23 | 0 | 0 | 16 | 23 |
| 0391 | Incidental | 45 | 65 | 39 | 56 | 1 | 13 | 38 | 54 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0392 | Occupied | 64 | 92 | 64 | 92 | 0 | 0 | 64 | 92 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0514 | No Detections | 70 | 100 | 18 | 26 | 0 | 0 | 18 | 26 | 32 | 46 | 0 | 0 | 32 | 46 |
| 1160 | Unknown | 70 | 100 | 19 | 28 | 0 | 0 | 19 | 28 | 29 | 41 | 0 | 0 | 29 | 41 |
| 1359 | No Detections | 53 | 75 | 51 | 73 | 0 | 0 | 51 | 73 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1802 | No Detections | 64 | 91 | 61 | 88 | 0 | 0 | 61 | 88 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1803 | No Detections | 37 | 53 | 25 | 36 | 0 | 0 | 25 | 36 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1804 | No Detections | 51 | 72 | 51 | 72 | 0 | 33 | 51 | 72 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1816 | Unknown | 64 | 92 | 47 | 67 | 0 | 0 | 47 | 67 | 11 | 16 | 0 | 0 | 11 | 16 |
| 1916 | No Detections | 69 | 98 | 31 | 45 | 1 | 0 | 30 | 43 | 35 | 50 | 18 | 0 | 17 | 24 |
| 1923 | No Detections | 47 | 67 | 42 | 59 | 0 | 0 | 42 | 59 | 6 | 8 | 5 | 0 | 1 | 1 |
| 1924 | Incidental | 69 | 98 | 67 | 95 | 0 | 0 | 67 | 95 | 2 | 2 | 1 | 0 | 1 | 1 |
| 1925 | No Detections | 16 | 23 | 16 | 23 | 0 | 0 | 16 | 23 | 0 | 1 | 0 | 0 | 0 | 1 |
| 1972 | Incidental | 70 | 100 | 69 | 98 | 0 | 0 | 69 | 98 | 1 | 2 | 0 | 0 | 1 | 2 |
| 1977 | No Detections | 49 | 70 | 49 | 70 | 0 | 0 | 49 | 70 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1980 | No Detections | 70 | 100 | 49 | 70 | 0 | 0 | 49 | 70 | 20 | 28 | 0 | 0 | 20 | 28 |

| MSNO | 2023 Occupancy | Total Federal | | NRF Baseline | | NRF Loss | NRF Modified | Post-Action NRF Baseline | | Dispersal-Only Baseline | | Dispersal-Only Loss | Dispersal-Only Modified | Dispersal-Only Post-Action Baseline | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | acres | % of 70 ac | acres | % of 70 ac | acres | acres | acres | % of 70 ac | acres | % of 70ac | acres | acres | acres | % of 70 ac |
| 1983 | No Detections | 70 | 100 | 52 | 75 | 0 | 0 | 52 | 75 | 1 | 1 | 0 | 0 | 1 | 1 |
| 1987 | Incidental | 70 | 100 | 69 | 99 | 1 | 34 | 68 | 94 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1988 | Unknown | 57 | 81 | 43 | 62 | 0 | 0 | 43 | 62 | 13 | 19 | 0 | 0 | 13 | 19 |
| 1992 | No Detections | 65 | 93 | 64 | 92 | 0 | 32 | 64 | 92 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2049 | Unknown | 42 | 60 | 15 | 22 | 0 | 0 | 15 | 22 | 26 | 37 | 0 | 0 | 26 | 37 |
| 2051 | No Detections | 58 | 83 | 53 | 76 | 0 | 0 | 53 | 76 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2144 | No Detections | 34 | 49 | 24 | 34 | 0 | 0 | 24 | 34 | 10 | 15 | 0 | 0 | 10 | 15 |
| 2201 | Unknown | 64 | 91 | 62 | 89 | 0 | 0 | 62 | 89 | 1 | 2 | 0 | 0 | 1 | 2 |
| 3267 | Occupied | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3904 | No Detections | 38 | 54 | 33 | 47 | 0 | 0 | 33 | 47 | 4 | 6 | 0 | 0 | 4 | 6 |
| 4055 | No Detections | 5 | 7 | 5 | 7 | 0 | 0 | 5 | 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4506 | No Detections | 68 | 97 | 23 | 33 | 0 | 0 | 23 | 33 | 43 | 62 | 0 | 0 | 43 | 62 |
| 4516 | No Detections | 43 | 62 | 42 | 60 | 0 | 6 | 42 | 60 | 1 | 2 | 0 | 0 | 1 | 2 |
| 4574 | No Detections | 35 | 50 | 35 | 50 | 0 | 0 | 35 | 50 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4659 | Incidental | 32 | 45 | 2 | 2 | 0 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4661 | No Detections | 70 | 100 | 46 | 65 | 0 | 0 | 46 | 65 | 24 | 34 | 0 | 0 | 24 | 34 |
| 4673 | No Detections | 37 | 52 | 25 | 36 | 0 | 0 | 25 | 36 | 6 | 8 | 0 | 0 | 6 | 8 |
| 4682 | No Detections | 50 | 72 | 27 | 39 | 0 | 0 | 27 | 39 | 21 | 30 | 0 | 10 | 21 | 30 |

**Table 2. Effects of the Blue and Gold Harvest Plan to northern spotted owl core-use areas (500 acres).**

| MSNO | 2023 Occupancy | Total Federal | | NRF Baseline | | NRF Loss | NRF Modified | Post-Action NRF Baseline | | Dispersal-Only Baseline | | Dispersal-Only Loss | Dispersal-Only Modified | Dispersal-Only Post-Action Baseline | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | acres | % of 500 ac | acres | % of 500 ac | acres | acres | acres | % of 500 ac | acres | % of 500 ac | acres | acres | acres | % of 500 ac |
| 0266 | Unknown | 422 | 84 | 234 | 47 | 0 | 0 | 234 | 47 | 162 | 32 | 0 | 0 | 162 | 32 |
| 0267 | Unknown | 99 | 20 | 99 | 20 | 0 | 0 | 99 | 20 | | 0 | 0 | 0 | 0 | 0 |
| 0269 | No Detections | 337 | 67 | 266 | 53 | 0 | 0 | 266 | 53 | 69 | 14 | 0 | 0 | 69 | 14 |
| 0271 | No Detections | 257 | 51 | 104 | 21 | 0 | 0 | 104 | 21 | 149 | 30 | 0 | 0 | 149 | 30 |
| 0272 | No Detections | 386 | 77 | 264 | 53 | 0 | 0 | 264 | 53 | 117 | 23 | 0 | 0 | 117 | 23 |
| 0391 | Incidental | 271 | 54 | 221 | 44 | 6 | 29 | 215 | 43 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0392 | Occupied | 255 | 51 | 249 | 50 | 0 | 0 | 249 | 50 | 5 | 1 | 0 | 0 | 5 | 1 |
| 0514 | No Detections | 400 | 80 | 212 | 42 | 0 | 0 | 212 | 42 | 102 | 20 | 0 | 0 | 102 | 20 |
| 1160 | Unknown | 245 | 49 | 77 | 15 | 0 | 0 | 77 | 15 | 97 | 19 | 0 | 0 | 97 | 19 |
| 1359 | No Detections | 135 | 27 | 95 | 19 | 0 | 0 | 95 | 19 | 36 | 7 | 0 | 0 | 36 | 7 |
| 1802 | No Detections | 207 | 41 | 202 | 40 | 0 | 0 | 202 | 40 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1803 | No Detections | 252 | 50 | 170 | 34 | 0 | 0 | 170 | 33 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1804 | Unknown | 335 | 67 | 328 | 66 | 0 | 225 | 328 | 66 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1816 | Unknown | 327 | 65 | 182 | 36 | 0 | 0 | 182 | 36 | 80 | 16 | 0 | 0 | 80 | 16 |
| 1916 | No Detections | 303 | 61 | 115 | 23 | 5 | 0 | 110 | 22 | 135 | 27 | 49 | 7 | 86 | 18 |
| 1923 | No Detections | 298 | 60 | 222 | 44 | 3 | 0 | 219 | 44 | 38 | 8 | 27 | 2 | 11 | 3 |
| 1924 | Incidental | 325 | 65 | 186 | 37 | 1 | 1 | 185 | 37 | 128 | 26 | 48 | 11 | 80 | 16 |
| 1925 | No Detections | 51 | 10 | 23 | 5 | 0 | 0 | 23 | 5 | 27 | 5 | 0 | 0 | 27 | 5 |
| 1972 | Incidental | 362 | 72 | 305 | 61 | 0 | 0 | 305 | 61 | 40 | 8 | 0 | 19 | 38 | 8 |
| 1977 | No Detections | 173 | 35 | 171 | 34 | 0 | 0 | 171 | 34 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1980 | No Detections | 406 | 81 | 229 | 46 | 0 | 0 | 229 | 46 | 82 | 16 | 0 | 0 | 82 | 16 |
| 1983 | No Detections | 339 | 68 | 194 | 39 | 0 | 0 | 194 | 39 | 70 | 14 | 1 | 0 | 69 | 14 |
| 1987 | Incidental | 328 | 66 | 269 | 54 | 3 | 231 | 266 | 52 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1988 | Unknown | 273 | 55 | 143 | 29 | 0 | 0 | 143 | 29 | 128 | 26 | 0 | 0 | 128 | 26 |
| 1992 | No Detections | 355 | 71 | 316 | 63 | 0 | 248 | 316 | 63 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2049 | Unknown | 241 | 48 | 148 | 30 | 0 | 0 | 148 | 30 | 91 | 18 | 0 | 0 | 91 | 18 |

| MSNO | 2023 Occupancy | Total Federal | | NRF Baseline | | NRF Loss | NRF Modified | Post-Action NRF Baseline | | Dispersal-Only Baseline | | Dispersal-Only Loss | Dispersal-Only Modified | Dispersal-Only Post-Action Baseline | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | acres | % of 500 ac | acres | % of 500 ac | acres | acres | acres | % of 500 ac | acres | % of 500 ac | acres | acres | acres | % of 500 ac |
| 2051 | No Detections | 326 | 65 | 220 | 44 | 0 | 0 | 220 | 44 | 11 | 2 | 0 | 0 | 11 | 2 |
| 2144 | No Detections | 87 | 17 | 59 | 12 | 0 | 0 | 59 | 12 | 26 | 5 | 0 | 0 | 26 | 5 |
| 2201 | Unknown | 343 | 69 | 308 | 62 | 0 | 0 | 308 | 62 | 33 | 7 | 0 | 0 | 33 | 7 |
| 3267 | Occupied | 31 | 6 | 31 | 6 | 0 | 0 | 31 | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3904 | No Detections | 250 | 50 | 141 | 28 | 0 | 0 | 141 | 28 | 106 | 21 | 0 | 0 | 106 | 21 |
| 4055 | No Detections | 171 | 34 | 139 | 28 | 0 | 0 | 139 | 28 | 9 | 2 | 0 | 0 | 9 | 2 |
| 4506 | No Detections | 325 | 65 | 79 | 16 | 0 | 0 | 79 | 16 | 241 | 48 | 0 | 0 | 241 | 48 |
| 4516 | No Detections | 267 | 53 | 229 | 46 | 0 | 43 | 229 | 46 | 8 | 2 | 1 | 1 | 7 | 1 |
| 4574 | No Detections | 41 | 8 | 41 | 8 | 0 | 0 | 41 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4659 | Incidental | 251 | 50 | 155 | 31 | 1 | 59 | 154 | 31 | 29 | 6 | 11 | 0 | 18 | 4 |
| 4661 | No Detections | 491 | 98 | 171 | 34 | 0 | 2 | 171 | 34 | 248 | 50 | 0 | 1 | 248 | 50 |
| 4673 | No Detections | 281 | 56 | 93 | 19 | 0 | 0 | 93 | 19 | 105 | 21 | 0 | 0 | 105 | 21 |
| 4682 | No Detections | 228 | 46 | 116 | 23 | 4 | 0 | 112 | 22 | 36 | 7 | 16 | 11 | 20 | 4 |

**Table 3. Effects of the Blue and Gold Harvest Plan to northern spotted owl home ranges (4,524 acres).**

| MSNO | 2023 Occupancy | Total Federal | | NRF Baseline | | NRF Loss | NRF Modified | Post-Action NRF Baseline | | Dispersal-Only Baseline | | Dispersal-Only Loss | Dispersal-Only Modified | Dispersal-Only Post-Action Baseline | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | acres | % of 4,524 ac | acres | % of 4,524 ac | acres | acres | acres | % of 4,524 ac | acres | % of 4,524 ac | acres | acres | acres | % of 4,524 ac |
| 0266 | Unknown | 2747 | 61 | 1772 | 39 | 0 | 0 | 1772 | 39 | 706 | 16 | 0 | 1 | 706 | 16 |
| 0267 | Unknown | 1819 | 40 | 1424 | 31 | 0 | 0 | 1424 | 31 | 344 | 8 | 0 | 2 | 344 | 8 |
| 0269 | No Detections | 1518 | 34 | 972 | 21 | 0 | 3 | 972 | 21 | 440 | 10 | 0 | 2 | 440 | 10 |
| 0271 | No Detections | 1917 | 42 | 1159 | 26 | 0 | 0 | 1159 | 26 | 703 | 16 | 0 | 0 | 703 | 16 |
| 0272 | No Detections | 1765 | 39 | 1097 | 24 | 2 | 0 | 1095 | 24 | 610 | 13 | 1 | 2 | 609 | 13 |
| 0391 | Incidental | 2190 | 48 | 1264 | 28 | 30 | 217 | 1234 | 27 | 698 | 15 | 61 | 47 | 617 | 14 |
| 0392 | Occupied | 1324 | 29 | 926 | 20 | 0 | 0 | 926 | 20 | 360 | 8 | 0 | 0 | 360 | 8 |
| 0514 | No Detections | 2131 | 47 | 808 | 18 | 2 | 1 | 806 | 18 | 966 | 21 | 47 | 23 | 919 | 20 |
| 1160 | Unknown | 1702 | 38 | 968 | 21 | 0 | 2 | 968 | 21 | 574 | 13 | 0 | 0 | 574 | 13 |
| 1359 | No Detections | 1070 | 24 | 614 | 14 | 0 | 0 | 614 | 14 | 332 | 7 | 0 | 0 | 332 | 7 |
| 1802 | No Detections | 875 | 19 | 751 | 17 | 0 | 4 | 751 | 17 | 108 | 2 | 1 | 1 | 107 | 2 |
| 1803 | No Detections | 2095 | 46 | 1047 | 23 | 6 | 1 | 1041 | 23 | 699 | 15 | 29 | 78 | 670 | 15 |
| 1804 | No Detections | 2842 | 63 | 2237 | 49 | 25 | 1114 | 2212 | 49 | 317 | 7 | 19 | 116 | 298 | 6 |
| 1816 | Unknown | 1902 | 42 | 949 | 21 | 0 | 2 | 949 | 21 | 761 | 17 | 0 | 2 | 761 | 17 |
| 1916 | No Detections | 1064 | 24 | 311 | 7 | 11 | 0 | 300 | 7 | 536 | 12 | 95 | 14 | 441 | 10 |
| 1923 | No Detections | 2279 | 50 | 1045 | 23 | 8 | 2 | 1039 | 23 | 922 | 20 | 198 | 59 | 724 | 16 |
| 1924 | Incidental | 2427 | 54 | 1686 | 37 | 7 | 470 | 1679 | 37 | 482 | 11 | 83 | 16 | 399 | 9 |
| 1925 | No Detections | 1302 | 29 | 694 | 15 | 0 | 0 | 694 | 15 | 520 | 11 | 0 | 0 | 520 | 11 |
| 1972 | Incidental | 2038 | 45 | 1318 | 29 | 14 | 213 | 1304 | 29 | 406 | 9 | 6 | 89 | 400 | 9 |
| 1977 | No Detections | 1450 | 32 | 922 | 20 | 0 | 0 | 922 | 20 | 390 | 9 | 0 | 0 | 390 | 9 |
| 1980 | No Detections | 2107 | 47 | 819 | 18 | 10 | 10 | 809 | 18 | 916 | 20 | 6 | 0 | 910 | 20 |
| 1983 | No Detections | 1387 | 31 | 755 | 17 | 1 | 1 | 754 | 17 | 417 | 9 | 0 | 3 | 417 | 9 |
| 1987 | Incidental | 2636 | 58 | 1581 | 35 | 19 | 750 | 1562 | 34 | 627 | 14 | 38 | 2 | 589 | 12 |
| 1988 | Unknown | 2780 | 61 | 1809 | 40 | 0 | 2 | 1809 | 40 | 831 | 18 | 0 | 3 | 831 | 18 |
| 1992 | No Detections | 2811 | 62 | 2010 | 44 | 19 | 1215 | 1991 | 44 | 423 | 9 | 74 | 9 | 349 | 8 |
| 2049 | Unknown | 1388 | 31 | 756 | 17 | 0 | 0 | 756 | 17 | 451 | 10 | 0 | 0 | 451 | 10 |

| MSNO | 2023 Occupancy | Total Federal | | NRF Baseline | | NRF Loss | NRF Modified | Post-Action NRF Baseline | | Dispersal-Only Baseline | | Dispersal-Only Loss | Dispersal-Only Modified | Dispersal-Only Post-Action Baseline | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | acres | % of 4,524 ac | acres | % of 4,524 ac | acres | acres | acres | % of 4,524 ac | acres | % of 4,524 ac | acres | acres | acres | % of 4,524 ac |
| 2051 | No Detections | 2696 | 60 | 1526 | 34 | 24 | 466 | 1502 | 33 | 623 | 14 | 156 | 67 | 467 | 10 |
| 2144 | No Detections | 1285 | 28 | 816 | 18 | 0 | 1 | 816 | 18 | 287 | 6 | 0 | 1 | 287 | 6 |
| 2201 | Unknown | 2497 | 55 | 1923 | 43 | 0 | 0 | 1923 | 43 | 423 | 9 | 0 | 3 | 423 | 9 |
| 3267 | Occupied | 1363 | 30 | 811 | 18 | 2 | 0 | 809 | 18 | 473 | 10 | 9 | 60 | 464 | 10 |
| 3904 | No Detections | 1828 | 40 | 1010 | 22 | 0 | 1 | 1010 | 22 | 605 | 13 | 1 | 0 | 604 | 13 |
| 4055 | No Detections | 1969 | 44 | 1410 | 31 | 18 | 168 | 1392 | 31 | 343 | 8 | 2 | 63 | 341 | 8 |
| 4506 | No Detections | 2058 | 45 | 953 | 21 | 7 | 254 | 946 | 21 | 747 | 17 | 5 | 0 | 742 | 16 |
| 4516 | No Detections | 1214 | 27 | 889 | 20 | 9 | 100 | 880 | 19 | 222 | 5 | 1 | 4 | 221 | 5 |
| 4574 | No Detections | 828 | 18 | 413 | 9 | 0 | 0 | 413 | 9 | 290 | 6 | 0 | 0 | 290 | 6 |
| 4659 | Incidental | 2444 | 54 | 1731 | 38 | 10 | 957 | 1721 | 38 | 369 | 8 | 104 | 23 | 265 | 6 |
| 4661 | No Detections | 1703 | 38 | 994 | 22 | 4 | 3 | 990 | 22 | 548 | 12 | 30 | 3 | 518 | 12 |
| 4673 | No Detections | 2094 | 46 | 713 | 16 | 13 | 0 | 700 | 15 | 875 | 19 | 151 | 66 | 724 | 16 |
| 4682 | No Detections | 1184 | 26 | 582 | 13 | 8 | 87 | 574 | 13 | 317 | 7 | 100 | 23 | 217 | 5 |

APPENDIX 6 – Northern spotted owl activity center maps

# Blue and Gold Harvest Plan: 38 LOOKOUT NSO (1160)





Blue and Gold Harvest Plan: BEAR CREEK NSO (1972)



Blue and Gold Harvest Plan: BLACKBERRY CANYON NSO (1916)



Blue and Gold Harvest Plan: BLUE HOLE NSO (4673)



**Blue and Gold Harvest Plan: BRADS TRIB NSO (1925)**



Blue and Gold Harvest Plan: BRUSH HEADWATERS NSO (2051)



Blue and Gold Harvest Plan: DEADMAN BUTTE NSO (0267)





Blue and Gold Harvest Plan: EAGLES VIEW NSO (1802)



Blue and Gold Harvest Plan: EF FLAGLER CREEK NSO (4574)



Blue and Gold Harvest Plan: ELK BEND NSO (2049)

# Blue and Gold Harvest Plan: FLAGLER CREEK NSO (4506)





Blue and Gold Harvest Plan: HANCOCK CREEK NSO (1816)



Blue and Gold Harvest Plan: LITTLE CANYON CREEK NSO (0272)



# Blue and Gold Harvest Plan: LOWER LITTLE CANYON NSO (3267)



Blue and Gold Harvest Plan: LOWER THISTLEBURN NSO (1988)



Blue and Gold Harvest Plan: MARSH TRIB NSO (4682)



**Blue and Gold Harvest Plan: MARTINS TRIB NSO (3904)**



Blue and Gold Harvest Plan: MARVIN GARDENS NSO (0271)



Blue and Gold Harvest Plan: MAUPIN ROAD NSO (1359)



Blue and Gold Harvest Plan: MYRTLES UMPQUA NSO (1977)

# Blue and Gold Harvest Plan: NORTH MARTIN II NSO (4661)



NSO Most Recent Activity Center (2023)
- No Detections of NSO
- Historic Activity Center

NSO Provincial Home Range
- No Detections

NSO Core-use Area
- No Detections

NSO Nest Patch
- No Detections

NSO Habitat Category (BLM lands only)
habitat data frozen 04-12-2023
- Capable
- Dispersal-only
- NRF
- Non-capable

**Blue and Gold Harvest Plan:**
- Thin Harvest Unit
- Regeneration Harvest Unit
- Yarding Wedge
- Riparian Reserve

**Road Construction & Renovation:**
- Road Construction - Retain
- Road Maintenance - Retain
- Road Renovation - Retain

Scale: 1:25,000

Date: 6/25/2024

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources and may be updated without notification.



Blue and Gold Harvest Plan: NORTH MARTIN NSO (1923)



**Blue and Gold Harvest Plan: RICE FLAT NSO (1987)**



Blue and Gold Harvest Plan: ROCKADILE OVERLOOK NSO (2144)



**Blue and Gold Harvest Plan: ROOKERY NSO (0392)**



Blue and Gold Harvest Plan: SNAIL CANYON NSO (1980)



Blue and Gold Harvest Plan: SPOONER RIDGE NSO (4516)



Blue and Gold Harvest Plan: SQUAWK CREEK NSO (0514)

## Blue and Gold Harvest Plan: SQUAWK TRIB NSO (2201)





Blue and Gold Harvest Plan: THISTLEBURN CREEK NSO (0266)



Blue and Gold Harvest Plan: UMPQUA OVERLOOK NSO (1983)



Blue and Gold Harvest Plan: UPPER BRADS CREEK NSO (0269)



Blue and Gold Harvest Plan: UPPER MARTIN CREEK NSO (1803)

# Blue and Gold Harvest Plan: UPPER YELLOW CREEK NSO (1924)



Blue and Gold Harvest Plan: YELLOW BUTTE NSO (1992)



# Blue and Gold Harvest Plan: YELLOW CREEK NSO (0391)



**Blue and Gold Harvest Plan: YELLOW MARTIN NSO (4055)**



Blue and Gold Harvest Plan: YELLOW TRIB NSO (4659)



Tuesday, August 20

**Foster, Christopher C** 2:33 PM
Are you available about 430 to talk

**Price, Amy L** 3:06 PM
I have a ████████████████ until 4:30, but available by 5 if not before.

**Foster, Christopher C** 3:23 PM
If you would, please call me on TEAMs, when you become available after 5. Nothing critical, should be short call.

**Price, Amy L** 4:41 PM
Does now work?

**Foster, Christopher C** 4:43 PM
call away

**Price, Amy L** 5:36 PM
As a follow up to your question, I have a question. Will spot check surveys be implemented for the NSO sites with occupied, incidental & unknown status?

**Foster, Christopher C** 5:46 PM
let me check with Jason, short answer is we will follow protocol.
👍

---Monday, August 26---

**Price, Amy L**  3:38 PM

BA pg 76, Table 25 shows single <u>female</u> detection in 2022 and the text above in 5.1.3.2.4 also says single detection  (female) 2022, but the text above the map of the incidental detection location says **male**.  See below. *Could you please clarify this before 9:30 tomorrow?  I have a meeting with Jim  that I want to be sure that I have accurate information to rel



Hi Chris.  I hit return by mistake, but wanted to find out about the sex of this detection before tomorrow morning's meeting if possible.  The other clarification requests will come in an email shortly.

**Foster, Christopher C**  4:00 PM

The text on map is in error Table 22 and text in 5.1.3.2.4 are correct... single unk sex/spp in 2021, single female female NSO in 2022

**Price, Amy L**  4:01 PM

Thank you very much for the quick reply Chris!  Much appreciated.



**Re: B&G BA figure 14**

**From** Foster, Christopher C <cfoster@blm.gov>
**Date** Mon 8/26/2024 9:57 AM
**To** Price, Amy L <amy_price@fws.gov>

📎 1 attachment (1,011 KB)
ARU Incidental.jpg;

new figure 14.

**Christopher C. Foster**
**Sup. Nat. Res. Spec.**
**South River Field Office**
**Roseburg BLM**

**cfoster@blm.gov**

**office: 541-464-3359**
**cell:** (b) (6) Personal Privacy

---

**From:** Price, Amy L <amy_price@fws.gov>
**Sent:** Saturday, August 24, 2024 3:59 PM
**To:** Foster, Christopher C <cfoster@blm.gov>
**Subject:** B&G BA figure 14

Hi Chris-

Page 72 states "...because MSNO 3267 was believed to be occupied in 2021 the detection was attributed to that site."

Could we please get a figure that updates Figure 14 from page 73 of the BA that includes the home range/CU/NP for MSNO 3267 to inform what is being described in the above text?

Thanks!

Amy L. Price (she/her: <u>why is this important?</u>)

Fish and Wildlife Biologist
Ecological Services-Forest Resources
U.S. Fish and Wildlife Service
<u>Roseburg Field Office</u>

777 NW Garden Valley Blvd
Roseburg, Oregon 97471
mobile:  (971) 666-9316
desk: (541) 957-3476

https://fws.gov/office/oregon-fish-and-wildlife

"Let the beauty of what you love be what you do." - Rumi



Outlook

**Re: MSNO 1804 &1992**

**From** Foster, Christopher C <cfoster@blm.gov>

**Date** Wed 9/11/2024 10:48 AM

**To** Price, Amy L <amy_price@fws.gov>

**Cc** Foster, Christopher C <cfoster@blm.gov>

Unknown status is due to lack of, or incomplete surveys.

**Christopher C. Foster**
**Sup. Nat. Res. Spec.**
**South River Field Office**
**Roseburg BLM**

**cfoster@blm.gov**

**office: 541-464-3359**
**cell:** (b) (6) Personal Privacy

---

**From:** Price, Amy L <amy_price@fws.gov>
**Sent:** Wednesday, September 11, 2024 10:26 AM
**To:** Foster, Christopher C <cfoster@blm.gov>
**Subject:** MSNO 1804 &1992

Good morning, Chris-

Quick fact check for Doe Creek & Yellow Butte. Their status as unknown in 2022-2023 is that due to lapse in surveys or for another reason(s)?

Amy L. Price (she/her: why is this important?)

Fish and Wildlife Biologist
Ecological Services-Forest Resources
U.S. Fish and Wildlife Service
Roseburg Field Office
777 NW Garden Valley Blvd
Roseburg, Oregon 97471
mobile: (b) (6) Personal Privacy
desk: (541) 957-3476

https://fws.gov/office/oregon-fish-and-wildlife

"Let the beauty of what you love be what you do." - Rumi

 Outlook

---

**Re: Blue & Gold**

---

**From** Reeder, Erich M <ereeder@blm.gov>

**Date** Wed 2/13/2019 10:55

**To**   Gayner, Elizabeth I <egayner@blm.gov>

And it would make sense that when allocating HLB, and then creating timber sale plans, we'd want to focus on Dispersal and stay away from NRF/RA32, but since that layer is equally unreliable because it is also based on an unreliable FOI...my oh my, what a mess!

On Wed, Feb 13, 2019 at 9:49 AM Gayner, Elizabeth <egayner@blm.gov> wrote:

> Back in the day, its starting base is the FOI layer using stand age as the general
> determination for habitat type (0-39 capable, 40-79 dispersal-only, 80+ NRF).  Unfortunately,
> many of these stands are not aged correctly because they are based on the younger cohort if
> they were logged at all.  Remnant trees were not considered for the stand age.  As we visit
> stands... we verify one way or another and I make the changes to the layer with the dates
> field verified and comments to provide justification and documentation.
>
> *Liz*
>
> _____
>
> ## Elizabeth I. Gayner
>
> **Lead Wildlife Biologist - Swiftwater Field Office**
> **OR/WA BLM Peregrine Falcon Technical Coordinator**
> Bureau of Land Management - Roseburg District Office
> Phone: (541) 464-3381; egayner@blm.gov

On Wed, Feb 13, 2019 at 9:41 AM Reeder, Erich <ereeder@blm.gov> wrote:

> I just checked 23-6-29B and 24-6-5E, and again NRF and RA32 in classified Dispersal only. I'll get
> you some maps. How was the NSO Habitat layer made anyhow?
>
> On Wed, Feb 13, 2019 at 7:57 AM Gayner, Elizabeth <egayner@blm.gov> wrote:
>
>> Thanks for the update! Please get me a map with your hab delineations and determinations
>> and I will change in the District Habitat layer.  No doubt there are many stands
>> misclassified... so, we will keep plugging away at updating our hab layer.
>>
>> Thanks Erich!
>>
>> *Liz*

_____

## *Elizabeth I. Gayner*

**Lead Wildlife Biologist - Swiftwater Field Office**
**OR/WA BLM Peregrine Falcon Technical Coordinator**
Bureau of Land Management - Roseburg District Office
Phone: (541) 464-3381; egayner@blm.gov


On Tue, Feb 12, 2019 at 6:29 PM Reeder, Erich <ereeder@blm.gov> wrote:

Hi Liz, Angie & Cindy,

Well after being out at 24-6-7C another day here's the scoop—the stand is an old burn that was then selectively logged 60 years ago, leaving many large OG remnants, including a whole bunch of broken-top live trees beautiful for NSO nesting. I checked the Rsbg District Habitat (Feb 2018) layer and the whole stand is down as Dispersal only. This is wildly wrong, all that I've seen so far is Nesting, Roosting, Foraging with some areas of high-quality RA32.

I looked at 23-6-20A too, and the proposed sale area is classified as Dispersal only, and its got RA32 along the E side and some NRF there as well.

I haven't looked at other stands, but I suspect these two are not the only ones we'll find that are mistyped as to NSO Habitat and this is a problem.

Cheers!
E

 Outlook

## Fw: 2021 PNW ARU Prelim Results and 2022 Blue & Gold NSO Surveys

**From** Wise, Heather R <hwise@blm.gov>

**Date** Wed 8/10/2022 11:42

**To** Vaca, Veronica M <vvaca@blm.gov>; Whitt, Jordan C <jcwhitt@blm.gov>; Bright, Cindy K <ckbright@blm.gov>

**Cc** Gayner, Elizabeth I <egayner@blm.gov>

📎 1 attachments (625 KB)
NSO_B&G_ARU_2021Results&2022Direction.pdf;

Here are the maps for the B&G sites with 2021 ARU detections. Focus survey efforts to cover all NRF and large areas of dispersal habitat within the hexagon. Code visits as "AD" and "N".  Document on STOC visit cards the reason for the additional visit and that it is Blue and Gold EA. We went over them on 8/09 and it looks like just 3 hexagons, no need to survey in Doe Creek again, it has 6 visits.  I have the sites, TRS and hexes outlined in the SW Wildlife Tasks sheet that will follow in a separate e-mail.

Thanks,

Heather Wise

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Tuesday, March 15, 2022 10:48 AM
**To:** Keller, Marnie N <mkeller@blm.gov>; Wise, Heather R <hwise@blm.gov>; Reeder, Erich M <ereeder@blm.gov>; Bright, Cindy K <ckbright@blm.gov>; Whitt, Jordan C <jcwhitt@blm.gov>; Vaca, Veronica M <vvaca@blm.gov>; Bullard, Billy L <bbullard@blm.gov>
**Cc:** Showalter, Rachel M <rshowalt@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>; Espinosa, Rolando H <respinos@blm.gov>
**Subject:** 2021 PNW ARU Prelim Results and 2022 Blue & Gold NSO Surveys

Hey Gang,

Attached are the preliminary results from the PNW ARU surveys in Blue and Gold and my direction on tackling survey effort in the hexagons that had detections. There are four sites that will take some extra effort for set-up and surveys. I know that survey areas have been assigned, but I want everybody to be in the loop because surveys in this area are our highest priority and will most likely involve everyone on the crew at some point.

We received the ARU detection information from PNW late last week.  We are still trying to get more detailed information.  But given how long it took to get this much from PNW, we are going to use what we have thus far instead of waiting further.  If we get additional information in the near future (e.g., which specific ARUs recorded NSO), I will let you all know.  In the meantime we will proceed with the direction I have outlined in the attached document.  This morning, DLT was briefed on the information we received from PNW and on how we are going to approach the 2022 survey effort using the 2021 ARU information.

Please direct any questions or concerns to Heather, and she and I will work through them.  We can also discuss as group before or after NSO training this next Monday if needed.

Thank you,


*Liz*

_____

**Elizabeth I. Gayner**
*Lead Wildlife Biologist - Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**

 Outlook

---

**Re: ARUs & Doe Crk**

---

**From**  Gayner, Elizabeth I <egayner@blm.gov>

**Date**  Mon 6/14/2021 18:06

**To**  Reeder, Erich M <ereeder@blm.gov>

**Cc**  Keller, Marnie N <mkeller@blm.gov>; Bright, Cindy K <ckbright@blm.gov>; Wise, Heather R <hwise@blm.gov>

Erich, Waiting on the ARU shipment to come in.  To meet protocol, we need four ARUs to cover a hexagon.  So, as soon as the order gets here... they can be deployed into Doe Creek.

*Liz*

_____

## Elizabeth I. Gayner

*Lead Wildlife Biologist - Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**

---

**From:** Reeder, Erich M <ereeder@blm.gov>
**Sent:** Monday, June 14, 2021 15:19
**To:** Gayner, Elizabeth I <egayner@blm.gov>
**Cc:** Keller, Marnie N <mkeller@blm.gov>; Bright, Cindy K <ckbright@blm.gov>; Wise, Heather R <hwise@blm.gov>
**Subject:** ARUs & Doe Crk

Hi Liz,
I know we discussed leaving the ARUs out at the Archie fire, but it occurred to me that there is at least one site in the proposed Blue & Gold TS area where there have been concerns voiced that our night surveys do not cover the NSO habitat completely. This is Doe Creek (23-6-28,29). I'm not sure if there are other sites in the B&G footprint that have similar issues (Yellow Butte and Upper Yellow Crk...?), but at least this one seems to call for ARU placement sooner than later to give us a better chance of detecting NSO occupancy.
Thanks,
E

 Outlook

---

## Re: Protocols for NSO Surveys in Blue and Gold Bonus Sections

---

**From** Korn, Michael J <mkorn@blm.gov>

**Date** Tue 2/1/2022 09:12

**To**  Wise, Heather R <hwise@blm.gov>

**Cc**  Showalter, Rachel M <rshowalt@blm.gov>; Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>

---

Thanks Heather, to confess - I was at the last level 1 meeting but kept getting interrupted so apparently missed the discussion (that's what I don't like about telework).  Anyway given the extra workload and exposure I wanted to make sure we weren't just assuming without verifying the necessity for the additional visits.

**Mike Korn**
**Swiftwater Field Manager**
**Bureau of Land Management**
**777 NW Garden Valley Blvd**
**Roseburg, Oregon**
**541-464-3211**

---

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Tuesday, February 1, 2022 8:45 AM
**To:** Korn, Michael J <mkorn@blm.gov>
**Cc:** Showalter, Rachel M <rshowalt@blm.gov>; Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Protocols for NSO Surveys in Blue and Gold Bonus Sections

Hi Mike,

After our discussion yesterday, I asked Liz Gayner about the NSO surveys for the 3 sites in the Blue and Gold EA "Bonus Sections" (Upper Yellow, Yellow Butte, and Doe Creek) that did not meet protocol in 2021 because the survey area was not covered completely. Our plan is to access the NSO NRF habitat that needs additional call points for full coverage and survey those sites using the 2012 USFWS Protocol which requires a minimum of 6 night visits with no response for non-occupancy.

Your question was to inquire about whether we could reduce survey efforts by implementing the 1998 Forsman, Spotted Owl Monitoring Protocol for Demographic Studies which requires a minimum of 3 night visits with no response for non-occupancy.  We are under agreement with the USFWS to use the 1998 Forsman 3-visit protocol for the Tyee Survey Area as a continuation of monitoring sites that were surveyed  during the implementation of the Tyee Density demographic study (1990- 2020).

Liz informed me that this specific topic was brought up and discussed at the last USFWS Level 1 meeting in January with Jim Thrailkill.  Jim confirmed that we need to survey Upper Yellow, Yellow Butte, and Doe Creek using the 6 visit 2012 USFWS Protocol because there was a break in continuity (since 2016) of survey effort in this area. This decision was based on knowledge of the PNW crew's survey effort when

the Tyee Density Study was still in place and last year (2021) when the Swiftwater Wildlife crew continued monitoring those sites.

In addition, Upper Yellow, Yellow Butte, and Doe Creek are almost entire sections of high quality NSO NRF and RA-32 habitat which will certainly get the attention of those scrutinizing this EA project, therefore it is in our best interest to complete the full 2012 USFWS survey effort (6-visits).

The Swiftwater Wildlife crew is prioritizing survey efforts in the Blue and Gold EA NSO survey area as well as other project areas, and we can ensure that project clearance will be prioritized if there are any "issues" during the 2022 NSO survey season. Roli Espinosa, the Wildlife lead on the Blue and Gold EA, will be updated on a regular basis throughout the survey season so that he can address anything that arises in a timely manner with the IDT.

Let one of the Wildlife staff (Rex, Liz, Roli, or me) know if you have further questions.

Heather Wise

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

 Outlook

---

**Re: Status**

---

**From** Gayner, Elizabeth I <egayner@blm.gov>

**Date** Wed 2/2/2022 23:10

**To** Espinosa, Rolando H <respinos@blm.gov>

Habitat layer for DMF area is not updated yet. Sent Jeremy an email asking for the information and then I will get the GIS layer updated.

I hear ya re MAMU in B&G. The current protocol mentions something about talking with the "powers that be" (i.e., FWS) if detections are obtained during the second year of surveys to determine if there is a need for additional years of survey effort (I don't remember exact language, so totally paraphrasing). So just curious if there was discussion with Level 1. I have been so out of the MAMU loop over the last couple of years. So when looking through the data, I was surprised on how many presence detections we had in the B&G area. So, I agree with your biology brain re MAMU likely occupying the area. The jet sounds are a very good indicator of occupancy in one of the Yellow Creek sites. So, yes frustrating at so many levels. Hopefully surveys in the bonus units will have positive results.

I still plan to use ARUs in the bonus units to supplement our NSO and MAMU surveys. I am also in the process of talking with Rex about acquiring additional ARUs (currently we have enough to cover 3 hexagons). I have told Erich to plan for deployment in early March... as soon as the NSO survey season starts and then have a plan to survey the bonus units throughout the season- especially in those difficult to reach places by foot.

We are also waiting on PNW to process our ARU data from last year at Doe Creek, as well as waiting on their ARU data from the same area. Like MAMU, I would think NSO are hiding down in those bonus units as well. And apparently PNW got MAMU detections on their ARUs- but we don't know where yet (Rex requested the data). I have also been taking a bunch of trainings through Wildlife Acoustics on running their software and just got two separate computers to dedicate to processing ARU data. I am also looking into BirdNet through Cornell to analyze data. So my plan is to process ARU data much more timelier after retrieving data cards so we can use any positive data to help with our on the ground survey effort.

So will keep you posted on our progress! My fingers are crossed for some positive results one way or another. 🙂

*Liz*

---



### *Elizabeth I. Gayner*

***Lead Wildlife Biologist - Swiftwater Field Office***
***OR/WA BLM Peregrine Falcon Technical Coordinator***
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**

**From:** Espinosa, Rolando H <respinos@blm.gov>
**Sent:** Wednesday, February 2, 2022 22:17
**To:** Gayner, Elizabeth I <egayner@blm.gov>
**Subject:** Re: Status

Thanks for the info Liz. The reason I was asking is that originally that project was included in the Cumulative Analysis for Blue and Gold. I am wondering if we still have to include it as a cumulative action. Is the NSO habitat layer updated with that habitat loss yet?

Regarding the murrelets.
 2019-Presence (Yellow Creek 4 I C)  6/11/2019
2020-Presence (Yellow Creek 05 III ) 5/14/2020
2020-Presence (Yellow Creek 07 IV) 7/10/2020

No Detections in 2021
 I was about to send you this but I see you just corrected the date.

No additional surveys are planned in 2022 in the Yellow Creek sites with prior presence.  As you know rumor and future protocol standards are not good enough to do more surveys given the desire of managers to sell Blue and Gold units 4th quarter of 2022 or earlier.

My biology brain says that murrelets are probably nesting in the entire Blue and Gold project area, especially the Bonus units. Very frustrating.

Have a good night

**Roli Espinosa**
Roseburg District BLM
South River Lead Wildlife Biologist
777 NW Garden Valley Blvd.
Roseburg, OR 97471
541-464-3351  respinos@blm.gov



---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Wednesday, February 2, 2022 19:36

**To:** Espinosa, Rolando H <respinos@blm.gov>
**Subject:** Re: Status

Most, if not all, should be cut and completed.  I need to ask Jeremy that very question.  Just sent him an email.

On another note, I was going through the MAMU detection data to clean up and update my records for occupied and presence sites so I can assign numbers to new occupied sites.  I noticed that the Yellow Creek Sites all got detections- jet sounds at one site in 2020 and presence in 2021 at each of the other two sites.  Are another year of surveys planned for 2022, particularly at those sites that got detections last year?? Rumor has it that at least one of the two last years were not good for MAMU (low nesting/low food resources) in Oregon.

FYI- Under the new survey protocol currently under review/revision, it will declare jet sound detections as occupied.

Hope you are hanging in there otherwise.  ☺


*Liz*

_____

## Elizabeth I. Gayner

*Lead Wildlife Biologist - Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**

---

**From:** Espinosa, Rolando H <respinos@blm.gov>
**Sent:** Wednesday, February 2, 2022 17:34
**To:** Gayner, Elizabeth I <egayner@blm.gov>
**Subject:** Status

## Hi Liz,

Do you know the status of the Deadman's Folly Harvest Plan, DFHP? Has it been sold and has it been cut?

RE


**Roli Espinosa**
Roseburg District BLM
South River Lead Wildlife Biologist
777 NW Garden Valley Blvd.
Roseburg, OR 97471
541-464-3351  respinos@blm.gov



 Outlook

---

**Re: Proposal of sites to drop**

---

**From** Gayner, Elizabeth I <egayner@blm.gov>

**Date** Thu 5/12/2022 16:07

**To** Wise, Heather R <hwise@blm.gov>

**Cc** McGraw, Rex L <rmcgraw@blm.gov>

- I would like to keep Upper North Fork, Smith Folley, Peterson Point, SF Smith River, Lower South Fork (large chunk of contiguous NRF with some occupancy).

*I agree with monitoring Smith Folley, (it is completed to protocol for 2022, pair occupancy not nesting), however in most of the other sites you mentioned, there are large areas of NRF that we really are not covering, and can't without putting in off road trails, like the B&G bonus sections. I can re-evaluate the coverage once I complete the call-point edits from our first round of visits. The pair that was in Upper North Fork 2021 is no longer there, the male is alone and hopping around between Lookout Mtn (30 March) and Upper Sm Folley (2 & 10 May), we have gotten not nesting by mousing with him 3X since the end of March (dates above), with no female. The sites you mentioned above are all accessed via Smith River road, which is diffrent and longer route than the other sites we kept, that is why I grouped them together. If anything, I would continue surveying Lookout Mtn, although isolated access, to see if we can get resident single occupancy, but I doubt we will since that male has moved on.*

*I think this is worth discussing more.  Rex and I were looking at this together last night so his input was part of initial evaluation and weighed in on my original response last night. He was looking at it from a Level 1 perspective too. We are also considering how this plays into Appendix A for future projects in the area given there is talk about doing LSR treatments.  As you know, technically we do not consider the banding information on a single male occupying more than one site – so that shouldn't really be part of the consideration. Our consideration to keep in was because this area has been occupied fairly consistently up through the last two years.  If we can still get single adult residency at one or more sites... still valuable.  It may be worth dropping additional outlier sites to keep these in (refer to next dialogue).*

*The bottom line is that we need to drop enough sites to lessen the work load so we can feasibly survey to protocol what we have on our plate. I wish we weren't in this predicament, but we just lost 2 surveyors and I don't want to burn out the rest of us. I would love to keep all the sites but I don't believe we can get it all done with the staff we have. It is not safe or fair to over work everyone.  Currently we only have (3) Veronica, Jordan, and Cindy full-time on owl surveyors, I'm working full-time on owls but shouldn't be, and Jon is picking up about half a surveyor work load for the 2nd round of visits.*

*I am well aware of the staffing situation and that is what we are trying to work through here. But in addition to reducing workload and with talking through this with Rex, we do*

88

*need to consider doing so from other perspectives and needs    so, we are considering the Level 1 perspective, a District and RA perspective, what is best for owl management under RMP, etc.,. We would rather drop sites that have been unoccupied for years versus sites that have been recently occupied. So if we can drop enough sites to make up for the fact that extra work may need to do more at the other sites, then we should consider that.  We would rather shave off the outer edges of the TSA than taking more out of the middle...especially if recently occupied.  In addition to Smith River sites, I think other sites to consider dropping because they are on the edges of TSA and have not been occupied in recent years are...*

> *Drain WS*
> *Bear Hill*
> *Brad's Trib*
> *Coon Creek*
> *Eagle's Beach*
> *Lost Creek*
> *Marvin Gardens*
> *Maupin Road*
> *Mehl Creek*
> *Mill Trib*
> *Ravendale*
> *South McGee*
> *Upper Cougar Creek*

- *By the way, Lower South Fork has no triangle or information in the 2001 NSO layer. What is occupancy status for the last 5-10 years?*

*Take a look at what I am proposing and let's discuss further.  We also will need to run this by the Level 1. So, I think we need to do so with Rex too... just so we have part of Level 1 input looped in ahead of time.*

*Thanks!*

*Liz*

---

**Elizabeth I. Gayner**
**Lead Wildlife Biologist   Swiftwater Field Office**
**OR/WA BLM Peregrine Falcon Technical Coordinator**
Bureau of Land Management   Roseburg District Office
**Phone: (541) 464 3381; egayner@blm.gov**

---

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Thursday, May 12, 2022 13:33
**To:** Gayner, Elizabeth I <egayner@blm.gov>
**Subject:** Re: Proposal of sites to drop

Liz,

In general, I like the proposal.

- I would like to keep Upper North Fork, Smith Folley, Peterson Point, SF Smith River, Lower South Fork (large chunk of contiguous NRF with some occupancy).
  *I agree with monitoring Smith Folley, (it is completed to protocol for 2022, pair occupancy, not nesting), however in most of the other sites you mentioned, there are large areas of NRF that we really are not covering, and can't without putting in off road trails, like the B&G bonus sections. I can re-evaluate the coverage once I complete the call-point edits from our first round of visits. The pair that was in Upper North Fork 2021 is no longer there, the male is alone and hopping around between Lookout Mtn (30 March) and Upper Tom Folley (2 & 10 May), we have gotten not nesting by mousing with him 3X since the end of March (dates above), with no female. The sites you mentioned above are all accessed via Smith River road, which is different and longer route than the other sites we kept, that is why I grouped them together. If anything, I would continue surveying Lookout Mtn, although isolated access, to see if we can get resident single occupancy, but I doubt we will since that male has moved on.*

  *The bottom line is that we need to drop enough sites to lessen the work load so we can feasibly survey to protocol what we have on our plate. I wish we weren't in this predicament, but we just lost 2 surveyors and I don't want to burn out the rest of us. I would love to keep all the sites but I don't believe we can get it all done with the staff we have. It is not safe or fair to over work everyone.  Currently we only have (3) Veronica, Jordan, and Cindy full-time on owl surveyors, I'm working full-time on owls but shouldn't be, and Jon is picking up about half a surveyor work load for the 2nd round of visits.*

- Instead drop Ravendale, Drain Watershed, EF Flagler Creek?  Drop sites along valley edges...
  *I was considering dropping Ravendale and Drain Watershed, but I think that EF Flagler is on the edge of the B&G analysis area, so despite its scattered habitat, we need to call the 3 points to protocol for B&G.  I can add Ravendale and Drain Watershed to the proposal but they are not equivalent in effort to Upper North Fork, Smith Folley, Peterson Point, SF Smith River,  & Lower South Fork.*

- Rationale for dropping Andrews Creek (pretty close to incidental site... )
  *Andrews Creek was 'dropped' bc it was 'not to protocol' in 2021 due to the "wind" issue. It is still being surveyed as part of Snail Canyon, but not under the name of Andrews Creek, which is a TSNO site.  I guess that is a little confusing.*

  *The other random sites below Hwy 138 are similar issues from 2021, I just added them into the pot to create the full picture. There are notes / rational for why we are not surveying those sites. Some are being surveyed by Coos Bay, some are on Coos Bay BLM, and some were not to protocol in 2021 but being called with an MSNO.*

- The scattered sites below Hwy 138 would need rational (some sites are more interior). *See Above*


*I am free to chat today, aside from the Hazmat training which I will join on TEAMS so I can multi-task, I will be completing NSO call-point edits.*

*I asked yesterday, but no word from Rachel on Emergency hires.*

*Thanks for checking out the proposal,*

*Heather Wise*

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Wednesday, May 11, 2022 4:48 PM
**To:** Wise, Heather R <hwise@blm.gov>
**Subject:** Re: Proposal of sites to drop

I finally got into GIS (been temperamental and sorry for the delay... have been dealing with personal stuff and work stuff) to look at your proposal.

In general, I like the proposal.

- I would like to keep Upper North Fork, Smith Folley, Peterson Point, SF Smith River, Lower South Fork (large chunk of contiguous NRF with some occupancy).
- Instead drop Ravendale, Drain Watershed, EF Flagler Creek?  Drop sites along valley edges...
- Rationale for dropping Andrews Creek (pretty close to incidental site... )
- The scattered sites below Hwy 138 would need rational (some sites are more interior).

I have more questions... but these are the main ones.  I have a meeting I need to run to.  But can discuss further tomorrow if you are available.

Thanks for the work on this.

*Liz*

---

*Elizabeth I. Gayner*

*Lead Wildlife Biologist   Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management   Roseburg District Office
**Phone: (541) 464 3381; egayner@blm.gov**

---

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Monday, May 9, 2022 17:03
**To:** Gayner, Elizabeth I <egayner@blm.gov>
**Subject:** Proposal of sites to drop

Liz,

I looked through the list of sites and on ArcMap. I made a feature class of the proposed Smith river sites to drop and added the sites that we have already dropped, absorbed into MSNO sites, or Coos Bay is surveying this year.  There are comments on the sites that we are already not surveying in the notes field.

My proposal drops an additional 35 sites from TSA, which is only a little bit more than 1 surveyor effort (~27 sites).  I broke it off at the ridge top, Halfway Ridge area.

The feature class is at:
(b) (5) Government Commercial Information

I am waiting on a reply from Devon Johnson at RRC to make sure I have a complete list of the sites that we agreed were covered for them. He never actually sent a list, I only told him what we dropped that was out of protocol in 2021.

Otherwise it is up to you, Rex, and Korn.

Let me know what you think,

Heather Wise


Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

 Outlook

---

**NSO Survey Effort for 6-visit B&G**

---

**From** Wise, Heather R <hwise@blm.gov>

**Date** Thu 7/14/2022 14:48

**To** McGraw, Rex L <rmcgraw@blm.gov>

**Cc** Gayner, Elizabeth I <egayner@blm.gov>

Hi Rex,

I was delightfully wrong when I told you we were on our 4th visit of 6 for the B&G Bonus sections (Upper Yellow, Yellow Butte/ Doe Cr). it is all a blur!

We completed the 5th Visit last night to all those sites.    🪳🎉 And....Have 5 visits completed at East Elk too!!

Next week we will do the 5th at Galagher Canyon TS sites.

I plan on doing a later in the night/ pre-dawn survey at the B&G sites for the 6th visit.

But so far, we have had only one detection of a female contact call in Upper Yellow Creek in March by Reeder.  Follow-ups and future visits in the area, only detected barred owls, so it is possible that the contact calls were from a barred owl female. Hopefully ARUs will help identify what species is in the area.

Nearby at Yellow Trib, Cindy heard a male spotted owl in February while road clearing. There have been no other spotted owl detections at Yellow Trib or adjacent sites either.

It's saddening that there are no spotted owls making all that contiguous NRF their home.

Heather Wise

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

 Outlook

## Re: Possible survey's adjacent to YEB-4 ARU location

**From** Gayner, Elizabeth I <egayner@blm.gov>

**Date** Tue 11/7/2023 18:37

**To** Kufta-Christie, Lindsey A <lkuftachristie@blm.gov>; Wind, Marcus <mwind@blm.gov>

**Cc** Reeder, Erich M <ereeder@blm.gov>

I need to know more information so I can review this in GIS. What station(s) were being surveyed within the time frame of the detection?  The call points with a 0.25-mile radius buffer-taking topography out of the equation- do not cover all of the habitat in Section 23. So, we need to scrutinize/review this carefully. I am leaning towards recorder in part because the male and female hoots are at the same volume (so to speak). I also have not listened with earphones yet... just turned up on my laptop. We can also discuss further at Monday's afternoon's meeting.

Thanks,

*Liz*

---

**From:** Kufta-Christie, Lindsey A <lkuftachristie@blm.gov>
**Sent:** Friday, October 20, 2023 14:06
**To:** Wind, Marcus <mwind@blm.gov>
**Cc:** Reeder, Erich M <ereeder@blm.gov>; Gayner, Elizabeth I <egayner@blm.gov>
**Subject:** Possible survey's adjacent to YEB-4 ARU location

Hi Marcus,

I see you surveyed Snail Canyon on 5/22. Is it possible you could hear your broadcast at Yellow Butte? The location of the ARU is:

| 469939 | 4821923 |
|--------|---------|

There were three distant four-note calls heard around 2239—the first note may be nonexistent. The other recording sounds like a series call into a three-note. Let me know if you think it is possible given topography and the coverage of your broadcast over the landscape. Attached are the clips, if you listen to the recording you will need to turn the volume up to 100%.

Enjoy the weekend,
Lindsey

**Date**:          February 12, 2024

**Prepared by**:   Elizabeth Gayner (Wildlife Biologist)
                   Lindsey Kufta-Christie (Wildlife Bio Science Technician)
                   BLM, Roseburg District – Swiftwater Field Office

**To**:            Roli Espinosa (Wildlife Biologist)
                   Chris Foster (Acting Field Manager)
                   BLM, Roseburg District – South River Field Office

**Subject**:       2022 and 2023 Northern Spotted Owl (NSO) Detection Summary using Autonomous
                   Recording Units (ARUs) - Supplemental to 6-visit Call-back Survey Effort

**Summary**:       ARUs were deployed in the Blue & Gold Harvest Plan project area to supplement the
                   call-back survey effort. Because of the extremely steep terrain with deep canyons and
                   lack of roads, it was determined call-back surveys inadequately surveyed all NRF habitat
                   in inaccessible areas (e.g., limited ability for surveyor to hear NSO calling from within a
                   deep canyons). Thus, ARUs were deployed to survey these difficult to reach areas and in
                   areas where a NSO were heard but difficult to locate during additional day time searches
                   and nighttime call-back surveys. ARUs were deployed for a six-week duration during the
                   breeding season. Of the 20 ARUs deployed, NSO were detected on 7 and 6 deployment
                   days in 2022 and 2023, respectively (Table 1).

Results:           In 2022 20 ARU's were placed within the Blue & Gold Harvest Plan Project Area and
                   were ran continuously for 13 hours a day generally from 1800 to 0600 the following
                   morning, averaging 546 hours per ARU deployment. In 2023, 20 ARUs (in same
                   locations deployed in 2022, dropped Yellow Trib ARU in 2023) and ran for 8 hours a day
                   (1 hour before sunset through 3 hours after sunset and 2 hours before sunrise through 2
                   hours after sunrise) for at least six weeks averaging 336 hours per ARU deployment. The
                   data was processed using PNW-Cnet v4.2.3 and Kaleidoscope Lite to visually analyze
                   spectrograms and listen to 12-second audio clips (each audio clip produced has a
                   prediction score output > 0.95 for each target class). Audio data was examined and
                   validated to clear false positives and confirm positive detections. ARU detection
                   validation to identify false positives were determined by comparing call-back surveyor
                   times, locations (e.g., distance to callback survey station to ARU and topographical
                   features obstructing sound travel), and the broadcast direction of the callbox at a survey
                   station (stand(s) targeted for survey at that particular station).

                   Of the 20 ARU's deployed, 7 ARUs recorded detections of NSO vocalizations in 2022
                   and 4 ARUs recorded detections of NSO vocalizations in 2023 (Table 1).

**Table 1. ARU detections of Northern Spotted Owls in 2022 and 2023.**

| ARU ID[1] | ARU Location (UTM Coordinates) | Date & Time of Detection | NSO (M, F, Pr)[2] | Call-back Survey Station[1] | Call-Back Survey Date, Start & End time | Distance from Call-back Station to ARU (miles) | Number of Validated NSO Detections/ Vocalizations | Notes |
|---|---|---|---|---|---|---|---|---|
| **2022** | | | | | | | | |
| Upper Yellow Creek sta. 1 | 465993, 4817591 | 3/16/2022 20:56 21:01 | M | Yellow Butte 1992-01 | 3/16/2022 2052-2102 | 2.8 | 2 detections 3-note | |
| Upper Yellow Creek sta. 3 | 467333, 4817679 | 3/16/2022 21:01 21:33 | M F | Yellow Butte 1992-01 | 3/16/2022 2052-2102 | 2.4 | 2+ detections 3-note, whistle, bark | **Occupied = Pair** There are additional detections for the same night. |
| Yellow Butte sta. 1 | 468366, 4820562 | 4/27/2022 20:50 21:41 23:28 | M | Yellow Butte 1992-06 (466758, 4819991) Walk-in | 4/27/2022 1900-2000 | 0.84 | 1 detection multiple vocalizations | No overlap in detection times with call-back survey. |
| Yellow Butte sta. 2 | 468683, 4821004 | 7/12/2022 22:55 | F | Marsh Trib 4682-04 | 2252-2302 | 1.5 | 1 detection 2 vocalizations (moderate) | **Figure 1.** Vocalization easily heard and likely in the stand. Call-back distance potentially too far and would expect call to be a fainter recording. |
| Yellow Butte sta. 4 | 469939, 4821925 | 7/1/2022 (6/30 survey) 00:10 | F | Yellow Trib 4659-02 Blackberry Canyon 1916-07 | 0007-0017 0005-0015 | 1.3 1.29 | 1 detection 5 vocalizations includes very faint female 3-note and whistle | **Figure 2.** 4659-02 call point – broadcast of callbox should have been in opposite direction of ARU location. 1916-07 call point on opposite side of the ridge over a mile away |
| Yellow Creek sta. 1 | 4635715, 4818895 | 4/6/2022 23:09 | M | None | None | NA | 1 detection 4 vocalizations (very faint) | |
| Yellow Creek sta. 1 | 4635715, 4818895 | 7/6-7/2022 at 00:38 | F | Upper Martin Creek 1972-04 | 0035-0045 | 0.7 | 1 detection 4 vocalizations | **Figure 3.** Ridge top to ridge top with potential ridges in between. Feasible that is it is a call-back survey given overlap in times, |

| ARU ID[1] | ARU Location (UTM Coordinates) | Date & Time of Detection | NSO (M, F, Pr)[2] | Call-back Survey Station[1] | Call-Back Survey Date, Start & End time | Distance from Call-back Station to ARU (miles) | Number of Validated NSO Detections/ Vocalizations | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | but no tone recorded; ==needs topographical analysis.== |
| Yellow Creek sta. 1 | 4635715, 4818895 | 7/13/2022 21:30 | M | Doe Creek 1804-03 | 7/13/22 2127-2137 | 1.09 | 1 detection 1 vocalization (moderately faint) | **Figure 4.** Ridge top to ridge top with potential ridges in between. Feasible that is it is a call-back survey given overlap in times, but no tone recorded; ==needs topographical analysis.== |
| Yellow Creek sta. 2 | 464209, 4818224 | 4/5/2022 20:17 | M | None | None | NA | 1 detection 5 vocalizations (distant) | |
| **2023** | | | | | | | | |
| Doe Creek sta. 7 | 467626, 4820705 | 6/14/23 at 20:56 | M | None | None | NA | 1 detection 9 vocalizations | |
| Upper Yellow Creek sta. 3 | 467333, 4817679 | 6/15/23 at 22:35 22:37 22:41 23:07 | M | YEB 1992-13 | 6/15/23 2232-2243 | 1.4 | 1 detection 14 vocalizations (23:07 faint and 26 minutes after call-back survey completed) | **Figure 5.** Call-back on ridge top at ~1,940 feet to ARU at ~1,040 feet. Feasible first three detections are call-back survey given overlap in times, but no tone recorded. 23:07 detection was 26 minutes after call-back survey completed. |
| Yellow Butte sta. 4 | 469939, 4821925 | 5/10/23 at 03:55 | M | None | None | NA | 1 detection 1 vocalization | |
| Yellow Butte sta. 4 | 469939, 4821925 | 5/22/23 at 22:39 | **Pr** | None | None | NA | 1 detection 4 vocalizations (3-notes includes a BARK) | **Occupied = Pair** |

| ARU ID[1] | ARU Location (UTM Coordinates) | Date & Time of Detection | NSO (M, F, Pr)[2] | Call-back Survey Station[1] | Call-Back Survey Date, Start & End time | Distance from Call-back Station to ARU (miles) | Number of Validated NSO Detections/ Vocalizations | Notes |
|---|---|---|---|---|---|---|---|---|
| Yellow Creek sta. 3 | 465221, 4818336 | 7/27/23 at 22:42 | M | Bear Creek 1972-06 | 7/27/23 2246-2256 | 0.6 | 1 detection 4 vocalizations | **Figure 6.** Possible survey? Detection 4 min prior to start of call-back survey which should have been broadcasting to the west (towards Bear Creek site); ARU to the southeast, but elevation is similar and within direct line distance for potential audibility. |
| Yellow Creek sta.3 | 465221, 4818336 | 8/3/23 at 21:34 | M | Snail Canyon 1980-13<br><br>Blackberry Canyon 1916-08 | 8/3/23 2133-2143<br><br>8/3/23 2134-2144 | 3.8<br><br>4.97 | 1 detection 1 vocalization | Distance to ARU to call-back stations are too far. |

[1] ARU ID is not associated with NSO site name.

[2] F = Female, M = Male, Pr = Pair.

[3] Note: Juvenile Northern Goshawk detected 4/27.

**Figure 1.  Yellow Butte 1 (YEB 2) to Callback Survey Station 4682-04.**



**Figure 2.  Yellow Butte 4 (YEB 4) to Callback Survey Stations 1916-07 and 4659-02.**



**Figure 3.  Yellow Creek 1 (YEC 1) to Callback Survey Station 1972-04.**



**Figure 4.  Yellow Creek 1 (YEC 1) to Callback Survey Station 1804-03.**



**Figure 5. Upper Yellow Creek 3 (UYC 3) to Callback Survey Station 1992-13.**



**Figure 6.  Yellow Creek 3 (YEC 3) to Callback Survey Station 1972-06.**



Notes:

Most recent literature to consider when determining results and NSO occupancy status:

Appel, Cara L., Damon B. Lesmeister, Adam Duarte, Raymond J. Davis, Matthew J. Weldy, and Taal Levi. 2023. "Using Passive Acoustic Monitoring to Estimate Northern Spotted Owl Landscape Use and Pair Occupancy." Ecosphere 14(2): e4421. https://doi.org/10.1002/ecs2.4421.

Based on Hane et al. (2022) who investigated detection distance and coverage area with automated detectors (ARU) for NSO:

- At distances less than 250 meters, the CNN correctly identified occupancy in more than 73 percent of trials.
- Areal coverage was a function of distance from source to microphone, location of the source relative to the microphone, and method of call analysis.
- Calls broadcast toward the microphones were more likely to be detected than calls broadcast away from the microphones.
- At 200 meters the estimated mean detection probability averaged over the five microphones for Kaleidoscope was 0.21 (95% CI: 0.17–0.26).
- For an estimated detection rate of at least 50 meters, distances ranged from 70–150 meters.
- a detection radius of 300 meters with the CNN method covers an area only one half as large as assumed in traditional surveys (400 meters/0.25 miles).
- The theoretical communication limit of a NSO call broadcast in a forest is between 300–600 meters (0.19 – 0.37 miles).

Hane, M. E., J. E. Thornton-Frost, A. Springford, and A. J. Kroll. 2022. Factors associated with automated detection of Northern Spotted Owl (*Strix occidentalis caurina*) four-note location calls. Avian Conservation and Ecology 17(1):26. https://doi.org/10.5751/ACE-02105-170126.

 Outlook

---

**B&G 2022-2023 ARU Data**

---

**From** Gayner, Elizabeth I <egayner@blm.gov>

**Date** Mon 2/12/2024 16:30

**To** Espinosa, Rolando H <respinos@blm.gov>; Foster, Christopher C <cfoster@blm.gov>

**Cc** Korn, Michael J <mkorn@blm.gov>; Showalter, Rachel M <rshowalt@blm.gov>; Kufta-Christie, Lindsey A <lkuftachristie@blm.gov>; Mowdy, Jason S <jmowdy@blm.gov>

📎 1 attachments (4 MB)

Blue&Gold_2022-2023ARU_NSOSurveySummary_12Feb2024_Final.docx;

Roli and Chris,

Attached is the 2022-2023 summary of ARU results for NSOs in Blue & Gold.  We only listed the detections. We did not work through the occupancy status other than where there was a pair detected.

A huge shout-out to Lindsey for her hard thorough work and attention to detail on this effort. Lots of moving parts and data to work through.

Thank you so much for your patience.  Let me know if you have any questions.

*Liz*

P.S. Roli - note that juvenile NOGOs were also detected on one of the ARUS. Reference the footnote in Table 1.

---

## Elizabeth I. Gayner

*Lead Wildlife Biologist - Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**

 Outlook

---

**B&G 2022-2023 ARU Data**

---

**From** Gayner, Elizabeth I <egayner@blm.gov>

**Date** Mon 2/12/2024 16:30

**To** Espinosa, Rolando H <respinos@blm.gov>; Foster, Christopher C <cfoster@blm.gov>

**Cc** Korn, Michael J <mkorn@blm.gov>; Showalter, Rachel M <rshowalt@blm.gov>; Kufta-Christie, Lindsey A <lkuftachristie@blm.gov>; Mowdy, Jason S <jmowdy@blm.gov>

📎 1 attachments (4 MB)

Blue&Gold_2022-2023ARU_NSOSurveySummary_12Feb2024_Final.docx;

Roli and Chris,

Attached is the 2022-2023 summary of ARU results for NSOs in Blue & Gold.  We only listed the detections. We did not work through the occupancy status other than where there was a pair detected.

A huge shout-out to Lindsey for her hard thorough work and attention to detail on this effort. Lots of moving parts and data to work through.

Thank you so much for your patience.  Let me know if you have any questions.

*Liz*

P.S. Roli - note that juvenile NOGOs were also detected on one of the ARUS. Reference the footnote in Table 1.

---

### *Elizabeth I. Gayner*

*Lead Wildlife Biologist - Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**

**Date**:          February 12, 2024

**Prepared by**:   Elizabeth Gayner (Wildlife Biologist)
                   Lindsey Kufta-Christie (Wildlife Bio Science Technician)
                   BLM, Roseburg District – Swiftwater Field Office

**To**:            Roli Espinosa (Wildlife Biologist)
                   Chris Foster (Acting Field Manager)
                   BLM, Roseburg District – South River Field Office

**Subject**:       2022 and 2023 Northern Spotted Owl (NSO) Detection Summary using Autonomous
                   Recording Units (ARUs) - Supplemental to 6-visit Call-back Survey Effort

**Summary**:       ARUs were deployed in the Blue & Gold Harvest Plan project area to supplement the
                   call-back survey effort. Because of the extremely steep terrain with deep canyons and
                   lack of roads, it was determined call-back surveys inadequately surveyed all NRF habitat
                   in inaccessible areas (e.g., limited ability for surveyor to hear NSO calling from within a
                   deep canyons). Thus, ARUs were deployed to survey these difficult to reach areas and in
                   areas where a NSO were heard but difficult to locate during additional day time searches
                   and nighttime call-back surveys. ARUs were deployed for a six-week duration during the
                   breeding season. Of the 20 ARUs deployed, NSO were detected on 7 and 6 deployment
                   days in 2022 and 2023, respectively (Table 1).

Results:           In 2022 20 ARU's were placed within the Blue & Gold Harvest Plan Project Area and
                   were ran continuously for 13 hours a day generally from 1800 to 0600 the following
                   morning, averaging 546 hours per ARU deployment. In 2023, 20 ARUs (in same
                   locations deployed in 2022, dropped Yellow Trib ARU in 2023) and ran for 8 hours a day
                   (1 hour before sunset through 3 hours after sunset and 2 hours before sunrise through 2
                   hours after sunrise) for at least six weeks averaging 336 hours per ARU deployment. The
                   data was processed using PNW-Cnet v4.2.3 and Kaleidoscope Lite to visually analyze
                   spectrograms and listen to 12-second audio clips (each audio clip produced has a
                   prediction score output > 0.95 for each target class). Audio data was examined and
                   validated to clear false positives and confirm positive detections. ARU detection
                   validation to identify false positives were determined by comparing call-back surveyor
                   times, locations (e.g., distance to callback survey station to ARU and topographical
                   features obstructing sound travel), and the broadcast direction of the callbox at a survey
                   station (stand(s) targeted for survey at that particular station).

                   Of the 20 ARU's deployed, 7 ARUs recorded detections of NSO vocalizations in 2022
                   and 4 ARUs recorded detections of NSO vocalizations in 2023 (Table 1).

**Table 1.  ARU detections of Northern Spotted Owls in 2022 and 2023.**

| ARU ID[1] | ARU Location (UTM Coordinates) | Date & Time of Detection | NSO (M, F, Pr)[2] | Call-back Survey Station[1] | Call-Back Survey Date, Start & End time | Distance from Call-back Station to ARU (miles) | Number of Validated NSO Detections/ Vocalizations | Notes |
|---|---|---|---|---|---|---|---|---|
| **2022** | | | | | | | | |
| Upper Yellow Creek sta. 1 | 465993, 4817591 | 3/16/2022 20:56 21:01 | M | Yellow Butte 1992-01 | 3/16/2022 2052-2102 | 2.8 | 2 detections 3-note | |
| Upper Yellow Creek sta. 3 | 467333, 4817679 | 3/16/2022 21:01 21:33 | M F | Yellow Butte 1992-01 | 3/16/2022 2052-2102 | 2.4 | 2+ detections 3-note, whistle, bark | **Occupied = Pair** There are additional detections for the same night. |
| Yellow Butte sta. 1 | 468366, 4820562 | 4/27/2022 20:50 21:41 23:28 | M | Yellow Butte 1992-06 (466758, 4819991) Walk-in | 4/27/2022 1900-2000 | 0.84 | 1 detection multiple vocalizations | No overlap in detection times with call-back survey. |
| Yellow Butte sta. 2 | 468683, 4821004 | 7/12/2022 22:55 | F | Marsh Trib 4682-04 | 2252-2302 | 1.5 | 1 detection 2 vocalizations (moderate) | **Figure 1.** Vocalization easily heard and likely in the stand. Call-back distance potentially too far and would expect call to be a fainter recording. |
| Yellow Butte sta. 4 | 469939, 4821925 | 7/1/2022 (6/30 survey) 00:10 | F | Yellow Trib 4659-02 Blackberry Canyon 1916-07 | 0007-0017  0005-0015 | 1.3  1.29 | 1 detection 5 vocalizations includes very faint female 3-note and whistle | **Figure 2.** 4659-02 call point – broadcast of callbox should have been in opposite direction of ARU location. 1916-07 call point on opposite side of the ridge over a mile away |
| Yellow Creek sta. 1 | 4635715, 4818895 | 4/6/2022 23:09 | M | None | None | NA | 1 detection 4 vocalizations (very faint) | |
| Yellow Creek sta. 1 | 4635715, 4818895 | 7/6-7/2022 at 00:38 | F | Upper Martin Creek 1972-04 | 0035-0045 | 0.7 | 1 detection 4 vocalizations | **Figure 3.** Ridge top to ridge top with potential ridges in between. Feasible that is it is a call-back survey given overlap in times, |

| ARU ID[1] | ARU Location (UTM Coordinates) | Date & Time of Detection | NSO (M, F, Pr)[2] | Call-back Survey Station[1] | Call-Back Survey Date, Start & End time | Distance from Call-back Station to ARU (miles) | Number of Validated NSO Detections/ Vocalizations | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | but no tone recorded; needs topographical analysis. |
| Yellow Creek sta. 1 | 4635715, 4818895 | 7/13/2022 21:30 | M | Doe Creek 1804-03 | 7/13/22 2127-2137 | 1.09 | 1 detection 1 vocalization (moderately faint) | **Figure 4.** Ridge top to ridge top with potential ridges in between. Feasible that is it is a call-back survey given overlap in times, but no tone recorded; needs topographical analysis. |
| Yellow Creek sta. 2 | 464209, 4818224 | 4/5/2022 20:17 | M | None | None | NA | 1 detection 5 vocalizations (distant) | |
| **2023** | | | | | | | | |
| Doe Creek sta. 7 | 467626, 4820705 | 6/14/23 at 20:56 | M | None | None | NA | 1 detection 9 vocalizations | |
| Upper Yellow Creek sta. 3 | 467333, 4817679 | 6/15/23 at 22:35 22:37 22:41 23:07 | M | YEB 1992-13 | 6/15/23 2232-2243 | 1.4 | 1 detection 14 vocalizations (23:07 faint and 26 minutes after call-back survey completed) | **Figure 5.** Call-back on ridge top at ~1,940 feet to ARU at ~1,040 feet. Feasible first three detections are call-back survey given overlap in times, but no tone recorded. 23:07 detection was 26 minutes after call-back survey completed. |
| Yellow Butte sta. 4 | 469939, 4821925 | 5/10/23 at 03:55 | M | None | None | NA | 1 detection 1 vocalization | |
| Yellow Butte sta. 4 | 469939, 4821925 | 5/22/23 at 22:39 | **Pr** | None | None | NA | 1 detection 4 vocalizations (3-notes includes a BARK) | **Occupied = Pair** |

| ARU ID[1] | ARU Location (UTM Coordinates) | Date & Time of Detection | NSO (M, F, Pr)[2] | Call-back Survey Station[1] | Call-Back Survey Date, Start & End time | Distance from Call-back Station to ARU (miles) | Number of Validated NSO Detections/ Vocalizations | Notes |
|---|---|---|---|---|---|---|---|---|
| Yellow Creek sta. 3 | 465221, 4818336 | 7/27/23 at 22:42 | M | Bear Creek 1972-06 | 7/27/23 2246-2256 | 0.6 | 1 detection 4 vocalizations | **Figure 6.** Possible survey? Detection 4 min prior to start of call-back survey which should have been broadcasting to the west (towards Bear Creek site); ARU to the southeast, but elevation is similar and within direct line distance for potential audibility. |
| Yellow Creek sta.3 | 465221, 4818336 | 8/3/23 at 21:34 | M | Snail Canyon 1980-13<br><br>Blackberry Canyon 1916-08 | 8/3/23 2133-2143<br><br>8/3/23 2134-2144 | 3.8<br><br>4.97 | 1 detection 1 vocalization | Distance to ARU to call-back stations are too far. |

[1] ARU ID is not associated with NSO site name.

[2] F = Female, M = Male, Pr = Pair.

[3] Note: Juvenile Northern Goshawk detected 4/27.

**Figure 1. Yellow Butte 1 (YEB 2) to Callback Survey Station 4682-04.**



**Figure 2.  Yellow Butte 4 (YEB 4) to Callback Survey Stations 1916-07 and 4659-02.**



**Figure 3.  Yellow Creek 1 (YEC 1) to Callback Survey Station 1972-04.**



**Figure 4.  Yellow Creek 1 (YEC 1) to Callback Survey Station 1804-03.**



**Figure 5.  Upper Yellow Creek 3 (UYC 3) to Callback Survey Station 1992-13.**



**Figure 6.  Yellow Creek 3 (YEC 3) to Callback Survey Station 1972-06.**



Notes:

Most recent literature to consider when determining results and NSO occupancy status:

Appel, Cara L., Damon B. Lesmeister, Adam Duarte, Raymond J. Davis, Matthew J. Weldy, and Taal Levi. 2023. "Using Passive Acoustic Monitoring to Estimate Northern Spotted Owl Landscape Use and Pair Occupancy." Ecosphere 14(2): e4421. https://doi.org/10.1002/ecs2.4421.

Based on Hane et al. (2022) who investigated detection distance and coverage area with automated detectors (ARU) for NSO:

- At distances less than 250 meters, the CNN correctly identified occupancy in more than 73 percent of trials.
- Areal coverage was a function of distance from source to microphone, location of the source relative to the microphone, and method of call analysis.
- Calls broadcast toward the microphones were more likely to be detected than calls broadcast away from the microphones.
- At 200 meters the estimated mean detection probability averaged over the five microphones for Kaleidoscope was 0.21 (95% CI: 0.17–0.26).
- For an estimated detection rate of at least 50 meters, distances ranged from 70–150 meters.
- a detection radius of 300 meters with the CNN method covers an area only one half as large as assumed in traditional surveys (400 meters/0.25 miles).
- The theoretical communication limit of a NSO call broadcast in a forest is between 300–600 meters (0.19 – 0.37 miles).

Hane, M. E., J. E. Thornton-Frost, A. Springford, and A. J. Kroll. 2022. Factors associated with automated detection of Northern Spotted Owl (*Strix occidentalis caurina*) four-note location calls. Avian Conservation and Ecology 17(1):26. https://doi.org/10.5751/ACE-02105-170126.

 Outlook

---

## Wildlife Mini Meeting Notes

---

**From** Gayner, Elizabeth I <egayner@blm.gov>

**Date** Tue 4/12/2022 15:27

**To** Wise, Heather R <hwise@blm.gov>

Hey Heather,

Here are notes from the meeting from the time you left...

**ARU** – FWS feels the PNW should determine an activity center.  PNW disagrees and only determines occupancy at a hexagon level.  Still being sorted out...

**MATOC** – thanks for those that contributed comments.  Rex met with District Bios this morning... worked through comments.  Punchline is we are going to have a MATOC for MAMU, NSO, and RTV. There are District specifics as well as areas in MATOC that are common to all. There will be latitude over some things, such as flagging colors. Carole (CB) lead for MAMU, Robin (MF) lead for NSO, and Sonya (NC) lead for RTV. Will have comments incorporated within a week.

Roli wants to have the language about how the contracts will be awarded... e.g., can we choose the same contractor for 2-3 years in a row for a project? The MATOC team doesn't have answers.  Such questions will get forwarded to the SO.

Roli – how long is MATOC going to be implemented for?

Rex does not have answers.  "Time will tell."

Walk-in premium for over a half-mile and then 1-mile increments after that. Roli doesn't think we even need a walk-on premium.  The current contractor put a minimal cost on it implying they are not that concerned about it.

Liz – measuring by half-mile increments is ridiculous.  Gives a way for the contractor to nickel and dime us.

Jason – stated it really needs to be identified clearly how these measurements will need to be documented/counted (e.g., straight line from truck vs serpentine path to station).

Other discussion was about crew leads and required experience.  All over the board among Districts from 1 -3 years of experience.  The MATOC team agreed on requiring 2 years of relevant experience.

Roli's newscast – task order for MAMU contract has been received!

**Franklin's Bumble Bee -** Rex has high priority zones.  He needs to finish up whatever he was going to do with it... clean it up and send us an email with the GIS layers are located.  Hasn't had any further discussions with the FWS about what the high priority zones really mean.  Using the Weed BA as a vehicle to push that discussion.

Jason - there is an assumption by SR managers that surveys will be completed in B&G and 42 Divide... at least one round of surveys this year.  Don't know who is going to do the surveys... both crews are super busy.

Liz - Chris told me that he would be doing some surveys out and B&G this year.  I plan to do surveys at projects at Rock Creek and Canton Creek.  NBHMA.

Roli - There is a big learning curve.  Takes a lot of time to identify them.  Take good photographs at the time.  B&G meadows in hab layer = about 10 acres... in reviewing the hab layer for MAMU... there are some other meadows to add. Throwing in 42 Divide would not be realistic... there is a lot of bee habitat that would not be feasible to survey this year given our staffing.  We would need to have a crew of people to this.

Jason - Need to evaluate what it would take for all of the projects. We will work together to figure out how to tackle the bee workload.

Rex - who is trained up?  Liz, Roli, Cindy, and Erich at this moment. There is also the weed treatment areas that would need to be surveyed too.  Will check with Summer about prospects of doing a joint training.

Will the Rapid Habitat Assessment be part of the process?  Rex says it would be prudent to pursue so we have some indication of quality of habitat that we are surveying in.  We agreed that it would be part of the survey process.

**Consultation Monitoring** – has not been touched.  We will get to it when we have time, and we just don't have time right now.

**RMP Monitoring** – due at the end of next week. Implemented projects that are to be monitored are all in South River. Roli has looked at the spreadsheet to understand what it was and means. There is missing data from previous years, but not going to worry about that right now. Just focus on the 2021 data.  Needs to do write-up for three SR projects. Need to identify why a project was being surveyed... habitat removal or disruption or both.

Roli stated that one reason to survey relevant to MAMU was to avoid site loss (ex premise of manager in 2020 was he did not want site loss, so survey it).

**Other Topic**

Jason brought up that PNW reached out about placing ARUs on Tyee and/or Klamath around two active site centers this year. 37 ARUs would be deployed around that activity center to determine detection rate in a given year.  They would like a list of sites by end of month. Showed map of example of ARU deployment locations at the Upper Green Site. Wait to pass on site info until after second visit to determine if a solid pair.  Roli's concern is the significant about of disruption given the number of ARU in the site.  Rex concerned about convoluting the site issue with PNW without them giving us the information in a timely manner.  Liz suggested maybe to check one of the sites up Canton Creek that was most recently occupied... if any of those are occupied, can recommend one or two in that area that would not potentially compromise a TS project. Roli recommends just providing a list of sites to PNW and let them pick the area they want.... then it is their call, not ours.  Roli and Liz think this information is valuable.  Jason - in an ideal world, put grid on two adjacent sites... would be valuable too. Will have another meeting near the end of the month to determine site list and discussion.

Rex - got an early alert that tomorrow the Streaked-horned Lark is going to get listed as Threatened.  The Federal Register Notice will be posted tomorrow.


Hope this makes sense!

*Liz*

_____

## Elizabeth I. Gayner

*Lead Wildlife Biologist - Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**

 Outlook

---

**2024 - ARU use in Blue & Gold**

---

**From** Gayner, Elizabeth I <egayner@blm.gov>

**Date** Thu 8/15/2024 10:51

**To** Price, Amy L <amy_price@fws.gov>

Hi Amy,

I am confirming that, per Swiftwater's Field Manager's direction, BLM did not deploy ARUs in 2024 within the areas previously surveyed with ARUs within the Blue and Gold Project Area. We used ARUs as a supplement to the 2012 NSO survey protocol to ensure survey coverage of areas that were not adequately covered due to safety concerns in very steep terrain and lack of road access. However, we contracted our NSO surveys in 2024 to Hamer Environmental who has ensured they could adequately survey these areas via the 2012 NSO survey protocol.

Let me know if you need additional information.

*Liz*

---

## Elizabeth I. Gayner
***Lead Wildlife Biologist - Swiftwater Field Office***
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**



Thursday, August 15

Price, Amy L  8/15 10:35 AM
Good morning Liz.  Quick question for B&G.  No ARUs were/will be deployed within the project in 2024, correct?  Would you mind sending me an email with this information, please?

8/15 10:36 AM
Correct. We have been banned from using ARUs in timber sale project areas. 😋

Price, Amy L  8/15 10:37 AM
That's what I thought. I don't know what language you want to use or if you'd prefer that I ask you the question in an email to prompt your reply.  Should I just ask Chris?

8/15 10:40 AM
I will send an email to ya.

 Outlook

---

**Blue and Gold Harvest Plan Environmental Assessment and unsigned Finding of No Significant Impact**

---

**From** Whitman, Heather L <hwhitman@blm.gov>

**Date** Fri 7/29/2022 5:48 PM

**To** BLM_OR_RB_All <BLM_OR_RB_All@blm.gov>

Good afternoon,

It was recently brought to my attention that employees have questions on the status of the Blue and Gold Harvest Plan EA. I'm hoping the following provides an adequate update. If not, I'm open for questions and conversations (after I return on August 8th 😀).

Back on April 28th, I asked for the Blue & Gold EA and unsigned FONSI to be removed from ePlanning because 1) the state office and headquarters were not aware of the proposed project that is a bit controversial, and 2) the documents were posted within five days after the President signed the *Executive Order on Strengthening the Nation's Forests, Communities, and Local Economies*, which is partly about the BLM and the USFS defining, identifying, and completing an inventory of old-growth and mature forests on federal lands. In addition, immediately upon the EA and unsigned FONSI being posted on ePlanning, media and members of the public started contacting the BLM expressing concerns about the proposed actions outlined in the EA.

After the EA was removed from ePlanning, I let Mike and Sarah know that I planned to review the EA and unsigned FONSI, which I had not done before it was posted. I started that review back in May, and since then, multiple conversations have occurred among our staff, as well as with other districts and agencies and the state office, regarding our FY 2023 ASQ achievement, autonomous recording units (ARU), habitat modifications, etc. Of course, not all employees were involved in these conversations, but many of you participated and know some of the issues.

One issue I think you all should know about because I am sure it is being discussed in some form around the office: To avoid incidental take of northern spotted owl (NSO) territorial pairs or resident singles from timber harvest until a barred owl management program is implemented (as required by our RODs/RMPs), we planned to have had at least two years of complete and valid NSO call-back protocol surveys in the Blue and Gold EA analysis area to determine NSO occupancy to avoid incidental take. However, we discovered earlier this year/late last year that three of the historic NSO sites were not

surveyed to call-back survey protocol standards, and the home ranges of these historic sites were all predominantly NRF habitat. Therefore, the acres within those NSO home ranges could not be proposed for regeneration harvest because that would result in a determination of incidental take. Any historic NSO sites that are not surveyed to protocol are presumed occupied and have limitations on our management actions.

In addition, we were provided information late this spring that NSO were detected by the Pacific Northwest Research Station using autonomous recording units (ARU) in the former Tyee density study area, and based upon the pilot ARU protocol for project clearances, those results indicated NSO occupancy in two ARU hexagons. Because of this, our biologists, as well as biologists from the state office, other districts, and other agencies, have been working on the best way for us to analyze this information in our EA documents. Those biologists have agreed to an analytical methodology that is similar to the method they use for call-back survey protocol analysis. For the Blue and Gold EA, this affected additional proposed regeneration harvest unit acres.

What this all means is that the Blue and Gold EA must be modified, as some of this was unknown when the EA was finalized, but we know it now. Our DLT members, along with other staff, are figuring out a strategy for making modifications to the EA and are trying to figure out the timeline, with the consideration that if we make adjustments to the proposed actions, we may need to re-scope the project for the public to be aware and to participate. To adhere to the "no take" provision, we may have to either consider avoiding timber sales in certain locations or reducing the intensity of our timber harvest of NRF habitat within the home ranges of occupied NSO sites, for example. We need to continue to remind ourselves that we do have flexibility in scheduling the order in which stands are harvested in the HLB to avoid incidental take of NSOs, even if that means some work may need to be paused. Your resiliency and thoughtful public lands management are really appreciated.

Like I said, I hope this update answers questions I am told folks are asking. If not, please talk with me about the status of this project.

Heather
Heather Whitman
District Manager
========================
**Bureau of Land Management**
Roseburg District
777 NW Garden Valley Boulevard
Roseburg, Oregon 97471
(541) 464-3200 Phone
========================

*The Bureau of Land Management's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

Facebook / Flickr / Twitter / YouTube

---

**From:** Bickford, Sarah <sbickfor@blm.gov>
**Sent:** Monday, May 2, 2022 12:17 PM
**To:** BLM_OR_RB_All <BLM_OR_RB_All@blm.gov>
**Subject:** Fw: Notice of Availability – Blue and Gold Harvest Plan Environmental Assessment and unsigned Finding of No Significant Impact

Good Afternoon - The State Office (SO) and Washington Office (WO) were not aware of the release of this EA. We pulled the EA back, and are working on the Week Ahead Report to the SO for notification prior to the release on E-Planning.  If you have any questions please reach out to either myself, Mike, or Heather.

Thanks, Sarah

---

**From:** RB_Mail, BLM_OR <BLM_OR_RB_Mail@blm.gov>
**Sent:** Friday, April 29, 2022 12:12 PM
**To:** RB_Mail, BLM_OR <BLM_OR_RB_Mail@blm.gov>
**Subject:** Re: Notice of Availability – Blue and Gold Harvest Plan Environmental Assessment and unsigned Finding of No Significant Impact

Good afternoon~

The Roseburg District, Bureau of Land Management is temporarily suspending the public comment period for the Environmental Assessment (EA) and the unsigned Finding of No Significant Impact (FONSI) for the Blue and Gold Harvest Plan EA. A revised notice for the comment period will be provided following additional internal review.

**Bureau of Land Management**
**Roseburg District Office**
**777 NW Garden Valley Blvd.**
**Roseburg, OR 97471**
**541-440-4930**

---

**From:** RB_Mail, BLM_OR <BLM_OR_RB_Mail@blm.gov>
**Sent:** Wednesday, April 27, 2022 2:44 PM
**Subject:** Notice of Availability – Blue and Gold Harvest Plan Environmental Assessment and unsigned Finding of No Significant Impact

The Roseburg District Bureau of Land Management Environmental Assessment (EA) and the unsigned Finding of No Significant Impact (FONSI) for the Blue and Gold Harvest Plan EA (DOI-BLM-ORWA-R040-2020-0001-EA) are available for review.  The documents will be published on April 27, 2022, on the Bureau of Land Management National NEPA Register (ePlanning) website at: https://eplanning.blm.gov/eplanning-ui/home. The 30-day comment period will begin April 28, 2022.

The BLM welcomes substantive comments on this proposal by 4:30 PM Pacific Time on Friday, May 27, 2022. You may submit your comments via email at: BLM_OR_RB_Blue_and_Gold_Harvest_Plan_EA@blm.gov. Please specify the project name in the subject line of your email.

You may also submit written comments to Mike Korn, Bureau of Land Management, 777 NW Garden Valley Blvd., Roseburg, OR 97471.

For further information, contact Kelly Ware, Roseburg District, Bureau of Land Management, 777 NW Garden Valley Blvd., Roseburg, OR 97471, 541-440-4930 or at kware@blm.gov.

**Bureau of Land Management**
**Roseburg District Office**
**777 NW Garden Valley Blvd.**
**Roseburg, OR 97471**
**541-440-4930**

Here are a few updates:

-rm actually moved out on time

-had meeting RE B&G NSO surveys with Liz, Jason, and Chris and we asked 5 different ways if we were covered by ONLY 6-visit call back protocol and the answer was YES and that the ARU data is sheerly supplementary.

 Outlook

Re: Call points & Habitat coverage in B&G

**From** Korn, Michael J <mkorn@blm.gov>
**Date** Wed 2/21/2024 2:05 PM
**To** Mowdy, Jason S <jmowdy@blm.gov>; Gayner, Elizabeth I <egayner@blm.gov>; Espinosa, Rolando H <respinos@blm.gov>; Showalter, Rachel M <rshowalt@blm.gov>; Foster, Christopher C <cfoster@blm.gov>

Sounds like Monday 9-11 works for everyone.  I'll send the invite

**Mike Korn**
**Swiftwater Field Manager**
**Bureau of Land Management**
**777 NW Garden Valley Blvd**
**Roseburg, Oregon**
**541-464-3211**

---

**From:** Mowdy, Jason S <jmowdy@blm.gov>
**Sent:** Wednesday, February 21, 2024 11:25 AM
**To:** Gayner, Elizabeth I <egayner@blm.gov>; Espinosa, Rolando H <respinos@blm.gov>; Showalter, Rachel M <rshowalt@blm.gov>; Korn, Michael J <mkorn@blm.gov>; Foster, Christopher C <cfoster@blm.gov>
**Subject:** Re: Call points & Habitat coverage in B&G

Any time next week works for me.

-Jason

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Wednesday, February 21, 2024 10:51 AM
**To:** Espinosa, Rolando H <respinos@blm.gov>; Showalter, Rachel M <rshowalt@blm.gov>; Korn, Michael J <mkorn@blm.gov>; Foster, Christopher C <cfoster@blm.gov>; Mowdy, Jason S <jmowdy@blm.gov>
**Subject:** Re: Call points & Habitat coverage in B&G

I am currently open on Monday the 26th.

*Liz*

---

**From:** Espinosa, Rolando H <respinos@blm.gov>
**Sent:** Wednesday, February 21, 2024 06:41
**To:** Showalter, Rachel M <rshowalt@blm.gov>; Korn, Michael J <mkorn@blm.gov>; Foster, Christopher C <cfoster@blm.gov>; Gayner, Elizabeth I <egayner@blm.gov>; Mowdy, Jason S <jmowdy@blm.gov>
**Subject:** Re: Call points & Habitat coverage in B&G

Greetings all,
Below are my available times-please note-they are similar but slightly different.

2/21/2024- Not available; COR training
2/23/2024- Can squeeze a meeting from 0800-1200 hours; and 3:00-4:30 pm
2/26/2024- Can squeeze a meeting from 0900-1100 hours; and 1:30-4:30 pm
2/27/2024- Can squeeze a meeting from 0900-1100 hours; and 1:30-4:30 pm

Roli

---

**From:** Showalter, Rachel M <rshowalt@blm.gov>
**Sent:** Tuesday, February 20, 2024 19:10
**To:** Korn, Michael J <mkorn@blm.gov>; Foster, Christopher C <cfoster@blm.gov>; Espinosa, Rolando H <respinos@blm.gov>; Gayner, Elizabeth I <egayner@blm.gov>; Mowdy, Jason S <jmowdy@blm.gov>
**Subject:** Re: Call points & Habitat coverage in B&G

I can make any of those times except next Tuesday afternoon work!

Get Outlook for iOS

---

**From:** Korn, Michael J <mkorn@blm.gov>
**Sent:** Tuesday, February 20, 2024 11:26 AM
**To:** Showalter, Rachel M <rshowalt@blm.gov>; Foster, Christopher C <cfoster@blm.gov>; Espinosa, Rolando H <respinos@blm.gov>; Gayner, Elizabeth I <egayner@blm.gov>; Mowdy, Jason S <jmowdy@blm.gov>
**Subject:** Call points & Habitat coverage in B&G

All, recent survey effort in B&G has been augmented with the use of ARU"s of which I have heard mixed statements on whether our protocol survey effort within the B&G planning area has established call points that are or are not adequate in providing appropriate coverage of the existing suitable habitat for consultation.   As such I would like to meet as a group and get concurrence one way or another.

This is critical that we reach a consensus on the matter as it dictates what needs to be done with our survey effort moving forward as well as to avoid possible mixed messaging to the service during consultation.  With whatever the conclusion is it will define how we approach our continuing survey effort as I understand B&G is moving forward under a task order rather than in house surveys.

I would think this needs to be addressed soon (before surveys start).   I can make myself available this Wednesday afternoon (2/21), all day Friday, All day Monday and next Tuesday afternoon.  Let me know what days are open and I'll send a meeting invite.

**Mike Korn**
**Swiftwater Field Manager**
**Bureau of Land Management**
**777 NW Garden Valley Blvd**
**Roseburg, Oregon**
**541-464-3211**

FYI, talked with Jason and it sounds like PNW released their owl data.  He said it goes to OSO (Carol Aron) who then disseminates the data.  I told Jason to ping her and let her know it's critical we get that data ASAP.  Hopefully we have closure in the next week as far as B&G.  I'm sure Barry and Anita are going to want to know if were in the clear on that end as well.

 **Outlook**

---

**Fw: NSO survey status**

**From** Showalter, Rachel M <rshowalt@blm.gov>
**Date** Tue 6/15/2021 8:35 AM
**To** Korn, Michael J <mkorn@blm.gov>

Email string from conversations w Marnie.  This does not include all the emails, but will give you a general idea of the tone.  Read from bottom up.  I also sent an email directly to Marnie, will forward that next.

Rachel Showalter
Asst Field Mgr, Swiftwater Field Office
Roseburg District BLM
777 NW Garden Valley Blvd
Roseburg, OR  97471
541.464.3227 (office)
(b) (6) Personal Privacy (work cell)
*rshowalt@blm.gov*

---

**From:** Showalter, Rachel M <rshowalt@blm.gov>
**Sent:** Monday, June 14, 2021 10:34 PM
**To:** Keller, Marnie N <mkeller@blm.gov>; Gayner, Elizabeth I <egayner@blm.gov>
**Subject:** Re: NSO survey status

Hey there Marnie (and Liz),

It sounds like there have been some serious leaps in our survey progress since SR is in the mix with 6 folks !  That is excellent, and I so appreciate the groundwork / coordination.

The news (b) (6) Personal Privacy also sounds encouraging....at least from the aspect of having additional hands that can help the situation.

Unfortunately, it also sounds like there have also been a few serious leaps in the form of communication which has led to a fairly weighty misunderstanding that merits our attention as leaders and coworkers....

I would like to propose a meeting between all three of us - I think there are some major victories we need to celebrate, as well as some challenges we should discuss that may clear the air, so to speak, and finally, to hear and agree on the trajectory for the rest of the field season.

An in-person meeting is overdue..... I think email only gets us so far     .

Please let me know if you can meet this Thursday after the NRS meeting?  I will be in the office and can hang around however long we need.

Thank you, and please know I value both of you very much and look forward to meeting with you.

*130*

Best,
Rachel



Rachel Showalter
Asst Field Mgr, Swiftwater Field Office
Roseburg District BLM
777 NW Garden Valley Blvd
Roseburg, OR 97471
541.464.3227 (office)
(b) (6) Personal Privacy (work cell)
*rshowalt@blm.gov*

---

**From:** Keller, Marnie N <mkeller@blm.gov>
**Sent:** Monday, June 14, 2021 5:26 PM
**To:** Showalter, Rachel M <rshowalt@blm.gov>; Gayner, Elizabeth I <egayner@blm.gov>
**Subject:** Re: NSO survey status

Jason said he can give us 6 people this week, including himself, and will be able to help in the upcoming weeks as well, but will let me know when it gets closer. With a second crew helping us, it shouldn't be a problem to get 2nd visits done by June 30th.

We did nest checks at Rookery and Melrose and had 1 fledgling at Rookery, but only whitewash and downy feathers at Melrose, which made Heather suspect predation. We will be doing another nest check at each of those places this week. I had a second pair detection at Upper North Fork, and a second non-nesting there. Claire and Gina got the male from Mother Hubbard at Western Camp and a female at Mother Hubbard, but when Claire and Erich went back for the follow-up, they couldn't find them in the daytime. There was also a Barred owl calling when they got the male during the night, which is most likely why they couldn't get a detection during the day there.

As far as (b) (6) Personal Privacy

▮▮▮▮▮▮▮▮▮▮▮, so hopefully, things will get a bit easier for all of us in the next few weeks.

Two things I need at this point, more from Liz than from Rachel, are understanding and trust. I believe I was hired for this position because I was trusted to do the job. I have been given a lot of things that were completely new to me, with little time to prepare, and very little guidance. As frustrating as that has been, I have been trying my best to accomplish the impossible, figuring things out along the way, asking for help from those I trust, such as Jason and Heather, because they have been the subject matter experts on NSO surveys for many years. Therefore, I would like to be trusted to do what needs to be done, and if I don't, I will happily step down from this position and take all the blame. NO ONE on the crew are slackers. We do what we do, when we do it, for good reasons. I would like to be given the benefit of the doubt that we are doing the best we possibly can given the circumstances. If two people go on a survey together, it's not to make it more fun, it's to make it more successful, to gain experience and sometimes to make it safer. The reason I send Gina and Claire on follow ups and nest checks with more experienced people is because they have zero experience with actual spotted owls. They have listened to recordings and saw one single male last year. Therefore, I feel it is common sense to make

sure they are getting as much interaction with the owls we are finding as possible, so they know their jobs. The fact that we are stretched for time isn't their fault, so I don't feel that opportunity for experience should be taken away from them. The same goes for the rest of the crew. It has been a long time since we've had a nest to check, so one day allowing everyone the experience, since we only have 2 nests to check, doesn't seem like too much to ask. It saddens me to be second guessed when that occurs. Never in my life have I been called a slacker or a quitter, so the comments coming my way inferring those things is disheartening and incredibly discouraging. Morale is imperative when so much is being asked of people. I would hope that it was put high on the priority list.

Thank you for the words of encouragement and the effort to assist us, it means a lot.

All for now,
Marnie

---

**From:** Showalter, Rachel M <rshowalt@blm.gov>
**Sent:** Tuesday, June 8, 2021 17:37
**To:** Keller, Marnie N <mkeller@blm.gov>; Gayner, Elizabeth I <egayner@blm.gov>
**Subject:** Re: NSO survey status

Hey!

You guys are really busting it and your efforts are not going un-noticed.

Do you want me to do a more formal request for more help from South River, so we can get a few more staff for a couple weeks to help give us a little catapult into the second/third visit realm? I cannot in good conscience know you are working 17 hour days without saying something - that is too much and I am worried about burnout, which, maybe I am offbase, appears to be setting in. I can only surmize the dual weights on your shoulders - the heavy workload associated w the new demog area coupled ▓▓. (b) (6) Personal Privacy
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and I am not gonna lie, it took it's toll on my patience and I felt anxious about things that normally would not have given me any pause. So, I get it, 100%, and what I need to know is what I can do to help ease your load(s)... I am a fairly effective coordinator, I just need to know what you need so I don't throw a wrench into the works on accident.

So, give me something to run point on.....in separate but related news, the GS6 term is flying, so with any luck, if we have local candidates that do not have to contend with a significant move, maybe we could have them on by mid-late Aug. I think that will be just in the nick of time to be of little help, but you just never know.

Thanks,
Rachel

Rachel Showalter

Asst Field Mgr, Swiftwater Field Office
Roseburg District BLM
777 NW Garden Valley Blvd
Roseburg, OR  97471
541.464.3227 (office)
████ (work cell)
rshowalt@blm.gov

---

**From:** Keller, Marnie N <mkeller@blm.gov>
**Sent:** Tuesday, June 8, 2021 2:18 PM
**To:** Gayner, Elizabeth I <egayner@blm.gov>
**Cc:** Showalter, Rachel M <rshowalt@blm.gov>
**Subject:** Re: NSO survey status

I wrote a long email and somehow accidentally deleted it all.  I worked 17 hours yesterday, slept 3 and will be working another 17 today.  I let you know we are checking fledges Wednesday and Thursday. When I said "we're" checking nests Wed/Thurs, I was letting you know when it was going to happen.  I didn't say the entire crew is doing them.  "We're" still figuring out who is doing them.  They will be getting done.  If you're talking about BAEA, I told Cindy, Erich and Heather they need to do them, they know they do, and are getting them done.  We are doing night surveys in addition to day work.

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Tuesday, June 8, 2021 13:51
**To:** Keller, Marnie N <mkeller@blm.gov>
**Cc:** Showalter, Rachel M <rshowalt@blm.gov>
**Subject:** Re: NSO survey status

Marnie,

Follow up to my previous email...

Heard back from Werner.  As a result of what he told me, I emailed Erich and Jason and asked them to help with NSO surveys instead of doing hab reviews on Thursday.  Also told Erich to help with NSO the rest of the month.  However, I do need his help with ARUs when the time arises here and there.  We are still waiting for new units to arrive.

I also forgot I have a ██ appointment this afternoon (needed to leave 10 min ago) and then will need to get back online with FWS when I get back.  So, will try and touch base with you tomorrow.  If you could please clarify the plan for fledge checks, I would appreciate it.

Thanks,

*Liz*

---

# Elizabeth I. Gayner

***Lead Wildlife Biologist   Swiftwater Field Office***
***OR/WA BLM Peregrine Falcon Technical Coordinator***
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464 3381; egayner@blm.gov**

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Monday, June 7, 2021 23:35
**To:** Keller, Marnie N <mkeller@blm.gov>
**Cc:** Showalter, Rachel M <rshowalt@blm.gov>
**Subject:** Re: NSO survey status

Ok, thanks for filling the information gaps re first and second visits.

I do need clarification regarding fledge checks... is everyone doing them Wed/Thurs?  And will they be done in lieu of night surveys or done before night work?  If in lieu of night surveys, then only two people need do the nest checks (given only two nesting sites) and the others can do night surveys.

Regarding Erich's time, I was going off what you told me a couple of weeks ago... that Heather and Erich were doing NSO two nights per week in June.  So, until I heard otherwise, I assumed all was on track. I am waiting to hear from Werner if a particular sale needs habitat review sooner rather than later (originally review was due June 1st). I was tentatively planning on going out to that sale with Jason and Erich on Thursday. If Werner can somehow wait until I can get out there next week with Rex (we are dealing with BO issues for the Archie fire... which is hindering our ability to get to the field more timely this week), then Erich and Jason can do NSO surveys instead.  If I need to get the sale reviewed this week, then the guys and I will do so on Thursday, and I can help with NSO surveys next week.

With that said, I talked with Janice further about the visit situation and on occasion under extenuating circumstances, they were not able to meet the two visits by June 30th and therefore for some sites, they used July 15th as the target date.  So, sounds like that option would help this year.  For the two visits by June 30th, please prioritize sites that are within Blue and Gold, sites that have been occupied in the last 10 years, and Whipples Haven.  With pushing to July 15th for second visits, it is going to make getting four visits completed by end of survey season challenging.  Let's see how third visits go and determine plan of attack for four visits later.  I am thinking it will be the same prioritization as listed above.

I have a meeting with FWS most of the day tomorrow. So, if I get done at a reasonable time in the afternoon, I will try to give you a call to further touch base on this.  Otherwise, it would have to be Wednesday.

*Liz*

---

# Elizabeth I. Gayner

***Lead Wildlife Biologist - Swiftwater Field Office***
***OR/WA BLM Peregrine Falcon Technical Coordinator***
Bureau of Land Management   Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**

---

**From:** Keller, Marnie N <mkeller@blm.gov>
**Sent:** Monday, June 7, 2021 14:07
**To:** Gayner, Elizabeth I <egayner@blm.gov>
**Cc:** Showalter, Rachel M <rshowalt@blm.gov>
**Subject:** Re: NSO survey status

I'll keep track of the sites SR is doing.

The reason 2nd visits are being done when 1st visits haven't been done is because when we have issues precluding us from 1st visits, we're doing 2nd visits as a Plan B for efficiency sake, so we're not going home or standing around with nothing to do. I'm also having Gina and Claire do 2nd visits at sites where we've already done first visits where issues have been resolved, in order to make their time more efficient. It is complicated and not easily explained over email, so if you want further clarification, please just call me or Teams call me.

We will be doing fledge checks on Wednesday/Thursday.

We are struggling to finish 2nd visits by the end of June and most likely will not be able to, so although I understand you needing Erich, it's taking a surveyor away from the NSO effort, so it's your choice. Both Erich and Jason could be helping with NSO surveys, but that's up to you and management.

As I said at the beginning of all of this, when I was giving you my honest thoughts and you told me I was "giving up", it's going to be close to impossible to make this happen given the staffing and time we have been given. It's impossible to predict something that I know very little about. I'm giving you a prediction based on the little I know, which is how many people it takes to do a certain number of surveys in a certain amount of time, with all other factors negligible. This doesn't take into consideration all of the significant factors involved in this particular situation, like road access, none of the crew knowing any of the sites, not having anyone to ask for help, not knowing preferred roads, whether we have access at all, having to make maps on a daily basis rather than having them available up front, new crew without much knowledge and no time for training, GIS issues, computer issues, gate key issues, weather, sickness, exhaustion. I can't tell you in black and white terms whether we will be able to finish or not. We are breaking our backs trying. That's all we can do, and it's more than we should have to.

I will never turn down a meeting to get us on the same page.

All for now,
Marnie

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Sunday, June 6, 2021 16:08
**To:** Keller, Marnie N <mkeller@blm.gov>
**Cc:** Showalter, Rachel M <rshowalt@blm.gov>
**Subject:** Re: NSO survey status

Thanks for the update. Super great to hear (b) (6) Personal Privacy Awesome!

Re NSO  Happy to hear SR staff is able to help with NSO surveys. If you could somehow keep track of how much of that effort is being done by SR, I would appreciate it (e.g., number of SR folks/night and number of sites they are covering).  Curious why 30 sites have second visits, but still needing first visits at other sites??

Were you counting on Erich's help this next week?  He and Jason (I hope will be helping me with hab surveys on Thursday.. still need to confirm this with the guys).

So, what is your thought with my meeting with you all at this point?  Since I am now updated on NSO, my other concern is eagle surveys.  But I can just email the gang and have them send me an update on those instead of taking time away from field for a meeting.   Now is the time to get fledgling counts.  Should be relatively simple if the site was successful given that big ol' babies will be out and about.  Would crew be able to get the west sites done prior to starting NSO surveys?  Erich or I can cover the Rock Creek site.  Darren has adopted the Swiftwater BAEA, so I get regular updates on that site.  I know Erich did some west side GOEA and PEFA this past week.

All for now.

Thanks again,


*Liz*

_____

## Elizabeth I. Gayner
**Lead Wildlife Biologist   Swiftwater Field Office**
**OR/WA BLM Peregrine Falcon Technical Coordinator**
Bureau of Land Management   Roseburg District Office
**Phone: (541) 464 3381; egayner@blm.gov**

_____

**From:** Keller, Marnie N <mkeller@blm.gov>
**Sent:** Friday, June 4, 2021 04:51
**To:** Gayner, Elizabeth I <egayner@blm.gov>
**Cc:** Showalter, Rachel M <rshowalt@blm.gov>
**Subject:** Re: NSO survey status

My week has gotten away from me as well.  I did get your text but I haven't had a minute to spare, so I apologize for not replying right away.

- We have about 16 more sites in Smith River and about 7 sites elsewhere still needing 1st visits.
- We've done about 30 second visits out of 154 sites needing them.
- We've done 3rd visits at East Elk.
- We have 2 pairs nesting at Melrose and Rookery.
- Two pairs not nesting at Western Cougar and Upper North Fork (just got this one tonight).

Jason called me a couple days ago to let me know that most of his crew is done with their second visits, so he can give us 2 folks to help next week with surveys and will also be able to give us some during the last week of June.  He also came out with us to Smith River tonight to give us a hand and found the pair at Upper North Fork.

**(b) (6) Personal Privacy**                                              .  I have to take him to a follow up Dr. appt tomorrow.

I will be working this weekend getting maps and info for Jason's crew to be able to assist us next week.

*136*

-Marnie

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Thursday, June 3, 2021 9:28
**To:** Keller, Marnie N <mkeller@blm.gov>
**Cc:** Showalter, Rachel M <rshowalt@blm.gov>
**Subject:** NSO survey status

Hey Marnie,

I got your text yesterday, but do not know if you received my response. I meant to ask you for an NSO survey status update last week, but the week got away from me. I am heading to field today and will not be available to talk or meet this afternoon. So, could you please send me a quick summary of NSO survey status to this point? My main concern is whether all first visits got done given down time for road clearing and weather and we are now into June. I have not had a chance to review the tracking table yet either.

I would like to try to meet with everyone in person next week... but do not know if doable given schedules being worked. Or we can just meet on teams? If you see a need to meet with me one on one, let me know and we can do that prior to meeting with the crew. I just need to know where we are at with everything. With June 1st flying by it is time to check eagle nests for teenagers.

Thank you,

*Liz*

---

### Elizabeth I. Gayner
*Lead Wildlife Biologist   Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management   Roseburg District Office
**Phone: (541) 464 3381; egayner@blm.gov**

*137*

 **Outlook**

---

## Fw: TDSA Site Issues

**From** Showalter, Rachel M <rshowalt@blm.gov>

**Date** Wed 10/20/2021 2:43 PM

**To** Korn, Michael J <mkorn@blm.gov>

**Cc** Gayner, Elizabeth I <egayner@blm.gov>

Hey Mike -

This is an FYI regarding the quality of our NSO data from the crew this year. I will be working with Heather/Liz to come up with a way to approach Marnie to discuss. We are lucky to have Heather as our QC expert. Not sure why this was not caught before it got to Heather, bc from my understanding, there is a QC step (Marnie) in between the surveyor and Heather.

Also, in an effort to avoid similar issues next year, Liz, Heather and I have discussed that Heather and Jason will jointly train both crews (SR and SW) at the same time and set similar expectations, including data quality and timeliness. I have spoken with Jason and he is on-board. That should remedy this situation.

Rachel Showalter

Asst Field Mgr, Swiftwater Field Office

Roseburg District BLM

777 NW Garden Valley Blvd

Roseburg, OR 97471

541.464.3227 (office)

 (work cell)

*rshowalt@blm.gov*

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>

**Sent:** Wednesday, October 20, 2021 2:33 PM

**To:** Showalter, Rachel M <rshowalt@blm.gov>

**Subject:** Fw: TDSA Site Issues

The seventh NSO site that was out of protocol that Heather just came across today.

*Liz*

---

# Elizabeth I. Gayner

*Lead Wildlife Biologist - Swiftwater Field Office*

*OR/WA BLM Peregrine Falcon Technical Coordinator*

Bureau of Land Management - Roseburg District Office

Phone: (541) 464-3381; egayner@blm.gov

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Wednesday, October 20, 2021 12:59
**To:** Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

I just came across another site that is out of protocol beacause one survey was windy.  Mill Creek MSNO 3098 alt O only has 2 complete night visits for 2021, the other had a windy weather code with comments about wind on 2 of the 3 call points for the site. Mill Creek is NOT in Blue and Gold. It is located along the eastern boundary of the TDSA, and is east of Hubbard Creek, between Hubbard Creek and the Umpqua River.  This time it was Zanarini. I can't understand why these issues were not brought to our attention.

I hope this is the last,

Heather Wise

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Tuesday, October 19, 2021 8:44 AM
**To:** Wise, Heather R <hwise@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Cool.

Yes, I think the info you listed to provide some context and maybe an estimate in your mind of what it would take (number of surveyors) to complete the workload comfortably (e.g., no OT, assuming all stars align and barring any major obstacles/issues).

*Liz*

_____

## *Elizabeth I. Gayner*

*Lead Wildlife Biologist - Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Tuesday, October 19, 2021 08:37
**To:** Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Sure I can meet on Friday. The morning would work best for me, I usually work a half day.  Do I need to have some sort of analysis done for the meeting, like numbers of MSNO, TSNO and timber sale clearance that we currently survey at 3 visits vs what we would need to survey at 6 visits for timber sale clearance?   Any other burning questions? I like to be prepared so I'm not wasting time trying to figure things out on the fly.

Thanks,

Heather Wise

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Tuesday, October 19, 2021 12:44 AM
**To:** Wise, Heather R <hwise@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Heather,

After talking with Rex, I decided not to talk with Mike about the Tyee stuff since he can tend to complicate matters more.  But, I did talk with Rachel and she is interested in meeting.  Are you available for an hour or two on Friday??  If so, when would work best for you?

*Liz*

---

## Elizabeth I. Gayner

*Lead Wildlife Biologist - Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone:** (541) 464-3381; **egayner@blm.gov**

---

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Monday, October 18, 2021 07:47
**To:** Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Sounds like a plan! I will keep you all posted if any other issues arise from the data.

Heather Wise

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Sunday, October 17, 2021 6:27 PM
**To:** Wise, Heather R <hwise@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Wow Heather. Thanks for the thorough rundown of 'hang-ups' with the SW NSO data. Disappointing to say the least. And again, this begs the question on whether we even keep up survey effort at this level given the issues. I go into the field tomorrow with Mike and I might get his take on it (without divulging the issues we are having on our end). Just want to see if he thinks it is beneficial from mgmt perspective or not at this point. I am on the fence about it. But we need to have the discussion soon... when you, Rex, Rachel, and I can meet.

Thanks again,


*Liz*

_____

## *Elizabeth I. Gayner*

*Lead Wildlife Biologist   Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management   Roseburg District Office
**Phone: (541) 464 3381; egayner@blm.gov**

_____

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Friday, October 15, 2021 10:01
**To:** Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** TDSA Site Issues

Liz and Rex,

To date, I have proofed visit cards from A- L, with some hang-ups.

I was telling Rex at the gathering on Thursday, that I had just confirmed with Claire on Wednesday that she had 6 site visits where she used the W (windy) code for weather. I made sure that she knew that wind affects the surveyor's ability to detect owls. If wind affects coverage of the NRF habitat at the NSO site, then the site visit needs to be made up under better weather conditions. Claire agreed that she was aware of what windy means (wind speed wise and not meeting protocol) but did not indicate on the NSO tracking sheet or alert the crew lead or other crew members that she had site visits that were out of protocol. She stated that she flagged the sites with windy weather in her notebook and was going to survey them again, but after her accident she forgot that those sites needed an additional visit.

Additionally, I have become aware of some other issues with sites that caused them to be out of protocol.

**Here is the list of sites that did not meet protocol:**

*141*

1. **Andrews Creek TSNO RB 9069T -** Appeared to have 3 complete night visits but one was coded as windy and Claire did not complete the survey that night. Therefore, only 2 complete night visits for 2021 meet protocol. Site polygon does not meet protocol. Andrews Creek is not on the list for Blue and Gold EA sites but is very close and it may be an error that it was not included. Polygon is situated between Snail Canyon and EF Flagler. Looks like it should be part of Snail Canyon and not a separate site, but that's another rabbit hole.
2. **Callahan Ridge TSNO RB 9163T-** had 3 complete night visits, but one was coded as Windy weather therefore only 2 night visits for 2021 meet protocol. Site polygon does not meet protocol. Not in Blue and Gold EA area.
3. **Coos Bay Roadside MSNO 0559-** No surveys were conducted in 2021 due to confusion with Coos Bay District. It was thought that Coos Bay BLM was having surveys contracted for this site, but they did not. This site is within the TDSA but on Coos Bay BLM. Not in Blue and Gold EA area.
4. **Little Elk TSNO RB9055T -** had 3 complete night visits, but one was coded as Windy weather therefore only 2 night visits for 2021 meet protocol. Site polygon does not meet protocol. This polygon is between Hancock Creek TSNO and Bell Mountain MSNO. Not in Blue and Gold EA area.
5. **Panther Haney MSNO 1164 -** This site is located on the edge of the TDSA in the Smith River area. There were access issues with locked gates on private land and surveyors were unable to cover all NRF habitat in this site polygon. Only one partial visit was conducted.
6. **Haney Creek MSNO 2151 -** This site is located on the edge of the TDSA in the Smith River area. There were access issues with locked gates on private land and surveyors were unable to cover all NRF habitat in this site polygon. Three visits were conducted; however this is a large area and only a small portion of the NRF habitat was covered.

The following sites also had a Crawbuck visit with a windy code that no one knew about, but these have 3 complete night visits or greater because they are all within the Blue and Gold EA area and we did a 4th visit at those sites: **Green Ridge TSNO RB9073T, Little Canyon Creek MSNO 0272,** and **Lower Little Canyon MSNO 3267.**
So those three sites meet protocol for 2021.

Fun stuff!

Hopefully those are the only major issues that I run across. I have not completed NSO Summaries for these sites due to the NSO database being offline.

Please feel free to ask questions,

Heather Wise


Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

https://outlook.office365.com/mail/id/AAMkAGRhZWQ4OGI1LTl3NTUtNGVlNy1iZTZiLWVhY2M0NDljMTY3MABGAAAAAAD5zaUtcTZNQ6C1J78ldRk…    5/5

 **Outlook**

---

## Re: TDSA Site Issues

**From** Showalter, Rachel M <rshowalt@blm.gov>

**Date** Fri 10/22/2021 4:14 PM

**To** Wise, Heather R <hwise@blm.gov>; Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>

A most excellent summary!  Thank you Heather !  And to everyone for a very informative discussion this am!

*Rachel Showalter*
*Asst Field Mgr, Swiftwater Field Office*
*Roseburg District BLM*
*777 NW Garden Valley Blvd*
*Roseburg, OR  97471*
*541.464.3227 (office)*
[b] (6) Personal Privacy *(work cell)*
*rshowalt@blm.gov*

---

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Friday, October 22, 2021 2:40 PM
**To:** Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>; Showalter, Rachel M <rshowalt@blm.gov>
**Subject:** Re: TDSA Site Issues

Great conversation about the NSO Swiftwater West-side I-5 Monitoring (SWIM), formerly known as the PNW- Tyee Density Study (TDSA), and SW NSO Timber Sale clearance surveys!

See how I'm pushing the new acronym     .

I updated the excel tables that I showed you all and took TDSA out of the entire spreadsheet, using the new acronym. The first tab (NSO Project Workload Table) is what we talked about presenting to management. Erich was hiding in my pivot table, I found him smushed between rows, so his effort was there all along.

Below is the summary of the issues thus far with the SWIM survey effort in 2021. I really don't anticipate any additional issues with meeting protocol, but I'm not finished going through the data yet.

**Here is the list of sites that did not meet protocol in 2021:**

1. **Andrews Creek TSNO RB 9069T** - Appeared to have 3 complete night visits but one was coded as windy and Claire did not complete the survey that night. Therefore, only 2 complete night visits for 2021 meet protocol. Site polygon does not meet protocol. Andrews Creek is not on the list for Blue and Gold EA sites but is very close and it may be an error that it was not included. Polygon is

situated between Snail Canyon and EF Flagler. Looks like it should be part of Snail Canyon and not a separate site, but that's another rabbit hole.

2. **Callahan Ridge TSNO RB 9163T-** had 3 complete night visits, but one was coded as Windy weather therefore only 2 night visits for 2021 meet protocol. Site polygon does not meet protocol. Not in Blue and Gold EA area.

3. **Coos Bay Roadside MSNO 0559-** No surveys were conducted in 2021 due to confusion with Coos Bay District. It was thought that Coos Bay BLM was having surveys contracted for this site, but they did not. This site is within the TDSA but on Coos Bay BLM. Not in Blue and Gold EA area.

4. **Little Elk TSNO RB9055T -** had 3 complete night visits, but one was coded as Windy weather therefore only 2 night visits for 2021 meet protocol. Site polygon does not meet protocol. This polygon is between Hancock Creek TSNO and Bell Mountain MSNO. Not in Blue and Gold EA area.

5. **Panther Haney MSNO 1164 -** This site is located on the edge of the TDSA in the Smith River area. There were access issues with locked gates on private land and surveyors were unable to cover all NRF habitat in this site polygon. Only one partial visit was conducted. Not in a timber sale area.

6. **Haney Creek MSNO 2151 -** This site is located on the edge of the TDSA in the Smith River area. There were access issues with locked gates on private land and surveyors were unable to cover all NRF habitat in this site polygon. Three visits were conducted; however this is a large area and only a small portion of the NRF habitat was covered. Not in a timber sale area.

7. **Mill Creek MSNO 3098 -** This site is located along the eastern boundary of the TDSA, and is east of Hubbard Creek, between Hubbard Creek and the Umpqua River. This site had 3 complete night visits, but one was coded as Windy weather therefore only 2 night visits for 2021 meet protocol. Site polygon does not meet protocol. Not in Blue and Gold EA area.


Map of NSO SWIM Area:  Orange = Surveyed to 3-visit Protocol
                                        Orange Hatch= Surveyed to 6-visit protocol by contractor
                                        Teal Green= Sites listed above Out of Protocol
                                        Purple= NSO nests 2021 (2)
                                        White areas are private lands never included in TDSA

*144*



Let me know if you all need any other facts and figures.


Have a good weekend,
Heather Wise


Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Wednesday, October 20, 2021 3:23 PM
**To:** Wise, Heather R <hwise@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Her reason for not addressing the wind issue is absolute b.s.  Arghhhhh.

Weather excerpts from the NSO Survey Protocols...

1995 protocol (used in TSDA), page 3
Do not survey under inclement weather conditions, such as high winds ( > 10 mph) rain, or high noise levels
(stream noise, machinery, etc.) which would prevent you from hearing a response that would be heard under

*145*

better conditions.

2012 protocol, (used outside study areas), page 12
**Acceptable Weather Conditions.** Do not survey under inclement weather conditions, such as high wind speed (e.g. > 15 mph), rain, heavy fog, or at high noise levels which would prevent hearing of responses (e.g., stream noise, continuous tree drip after a rain event, machine noise, etc.). If weather conditions or noise levels are in doubt, be conservative. Consider placing call stations away from streams to reduce noise interference. Surveys conducted under marginal conditions will reduce quality of the overall survey effort. Negative results collected under inclement weather conditions may not be adequate for evaluating spotted owl presence/absence. Generally, surveys should be conducted under conditions described as a gentle breeze (wind speed 8 11 mph, or less. Under such conditions, flags may extend, and leaves move. As wind levels reach >12mph (small branches move, dust begins to blow) conditions are not acceptable as background sound level substantially reduces ability of the owl to hear the caller, and vice versa. For additional information, see: http://www.unc.edu/~rowlett/units/scales/beaufort.html.

*Liz*

_____

## Elizabeth I. Gayner
*Lead Wildlife Biologist - Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**

_____

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Wednesday, October 20, 2021 15:11
**To:** Wise, Heather R <hwise@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Wow.  Weather, wind, etc., is in the protocol.  Always been the case.  Why would this be different than the other protocol??  I am beyond frustrated.  Rex and Rachel predicted she would blame me.

*Liz*

_____

## Elizabeth I. Gayner
*Lead Wildlife Biologist   Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464 3381; egayner@blm.gov**

_____

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Wednesday, October 20, 2021 14:57
**To:** Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

*146*

Liz,

I talked to Marnie about the wind issues. I think it wasn't stressed that it is important to notify the crew and crew leader when surveys need made up because of bad weather.  It seems like a no brainer to me, since I've done MAMU work and am aware of weather issues affecting surveys.

Hopefully Jason and I can do a comprehensive training/ re-training of all the NSO surveyors as a group so these issues don't arise.

I feel really bad for not double checking on this sort of thing, but I was trying not to step on toes with crew lead stuff.  Plus, the seasonals did not notify anyone or highlight the windy weather out on the tracking sheet.

Very frustrating, but a lesson learned.

Heather Wise

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Wednesday, October 20, 2021 2:14 PM
**To:** Wise, Heather R <hwise@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Uuuuuuugh!  So, it just dawned on me and another disturbing issue I see, is that if you were not going through this data with a fine-tooth comb, we would assume all these sites met protocol.  These issues should have been caught when individuals were QC'ing and entering data into the database.  No one else caught these!?! WTH?!?

The evening/night wind is why Janice had her crew do surveys in the early morning into the dawn hours for so many years.  She said it was a pain needing to reschedule make ups.

Well, thanks for your AWESOME EFFORTS catching this stuff Heather.  I am at loss of words at this point.  This kind of work is unacceptable and will certainly need to be addressed further next year.  Have you talked to Marnie about this???


*Liz*

---

**Elizabeth I. Gayner**
*Lead Wildlife Biologist   Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management   Roseburg District Office
**Phone: (541) 464 3381;** egayner@blm.gov

---

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Wednesday, October 20, 2021 12:59
**To:** Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

I just came across another site that is out of protocol beacause one survey was windy. Mill Creek MSNO 3098 alt O only has 2 complete night visits for 2021, the other had a windy weather code with comments about wind on 2 of the 3 call points for the site. Mill Creek is NOT in Blue and Gold. It is located along the eastern boundary of the TDSA, and is east of Hubbard Creek, between Hubbard Creek and the Umpqua River. This time it was Zanarini. I can't understand why these issues were not brought to our attention.

I hope this is the last,

Heather Wise

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Tuesday, October 19, 2021 8:44 AM
**To:** Wise, Heather R <hwise@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Cool.

Yes, I think the info you listed to provide some context and maybe an estimate in your mind of what it would take (number of surveyors) to complete the workload comfortably (e.g., no OT, assuming all stars align and barring any major obstacles/issues).

*Liz*

---

## Elizabeth I. Gayner

***Lead Wildlife Biologist Swiftwater Field Office***
***OR/WA BLM Peregrine Falcon Technical Coordinator***
Bureau of Land Management Roseburg District Office
**Phone: (541) 464 3381; egayner@blm.gov**

---

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Tuesday, October 19, 2021 08:37
**To:** Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Sure I can meet on Friday. The morning would work best for me, I usually work a half day. Do I need to have some sort of analysis done for the meeting, like numbers of MSNO, TSNO and timber sale clearance

*148*

that we currently survey at 3 visits vs what we would need to survey at 6 visits for timber sale clearance?  Any other burning questions? I like to be prepared so I'm not wasting time trying to figure things out on the fly.

Thanks,

Heather Wise

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Tuesday, October 19, 2021 12:44 AM
**To:** Wise, Heather R <hwise@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Heather,

After talking with Rex, I decided not to talk with Mike about the Tyee stuff since he can tend to complicate matters more.  But, I did talk with Rachel and she is interested in meeting.  Are you available for an hour or two on Friday??  If so, when would work best for you?

*Liz*

---

## Elizabeth I. Gayner

**Lead Wildlife Biologist - Swiftwater Field Office**
**OR/WA BLM Peregrine Falcon Technical Coordinator**
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**

---

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Monday, October 18, 2021 07:47
**To:** Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Sounds like a plan! I will keep you all posted if any other issues arise from the data.

Heather Wise

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

---

149

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Sunday, October 17, 2021 6:27 PM
**To:** Wise, Heather R <hwise@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** Re: TDSA Site Issues

Wow Heather. Thanks for the thorough rundown of 'hang ups' with the SW NSO data. Disappointing to say the least. And again, this begs the question on whether we even keep up survey effort at this level given the issues. I go into the field tomorrow with Mike and I might get his take on it (without divulging the issues we are having on our end). Just want to see if he thinks it is beneficial from mgmt perspective or not at this point. I am on the fence about it. But we need to have the discussion soon... when you, Rex, Rachel, and I can meet.

Thanks again,


*Liz*

---

### Elizabeth I. Gayner
*Lead Wildlife Biologist - Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone:** (541) 464-3381; **egayner@blm.gov**

---

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Friday, October 15, 2021 10:01
**To:** Gayner, Elizabeth I <egayner@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>
**Subject:** TDSA Site Issues

Liz and Rex,

To date, I have proofed visit cards from A- L, with some hang-ups.

I was telling Rex at the gathering on Thursday, that I had just confirmed with Claire on Wednesday that she had 6 site visits where she used the W (windy) code for weather. I made sure that she knew that wind affects the surveyor's ability to detect owls. If wind affects coverage of the NRF habitat at the NSO site, then the site visit needs to be made up under better weather conditions. Claire agreed that she was aware of what windy means (wind speed wise and not meeting protocol) but did not indicate on the NSO tracking sheet or alert the crew lead or other crew members that she had site visits that were out of protocol. She stated that she flagged the sites with windy weather in her notebook and was going to survey them again, but after her accident she forgot that those sites needed an additional visit.

Additionally, I have become aware of some other issues with sites that caused them to be out of protocol.

**Here is the list of sites that did not meet protocol:**

1. **Andrews Creek TSNO RB 9069T -** Appeared to have 3 complete night visits but one was coded as windy and Claire did not complete the survey that night. Therefore, only 2 complete night visits for

2021 meet protocol. Site polygon does not meet protocol. Andrews Creek is not on the list for Blue and Gold EA sites but is very close and it may be an error that it was not included. Polygon is situated between Snail Canyon and EF Flagler. Looks like it should be part of Snail Canyon and not a separate site, but that's another rabbit hole.

2. **Callahan Ridge TSNO RB 9163T-** had 3 complete night visits, but one was coded as Windy weather therefore only 2 night visits for 2021 meet protocol. Site polygon does not meet protocol. Not in Blue and Gold EA area.

3. **Coos Bay Roadside MSNO 0559-** No surveys were conducted in 2021 due to confusion with Coos Bay District. It was thought that Coos Bay BLM was having surveys contracted for this site, but they did not. This site is within the TDSA but on Coos Bay BLM. Not in Blue and Gold EA area.

4. **Little Elk TSNO RB9055T-** had 3 complete night visits, but one was coded as Windy weather therefore only 2 night visits for 2021 meet protocol. Site polygon does not meet protocol. This polygon is between Hancock Creek TSNO and Bell Mountain MSNO. Not in Blue and Gold EA area.

5. **Panther Haney MSNO 1164-** This site is located on the edge of the TDSA in the Smith River area. There were access issues with locked gates on private land and surveyors were unable to cover all NRF habitat in this site polygon. Only one partial visit was conducted.

6. **Haney Creek MSNO 2151 -** This site is located on the edge of the TDSA in the Smith River area. There were access issues with locked gates on private land and surveyors were unable to cover all NRF habitat in this site polygon. Three visits were conducted; however this is a large area and only a small portion of the NRF habitat was covered.

The following sites also had a Crawbuck visit with a windy code that no one knew about, but these have 3 complete night visits or greater because they are all within the Blue and Gold EA area and we did a 4th visit at those sites: **Green Ridge TSNO RB9073T, Little Canyon Creek MSNO 0272,** and **Lower Little Canyon MSNO 3267.**
So those three sites meet protocol for 2021.

Fun stuff!

Hopefully those are the only major issues that I run across. I have not completed NSO Summaries for these sites due to the NSO database being offline.

Please feel free to ask questions,

Heather Wise

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

 **Outlook**

---

## Fw: 2021 PNW ARU Prelim Results and 2022 Blue & Gold NSO Surveys

---

**From**  Showalter, Rachel M <rshowalt@blm.gov>

**Date**  Tue 6/13/2023 1:53 PM

**To**    Korn, Michael J <mkorn@blm.gov>

📎 1 attachment (623 KB)

NSO_B&G_ARU_2021Results&2022Direction_hwise03152022.pdf;

FYI

Rachel Showalter
Asst Field Mgr, Swiftwater Field Office
Roseburg District BLM
777 NW Garden Valley Blvd
Roseburg, OR 97471
541.464.3227 (office)
541.841.2239 (work cell)
*rshowalt@blm.gov*

---

**From:** Wise, Heather R <hwise@blm.gov>
**Sent:** Tuesday, March 15, 2022 2:00 PM
**To:** Gayner, Elizabeth I <egayner@blm.gov>; Keller, Marnie N <mkeller@blm.gov>; Reeder, Erich M
<ereeder@blm.gov>; Bright, Cindy K <ckbright@blm.gov>; Whitt, Jordan C <jcwhitt@blm.gov>; Vaca, Veronica M
<vvaca@blm.gov>; Bullard, Billy L <bbullard@blm.gov>
**Cc:** Showalter, Rachel M <rshowalt@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>; Espinosa, Rolando H
<respinos@blm.gov>
**Subject:** Re: 2021 PNW ARU Prelim Results and 2022 Blue & Gold NSO Surveys

I went through the maps that Liz provided and added the indicated call points to
the *TSA_Callpoints_2022_edit* feature class. Jordan is in the process of updating the NSO Survey TPKs
with the updated call point feature. It now also includes the points we added in the B&G Bonus sections.
Plus there is a trails feature. So Jordan, you can delete the *Blue_Gold_CallPoints_Add_2022* feature, bc it
is now included in the other one.

Click on the sticky notes in the attached .pdf for notes regarding the sites and call point numbers.

Also keep in mind that for some reason PNW re-numbered the hexagons for the ARU study, therefore
they do not match the BSNO that we use for our STVA cards and database. I was confused and had to
figure it out.

Feel free to ask questions,

Heather Wise

Heather R Wise
Wildlife Biologist
hwise@blm.gov
541-464-3253

---

**From:** Gayner, Elizabeth I <egayner@blm.gov>
**Sent:** Tuesday, March 15, 2022 10:48 AM
**To:** Keller, Marnie N <mkeller@blm.gov>; Wise, Heather R <hwise@blm.gov>; Reeder, Erich M <ereeder@blm.gov>; Bright, Cindy K <ckbright@blm.gov>; Whitt, Jordan C <jcwhitt@blm.gov>; Vaca, Veronica M <vvaca@blm.gov>; Bullard, Billy L <bbullard@blm.gov>
**Cc:** Showalter, Rachel M <rshowalt@blm.gov>; McGraw, Rex L <rmcgraw@blm.gov>; Espinosa, Rolando H <respinos@blm.gov>
**Subject:** 2021 PNW ARU Prelim Results and 2022 Blue & Gold NSO Surveys

Hey Gang,

Attached are the preliminary results from the PNW ARU surveys in Blue and Gold and my direction on tackling survey effort in the hexagons that had detections. There are four sites that will take some extra effort for set-up and surveys. I know that survey areas have been assigned, but I want everybody to be in the loop because surveys in this area are our highest priority and will most likely involve everyone on the crew at some point.

We received the ARU detection information from PNW late last week. We are still trying to get more detailed information. But given how long it took to get this much from PNW, we are going to use what we have thus far instead of waiting further. If we get additional information in the near future (e.g., which specific ARUs recorded NSO), I will let you all know. In the meantime we will proceed with the direction I have outlined in the attached document. This morning, DLT was briefed on the information we received from PNW and on how we are going to approach the 2022 survey effort using the 2021 ARU information.

Please direct any questions or concerns to Heather, and she and I will work through them. We can also discuss as group before or after NSO training this next Monday if needed.

Thank you,

*Liz*

---

**Elizabeth I. Gayner**
*Lead Wildlife Biologist - Swiftwater Field Office*
*OR/WA BLM Peregrine Falcon Technical Coordinator*
Bureau of Land Management - Roseburg District Office
**Phone: (541) 464-3381; egayner@blm.gov**

# Preliminary NSO Survey Results from PNW ARUs in 2021 and Direction for 2022 Broadcast Calling Survey Effort

The following is a summary of results from PNW's ARU surveys completed in 2021. Based on these results, direction has been provided for completing surveys within areas of detections in 2022.

**2021:** Preliminary NSO ("STOC") detections for hexes in the Tyee Survey Area (TSA) associated within the Blue & Gold project area.

- Hexes 18734 and 18730 had no verified STOC detections.
- Hexes 18541, 18828, 18928, and 18926 have verified STOC detections (Figures 1-4).
- ARU STOC detections have not been processed through a sex predictor model, so we don't have that specific information at this time.
- The KNOWN SURVEY column is whether callback survey information was documented
- The SUSPECTED SURVEY column is for validating a heard a callback survey, but PNW doesn't have confirmed information that a survey was conducted.
- The same hexes will be sampled every year.
- Note: there were no MAMU detections for the 6 hexagons in the project area.

**Table 1. PNW Hexagons with NSO Detections in the Blue & Gold Project Area.**

| HEX | DATE | AREA | STOC | STOC_IRREG | BARK | MAMU | KNOWN SURV | SUSPECTED SURV |
|------|-----------|------|------|------------|------|------|------------|----------------|
| 18541 | 3/9/2021 | TYE | 3 | 0 | 0 | 0 | N | |
| 18541 | 3/10/2021 | TYE | 8 | 0 | 0 | 0 | N | |
| 18541 | 3/11/2021 | TYE | 21 | 3 | 0 | 0 | N | Y - 1915 |
| 18541 | 3/21/2021 | TYE | 1 | 0 | 0 | 0 | N | |
| 18828 | 3/31/2021 | TYE | 2 | 0 | 0 | 0 | Y | |
| 18928 | 6/14/2021 | TYE | 3 | 0 | 0 | 0 | Y | |
| 18926 | 6/14/2021 | TYE | 2 | 0 | 0 | 0 | N | |
| 18926 | 6/15/2021 | TYE | 1 | 0 | 0 | 0 | N | |
| 18926 | 6/16/2021 | TYE | 4 | 0 | 0 | 0 | Y | |

**2022:** At this time, we do not know which ARU locations recorded STOC detections which makes it challenging with knowing where to proceed with core walks and managing sites. ARUs were placed in NRF and dispersal-only habitats. We are working on obtaining more detailed information from PNW. However, it is not guaranteed we will receive the information in a timely manner. Therefore, efforts to locate birds on the ground to determine an activity center will be based on ARUs that were in NRF habitat.

**Direction for completing surveys in hexagons that had STOC detections in 2021:**

- **Conduct at least one "core walk" in areas where an ARU is in NRF**. Blue (megaphone) icons in **Figures 1-4** indicate approximate ARU deployment locations by PNW.
  - **Additional note for all survey effort throughout the TSA**… based on recent discussion with the PNW biologist who led the study effort for 30+ years in the TSA: Most STOC in TSA are accustomed to surveyors and mousing. But given presence of barred owls, STOC are not keen on being vocal. **During core walks… regularly stop,**

look up and scan the trees for a silent STOC that has flown in. Squeaking like a mouse can be effective for calling in a STOC. In addition, up until the last couple of years of survey effort (prior to changing to ARU monitoring), surveys and core walks were primarily conducted in the morning. If you don't get detections in afternoon/evening, she strongly encourages surveying in the morning.

- **Hexagon 18541 — to ensure adequate survey coverage, add a call station near ARU to the north.**  Current call stations (indicated with ⬡ ) are approximately 0.3 miles from ARU location. Red star indicates suggestion for station placement (**Figure 1**).

**Figure 1: Hexagon 18541 (detections on four nights 3/9-11 and 3/21= occupied)**



- **Hexagon 18828 — adding stations is already in progress to obtain adequate survey coverage of habitat indicated in cross hatch in Figure 2.**
  - Based on review of BLM ARU 2021 data (red megaphone icons in **Figure 2**), there is at least one barred owl pair. No STOC detections thus far.  BLM data is still being reviewed and therefore, more details will be provided in near future.

**Figure 2: Hexagon 18828 (2 detections on 3/31) and Hexagon 18734 (no detections)**



- **Hexagon 18928 — to ensure adequate survey coverage, re-establish call point 1980-03 (indicated with ⬤ on road bordering western edge of NRF) and add a call station near ARU in SE corner of section** (**Figure 3**). Survey stations to west likely not adequately surveying habitat east of ridgeline where ARUs are located along east boundary of section 15 (refer to contours in additional figure below). Addition of two stations would provide survey coverage of habitat east of ridgeline. If roads are not accessible, will need to determine a walk-in call point or two to adequately survey habitat.

**Figure 3: Hexagon 18928 (3 detections on 6/14)**



- **Hexagon 18926 — will need at least three stations added to adequately cover habitat** indicated in red oval polygons in **Figure 4**. The closest call stations currently established are more than 0.6 – 0.8 miles from habitat (including the ARU) located in the NE corner of section 19). In addition, based on the GIS Lidar topography, the habitat in the NE corner of section 19 (including the ARU) appears to be in a drainage between two ridgelines. Therefore, the established stations do not adequately cover the habitat per protocol. Red stars indicate suggestions for station placement. If roads are not accessible, will need to determine a walk-in call point along the ridge to access NE corner of Section 19 (**Figure 4**).

**Figure 4: Hexagon 18926 (detections on 3 nights 6/14-16)**



**Kufta-Christie, Lindsey A**

| | |
|---|---|
| **From:** | Kufta-Christie, Lindsey A |
| **Sent:** | Tuesday, December 5, 2023 4:36 PM |
| **To:** | Espinosa, Rolando H |
| **Cc:** | Gayner, Elizabeth I |
| **Subject:** | Possible STOC/SURV1 detections in Yellow Butte |

Hello again Roli,

I have been reviewing and re-reviewing 2023 recordings, cross-referencing our survey efforts, and listening to the 'scripts' of the FoxPro recordings namely: 000 NSO_10min_USFWS, 001 & Fukudas_funky_mix to ensure whether or not the detections are true owl vocalizations or recordings. Here is a list of compiled information:

Here are potential STOC/SURV1 (NSOsurveys). These recordings from the ARU were picked up the same date and roughly MM:HH as the scripts were broadcasted by the owl crew:

YEB-4 SURV1? vocalization consisting of three audible 3-note calls followed by roughly two minutes of no audible vocalizations, and then three groupings of faint BARKS (survey performed that night at STA 9069-10, survey time 2236-2246 by M.Wind). Please see email forwarded to you with correspondence between myself and MW.

YEC-3 SURV1? 8/3 at 2134 possibly Snail Canyon survey (JMowdy, Snail Canyon survey data card reads 2133-2143); SURV1? 7/27 @ 2242 (JMowdy, HMarshall Yellow Martin survey data card reads 2040-2050)
These recordings from YEC-3 consists of three audible 3-note calls
Not sure whether J.Mowdy uses a hoot flute or recordings, all 3-note calls were very consistent.

This excel data sheet is located at: (b) (5) Government Commercial Information. Please select the "Copy" version with my initials attached to the end.

I need to look at the stations distance from the ARU location. Also location of ARU are in the "2023 ARU fixed loc" tab

Talk to you soon,
Lindsey

## Kufta-Christie, Lindsey A

| | |
|---|---|
| **From:** | Kufta-Christie, Lindsey A |
| **Sent:** | Tuesday, January 30, 2024 12:20 PM |
| **To:** | Gayner, Elizabeth I |
| **Subject:** | Comparison of actual SURV1 footage and questionable STOC? detection in YEC 3 |
| **Attachments:** | BLM_YEC-1_20230727_224202_2of2three&four-note.jpg: BLM_YEC-3_20230727_224202_surv1stoc_2of2three-note.jpg: BLM_YEC-2_20230727_224202_2of2_three&four-note_surv1.jpg |

Hi Liz,

Follow the thread to the survey slides I pulled for comparison, or see the attached photos. I looked at SURV1 recording from YEC-1, -2 7/27 (additional SURV1 can also be found in YEC-3) and there is some difference, perhaps echo or wind that clouds the visual. Also in the folder is the recording of the SURV1/STOC? detection we are working through for the report. If you measure the time on the 'x-axis' it suggests the ARU recording on 7/27 is a survey from Bear Creek picked up on the Yellow Creek ARU station #1,2&3. There may have been some element of rearranging the script with individual calls being played at the surveyors liking OR human error on recording a time later than when the surveyor played the callbox, but that is an assumption and not known.

## (b) (5) Government Commercial Information

The next step in the process is, year after year, noting what stations are heard on the ARU repeatedly and noting the influence of weather, the noise volume the call-box is played at, whether or not the station requires the surveyor to direct the calls in all four cardinal directions to cover are area, etc. I realize some of these details are already recorded on the data card, but some are not and it can be emphasized throughout the season so people are aware of the intricacies and inner-workings of the ARU.  Wow! This whole process is exciting! I am hoping we can find some other call-box inaccessible "holes" to fill with ARU's in the future and find some more actual vocalizations.

Lindsey







**Kufta-Christie, Lindsey A**

| | |
|---|---|
| **From:** | Reeder, Erich M |
| **Sent:** | Wednesday, January 31, 2024 6:18 PM |
| **To:** | Kufta-Christie, Lindsey A |
| **Subject:** | RE: Cross-referencing call-back surveys and ARU recordings |

Thank you for asking me to help, hopefully I can :0)

To begin with your last point, it may come as a shock to you but I don't think there is a geodatabase with any of our ARU station locations! I just kept the coordinates on the tracking sheet and manually entered x,y onto Arcmap to map them.

As to confirmation for June14, 2023, I will have to check on that tomorrow morning as it's time for me to walk away from this computer for today.

I hope you have another wonderful night with or without the wind!
E

**From:** Kufta-Christie, Lindsey A <lkuftachristie@blm.gov>
**Sent:** Wednesday, January 31, 2024 2:36 PM
**To:** Reeder, Erich M <ereeder@blm.gov>
**Subject:** Cross-referencing call-back surveys and ARU recordings

Thank you Erich for the help. This is what needs to happen. DOE-7 (coordinates 467626 4820705) ARU picked up vocalizations. Please confirm on the date 6/14/2023 at 2056 there were NO surveys or night core walks.
I have looked at the following 2023 survey effort data card records: Yellow Butte starts at 2136, Upper Little Canyon starts at 0009, Yellow Trib starts at 2240, McGee Creek starts at 2239... is there something I missed?

Thank you, thank you, thank you : )
Lindsey

<span style="color:red">(b) (5) Government Commercial Information</span>

Lastly, where is the B&G ARU geodatabase with all the locations of YEB, YEC, UYC, DOE, LYC etc.

**Kufta-Christie, Lindsey A**

| | |
|---|---|
| **From:** | Kufta-Christie, Lindsey A |
| **Sent:** | Thursday, February 22, 2024 1:15 PM |
| **To:** | Mowdy, Jason S |
| **Subject:** | 2022-2023 ARU detections, in progress |
| **Attachments:** | 22_23_NSOdetection_timelinePERstation.docx |

Hi Jason,

Here is an update on the ARU detections—still working on Yellow Creek 2022 and 2023.

I am curious, was there a point on your map where Bright picked up a bird on 4/14/2022 in Yellow Creek? Thought I may have remembered that from our meeting on Wednesday.

Will continue digging and working on the document,
Lindsey

# 2022-2023 NSO Recordings (Survey and STOC)

All times mark the beginning of the individuals 'grouped' vocalizations unless noted otherwise

## Upper Yellow Creek ARU #1 & 3 Surveys 3/16/2022

UYC-1          **SURV**                          Reeder, 1924-12, 2057-2108, 1.07miles
                                               Was he playing the recording?
                                               Keller, 1924-04, 2107-2117,
                                               questionable, 1.72miles, also not
                                               picked up at UYC-3 which is closer.

               BUVI at:                        19hr 31min 49sec
               Male 4-note at:                 20hr 56min 00sec
               Male two series to a 2-note at: 20hr 56min 11sec
               Male one 4-note at:             20hr 56min 36sec
               Male three irregular call/series?
               to a 2-note at:                 20hr 56min 36sec
               Male one 4-note at:             21hr 01min 12sec
               Male two series at:             21hr 01min 20sec
               Male one 4-note at:             21hr 01min 46sec
               Female four ¾-notes at:         21hr 03min 22sec
               Male three ¾-notes               21hr 04min 08sec
               STVA 8-note at:                 21hr 04min 43sec
               Whistle seven + 4-barks at:     21hr 05min 49sec

UYC-3          **walk-in SURV**                  Reeder, 1924-12, 1.22miles
                                               Bright, 1992-06, 1920-1930, 1.39miles

               BUVI at:                        19hr 19min 09sec
               ER one 4-note at:               19hr 21min 30sec
               ER 4-note at:                   20hr 00min 59sec
               ER two 4-notes at:              20hr 03min 17sec, 40sec
               ER random hoots:                20hr 05min 58sec
               ER 4-note:                      20hr 07min 38sec

Reeder hikes to station 1924-12 (no times recorded but from Kellers start time at station 1924-08 at 2005, assume she drops Reeder off at 1800/1830 (see DOC-5) 1900 and he starts hooting on his way in. Survey at station 1924-12 is from 2057-2108. Reeder walks from 1924-12 to 1804-02, presumably does NOT call post survey from 2108 to 2156. Surveys 1804-02 from 2156-2206, hears whistles (repeated six times), estimates detection point at: 10 N 465613 4818859 from station 1804-02 (azimuth of 171degrees at ~100m), hikes into stand crashes and "left stand" at 2236. UYC-3 to 1804-02 is 0.91miles.  Keller surveys station

1924-06 from 2158-2208. Distance from 1924-06 Keller to 1804-02 Reeder is 1.07miles. He could have heard the seven whistles in the recording of Kellers survey. Was there a radio check-in?

UYC-3          **SURV**                  Keller 1924-03, 21:28-21:38, 0.49 miles
                                         and 1924-06, 21:58-22:08, 0.73 miles
               Female four 3-notes at:   21hr 33min 11sec
               7 whistles and 6 barks at: 21hr 35min 38sec
                            Ends at:      21hr 36min 32sec
               **SURV**                   SURVEYOR
               Female four 3-notes at:    22hr 06min 03sec
               7 whistles at:             22hr 08min 30sec
               5 barks (very faint) ends at: 22hr 09min 23sec


UYC-4          **walk-in SURV**           Reeder walk-in to 1924-12, 1.12miles
               ER one 4-note at:          19hr 21min 26sec
               (Document faint, moderate, distant "qualifier")

## Doe Creek ARU #5 detections (ARU deployed 3/3/2022) 3/16/2022
DOC-5          **walk-in SURV**           Reeder walk-in detected by UYC-3 & -4
                                          1921 and 2000 hour, no data card
               ER two 4-notes at:         18hr 33min 01sec**
               ER one 4-note at:          18hr 34min 31sec
               ER one 4-notes at:         18hr 35min 56sec
               ER one 4-note at:          18hr 37min 08sec
               ER one 4-note at:          18hr 43min 13sec
               ER two 4-notes at:         18hr 46min 51sec


## Yellow Trib ARU #3 detections 3/16/2022
YET-3          **walk-in SURV**           Keller, 1992-07, (1730-1930), 0.95mi
               Female four 3-notes at:    18hr 29min 26sec


## Yellow Butte ARU #1 detections 4/27/2022
YEB-1          **SURV**                   Wise, Gayner, entire survey: 1900-0022
               Male two 3-notes at:       20hr 50min 27sec, 50min 44sec
               Female? four 3-notes at:   20hr 52min 58sec, 53min 15sec, 31sec,
                                          44sec (mod-faint vocalizations)
                                          Wise, Gayner, 2050-2100, 1992-04,
                                          0.73miles

*167*

Male three 3-notes at:         21hr 15min 28sec
Wise, Gayner, 2111-2121, 1992-03, 0.72 miles

Male two 3-notes and two series to 3-notes at:
        21hr 41min 09sec, 15sec, 23sec, 39sec,
Male two 3-notes at:         21hr 49min 48sec, 54sec
Wise, 2131-2150, "1992-??" between -3 and -5 is -12, 0.74miles

Male six 3-notes plus one 3-note at:
        23hr 28min 26sec, 23hr 29min 46sec (faint)
Male four 3-notes at:         23hr 31min 33sec (getting closer)
Wise, Gayner, 2328-2338, 1992-09, 0.31miles

## Yellow Butte ARU #1 Survey **4/28/2022**

YEB-1     **SURV**        Wise, Gayner, entire survey: 1900-0022
Male four 3-notes at:         00hr 00min 39sec
Male four 3-notes at:         00hr 40min 13sec
Male four 3-notes at:         00hr 41min 59sec
Wise, Gayner, 2357-0007, 1992-10, 0.39 miles

Male two 3-notes at:         21hr 15min 15 sec
Wise, walk-in 2021-2100 to 1992-07, 0.19 mile

## Yellow Butte ARU #4 detection **7/1/2022** (6/30 survey)

YEB-4     **STOC**
Male one 3-notes at:         00hr 10min 35 sec (slightly farther)
Male two 3-notes at:         00hr 10min 52 sec, 11min 09sec (closer)
Whistle at:         00hr 09min 57sec (possibly more throughout, VERY faint)

## Yellow Butte ARU #2 detection **7/12/2022**

YEB-2     **STOC**
Male three 3-notes at:         22hr 55min 44sec
        (one distant and two closer)

## Yellow Creek ARU #2 detection **4/05/2022**

YEC-2      **STOC**
Male 3-note:                  20hr 17min 36sec (distance?)
Male 3-note to two series to two 4-note:
                                        20hr 19min 43sec (moderate)

## Yellow Creek ARU #1 detection **4/06/2022**

YEC-1      **STOC**
Male two 3-notes:              23hr 09min 51sec, 10min 19sec
                                        Three indistinct hoots

## Yellow Creek ARU #1 Survey **4/14/2022**

YEC-1      **SURV**                <span style="color:orange">Bright, 2222-2232, 0391-02, 0.86mi</span>
Male two ¾-notes:            22hr 24min 16sec
Male three-note and WHIS:    22hr 24min 52sec    (overall windy)

## Yellow Creek ARU #1 detection **7/06-07/2022**

YEC-1      **STOC**
Male four 3-notes:            00hr 38min 33sec (moving farther away)

## Yellow Creek ARU #1 detection **7/13/2022**

YEC-1      **STOC**
BUVI present:                 21hr 29min 38sec
Male one distant 4-note:      21hr 30min 29sec

*169*

**Kufta-Christie, Lindsey A**

---

**From:**          Kufta-Christie, Lindsey A
**Sent:**          Friday, February 23, 2024 10:50 AM
**To:**            Mowdy, Jason S
**Subject:**       2022-23 document changes
**Attachments:**   22_23_NSOdetection_timelinePERstation.docx

Hi Jason,

Attached is the document we went over this morning so you can see the changes that were made during our conversation.

Many thanks for revisiting this topic again, helps to clarify and talk it out.
Lindsey

# 2022-2023 NSO Recordings (Survey and STOC)

All times mark the beginning of the individuals 'grouped' vocalizations unless noted otherwise

## Upper Yellow Creek ARU #1 & 3 detections 3/16/2022

| | | |
|---|---|---|
| UYC-1 | **SURV** | Reeder, 1924-12, 2057-2108, 1.07miles |
| | | Was he playing the recording? |
| | | Keller, 1924-04, 2107-2117, questionable, 1.72miles, also not picked up at UYC-3 which is closer. |
| | BUVI at: | 19hr 31min 49sec |
| | Male 4-note at: | 20hr 56min 00sec |
| | Male two series to a 2-note at: | 20hr 56min 11sec |
| | Male one 4-note at: | 20hr 56min 36sec |
| | Male three irregular call/series? to a 2-note at: | 20hr 56min 36sec |
| | Male one 4-note at: | 21hr 01min 12sec |
| | Male two series at: | 21hr 01min 20sec |
| | Male one 4-note at: | 21hr 01min 46sec |
| | Female four ¾-notes at: | 21hr 03min 22sec |
| | Male three ¾-notes | 21hr 04min 08sec |
| | STVA 8-note at: | 21hr 04min 43sec |
| | Whistle seven + 4-barks at: | 21hr 05min 49sec |
| | | |
| UYC-3 | **walk-in SURV** | Reeder, 1924-12, 1.22miles |
| | | Bright, 1992-06, 1920-1930, 1.39miles |
| | BUVI at: | 19hr 19min 09sec |
| | ER one 4-note at: | 19hr 21min 30sec |
| | ER 4-note at: | 20hr 00min 59sec |
| | ER two 4-notes at: | 20hr 03min 17sec, 40sec |
| | ER random hoots: | 20hr 05min 58sec |
| | ER 4-note: | 20hr 07min 38sec |

Reeder hikes to station 1924-12 (no times recorded but from Kellers start time at station 1924-08 at 2005, assume she drops Reeder off at 1800/1830 (see DOC-5) 1900 and he starts hooting on his way in. Survey at station 1924-12 is from 2057-2108. Reeder walks from 1924-12 to 1804-02, presumably does NOT call post survey from 2108 to 2156. <mark>Surveys 1804-02 from 2156-2206, hears whistles (repeated six times)</mark>, estimates detection point at: 10 N 465613 4818859 from station 1804-02 (azimuth of 171degrees at ~100m), hikes into stand crashes and "left stand" at 2236. UYC-3 to 1804-02 is 0.91miles.  Keller surveys station

1924-06 from 2158-2208. Distance from 1924-06 Keller to 1804-02 Reeder is 1.07 miles. He could have heard the seven whistles in the recording of Kellers survey. Was there a radio check-in?

| UYC-3 | **SURV** | Keller 1924-03, 21:28-21:38, 0.49 miles and 1924-06, 21:58-22:08, 0.73 miles |
|---|---|---|
| | Female four 3-notes at: | 21hr 33min 11sec |
| | 7 whistles and 6 barks at: | 21hr 35min 38sec |
| | Ends at: | 21hr 36min 32sec |
| | **SURV** | SURVEYOR |
| | Female four 3-notes at: | 22hr 06min 03sec |
| | 7 whistles at: | 22hr 08min 30sec |
| | 5 barks (very faint) ends at: | 22hr 09min 23sec |

| UYC-4 | **walk-in SURV** | Reeder walk-in to 1924-12, 1.12 miles |
|---|---|---|
| | ER one 4-note at: | 19hr 21min 26sec |
| | (Document faint, moderate, distant "qualifier") | |

## Doe Creek ARU #5 detections (ARU deployed 3/3/2022) 3/16/2022

| DOC-5 | **walk-in SURV** | Reeder walk-in detected by UYC-3 & -4 1921 and 2000 hour, no data card |
|---|---|---|
| | ER two 4-notes at: | 18hr 33min 01sec** |
| | ER one 4-note at: | 18hr 34min 31sec |
| | ER one 4-notes at: | 18hr 35min 56sec |
| | ER one 4-note at: | 18hr 37min 08sec |
| | ER one 4-note at: | 18hr 43min 13sec |
| | ER two 4-notes at: | 18hr 46min 51sec |

## Yellow Trib ARU #3 detections 3/16/2022

| YET-3 | **walk-in SURV** | Keller, 1992-07, (1730-1930), 0.95mi |
|---|---|---|
| | Female four 3-notes at: | 18hr 29min 26sec |

## Yellow Butte ARU #1 detections 4/27/2022

| YEB-1 | **SURV** | Wise, Gayner, entire survey: 1900-0022 |
|---|---|---|
| | Male two 3-notes at: | 20hr 50min 27sec, 50min 44sec |
| | Female? four 3-notes at: | 20hr 52min 58sec, 53min 15sec, 31sec, 44sec (mod-faint vocalizations) |
| | | Wise, Gayner, 2050-2100, 1992-04, 0.73miles |

Male three 3-notes at:                    21hr 15min 28sec
                                          Wise, Gayner, 2111-2121, 1992-03, 0.72
                                          miles
Male two 3-notes and two series to 3-notes at:
                                          21hr 41min 09sec, 15sec, 23sec, 39sec,
Male two 3-notes at:                      21hr 49min 48sec, 54sec
                                          Wise, 2131-2150, "1992-??" between -3
                                          and -5 is -12, 0.74miles
Male six 3-notes plus one 3-note at:
                                          23hr 28min 26sec, 23hr 29min 46sec
                                          (faint)
Male four 3-notes at:                     23hr 31min 33sec (getting closer)
                                          Wise, Gayner, 2328-2338, 1992-09,
                                          0.31miles


Yellow Butte ARU #1 detections 4/28/2022          Recording in ARU_B&G file
YEB-1            SURV
                Male two 3-notes at:      21hr 15min 15 sec
                                          Wise, walk-in 2021-2100 to 1992-07,
                                          0.19 mile (qualifier)
                                          Wise, Gayner, entire survey: 1900-0022
                Male four 3-notes at:     00hr 00min 39sec
                Male four 3-notes at:     00hr 40min 13sec
                Male four 3-notes at:     00hr 41min 59sec clip for Jason
                                          Wise, Gayner, 2357-0007, 1992-10, 0.39
                                          miles


Yellow Butte ARU #4 detection 7/1/2022 (6/30 survey)
YEB-4           SURV                      Wise, 4659-02, 0007-0017, 1.31miles
                Male one 3-notes at:      00hr 10min 35 sec (slightly farther)
                Male two 3-notes at:      00hr 10min 52 sec, 11min 09sec
                                          (closer)
                Whistle at:               00hr 09min 57sec (possibly more
                                          throughout, VERY faint)
                                          Question the direction of the callbox
                                          clip for Jason detect a Wise-tone call
                                          She had a giddy-up in her last note
                                          Inquire about more surrounding
                                          vocalizations
                                          Add ARU to yellow butte sec 22 and 23

## Yellow Butte ARU #2 detection 7/12/2022

YEB-2      **STOC or SURV**      Wise, 2252-2302, 4682-04, 1.5miles
           Male three 3-notes at:      22hr 55min 44sec
           (one distant and two closer)
           Clip for Jason (louder or softer)

## Yellow Creek ARU #2 detection 4/05/2022

YEC-2      **STOC**
           Male 3-note:      20hr 17min 36sec (distance?)
           Male 3-note to two series to two 4-note:
           20hr 19min 43sec (moderate)

## Yellow Creek ARU #1 detection 4/06/2022

YEC-1      **STOC**
           Male two 3-notes:      23hr 09min 51sec, 10min 19sec
           Hoots have a strange echo effect

## Yellow Creek ARU #1 detections 4/14/2022

YEC-1      **SURV**      Bright, 2222-2232, 0391-02, 0.86mi
           Whistle:      22hr 23min 27sec
           Male two ¾-notes:      22hr 24min 17sec
           Male 3-note:      22hr 24min 29sec
           Male three-note:      22hr 24min 53sec
           Whistle:      22hr 25min 00sec
           Three whistles:      22hr 27min 26sec   (overall windy)

## Yellow Creek ARU #1 detection 7/06-07/2022

YEC-1      **SURV**      Bright, 0039-0052, 1972-11, miles?
           Male four 3-notes:      00hr 38min 33sec (moving farther
           away)

## Yellow Creek ARU #1 detection 7/13/2022

YEC-1      **SURV**      1804-03, 2127-2137, 1.09miles
           BUVI present:      21hr 29min 38sec
           Male one distant 4-note:      21hr 30min 29sec

## Doe Creek ARU #7 detection **6/14/2023**

DOC-7      **STOC, juvenile and STVA**

| | |
|---|---|
| STVA before and after STOC recording | |
| Male two 4-notes to two series: | 20hr 41min 14sec |
| Male 4-note | 20hr 42min 08sec |
| Male four 4-notes with overlapping | |
|      juvenile calls plus two notes: | 20hr 45min 13sec |
| Female single high hoot? | 20hr 45min 13sec |
| STVA inspection and faint 8-notes: | 20hr 50min 22sec |
| Male first three notes, then two 4-notes: | 20hr 52min 00sec |
| Male one 4-note: | 20hr 52min 23sec |
| STVA/STOC: | 20hr 52min 59sec |
|      (Indistinct calls afterwards) | |
| STVA 8-note, caterwauling, | |
|      and juvenile calling: | 20hr 55min 37sec |

## Yellow Butte ARU #4 detection **5/10/2023**

YEB-4      **STOC**

| | |
|---|---|
| Male one 4-note: | 03hr 25min 00sec |
| | |
| STOC | |
| Female three 3-notes: | starting slide at 22hr 39min |
| | 53min 57sec into slide |
| | Results in time:23hr 32min XXsec |

YEB-4      SURV??

| | |
|---|---|
| Female?? | |
| Barks at: | 57:34.85 |

## Upper Yellow Creek ARU #3 detection **6/14/2023**

**Kufta-Christie, Lindsey A**

| | |
|---|---|
| **From:** | Kufta-Christie, Lindsey A |
| **Sent:** | Monday, February 26, 2024 7:40 AM |
| **To:** | Mowdy, Jason S |
| **Subject:** | Updated 22-23 detections as of 2/26 |
| **Attachments:** | 22_23_NSOdetection_timelinePERstation.docx |

Hi Jason,

I came in early today to review the dates and detection times again. At the end of each years detection summary is a simple table with reference to the actual STOC detected.

Lindsey

# 2022-2023 Survey and STOC recordings

All times mark the beginning of the individuals 'grouped' vocalizations unless noted
See Table 1 and 2 for ARU detection summaries in 2022 and 2023

## Upper Yellow Creek ARU #1 & 3 detections 3/16/2022

UYC-1    **SURV**    Reeder, 1924-12, 2057-2108, 1.07miles
                     Was he playing the recording?
                     Keller, 1924-04, 2107-2117,
                     questionable, 1.72miles, also not
                     picked up at UYC-3 which is closer.

|  |  |  |
|---|---|---|
| | BUVI at: | 19hr 31min 49sec |
| | Male 4-note at: | 20hr 56min 00sec |
| | Male two series to a 2-note at: | 20hr 56min 11sec |
| | Male one 4-note at: | 20hr 56min 36sec |
| | Male three irregular call/series? | |
| | to a 2-note at: | 20hr 56min 36sec |
| | Male one 4-note at: | 21hr 01min 12sec |
| | Male two series at: | 21hr 01min 20sec |
| | Male one 4-note at: | 21hr 01min 46sec |
| | Female four ¾-notes at: | 21hr 03min 22sec |
| | Male three ¾-notes | 21hr 04min 08sec |
| | STVA 8-note at: | 21hr 04min 43sec |
| | Whistle seven + 4-barks at: | 21hr 05min 49sec |

UYC-3    **walk-in SURV**    Reeder, 1924-12, 1.22miles
                             Bright, 1992-06, 1920-1930, 1.39miles

|  |  |  |
|---|---|---|
| | BUVI at: | 19hr 19min 09sec |
| | ER one 4-note at: | 19hr 21min 30sec |
| | ER 4-note at: | 20hr 00min 59sec |
| | ER two 4-notes at: | 20hr 03min 17sec, 40sec |
| | ER random hoots: | 20hr 05min 58sec |
| | ER 4-note: | 20hr 07min 38sec |

Reeder hikes to station 1924-12 (no times recorded but from Kellers start time at station 1924-08 at 2005, assume she drops Reeder off at 1800/1830 (see DOC-5) 1900 and he starts hooting on his way in. Survey at station 1924-12 is from 2057-2108. Reeder walks from 1924-12 to 1804-02, presumably does NOT call post survey from 2108 to 2156. ==Surveys 1804-02 from 2156-2206, hears whistles (repeated six times)==, estimates detection point at: 10 N 465613 4818859 from station 1804-02 (azimuth of 171degrees at ~100m), hikes into stand crashes and "left stand" at 2236. UYC-3 to 1804-02 is 0.91miles.  Keller surveys station

1924-06 from 2158-2208. Distance from 1924-06 Keller to 1804-02 Reeder is 1.07miles. He could have heard the seven whistles in the recording of Kellers survey. Was there a radio check-in?

| UYC-3 | **SURV** | Keller 1924-03, 21:28-21:38, 0.49 miles and 1924-06, 21:58-22:08, 0.73 miles |
|---|---|---|
| | Female four 3-notes at: | 21hr 33min 11sec |
| | 7 whistles and 6 barks at: | 21hr 35min 38sec |
| | Ends at: | 21hr 36min 32sec |
| | **SURV** | SURVEYOR |
| | Female four 3-notes at: | 22hr 06min 03sec |
| | 7 whistles at: | 22hr 08min 30sec |
| | 5 barks (very faint) ends at: | 22hr 09min 23sec |

| UYC-4 | **walk-in SURV** | Reeder walk-in to 1924-12, 1.12miles |
|---|---|---|
| | ER one 4-note at: | 19hr 21min 26sec |
| | (Document faint, moderate, distant "qualifier") | |

## Doe Creek ARU #5 detections (ARU deployed 3/3/2022) 3/16/2022

| DOC-5 | **walk-in SURV** | Reeder walk-in detected by UYC-3 & -4 1921 and 2000 hour, no data card |
|---|---|---|
| | ER two 4-notes at: | 18hr 33min 01sec** |
| | ER one 4-note at: | 18hr 34min 31sec |
| | ER one 4-notes at: | 18hr 35min 56sec |
| | ER one 4-note at: | 18hr 37min 08sec |
| | ER one 4-note at: | 18hr 43min 13sec |
| | ER two 4-notes at: | 18hr 46min 51sec |

## Yellow Trib ARU #3 detections 3/16/2022

| YET-3 | **walk-in SURV** | Keller, 1992-07, (1730-1930), 0.95mi |
|---|---|---|
| | Female four 3-notes at: | 18hr 29min 26sec |

## Yellow Butte ARU #1 detections 4/27/2022

| YEB-1 | **SURV** | Wise, Gayner, entire survey: 1900-0022 |
|---|---|---|
| | Male two 3-notes at: | 20hr 50min 27sec, 50min 44sec |
| | Female? four 3-notes at: | 20hr 52min 58sec, 53min 15sec, 31sec, 44sec (mod-faint vocalizations) |
| | | Wise, Gayner, 2050-2100, 1992-04, 0.73miles |

| | |
|---|---|
| Male three 3-notes at: | 21hr 15min 28sec |
| | Wise, Gayner, 2111-2121, 1992-03, 0.72 miles |
| Male two 3-notes and two series to 3-notes at: | |
| | 21hr 41min 09sec, 15sec, 23sec, 39sec, |
| Male two 3-notes at: | 21hr 49min 48sec, 54sec |
| | Wise, 2131-2150, "1992-??" between -3 and -5 is -12, 0.74miles |
| Male six 3-notes plus one 3-note at: | |
| | 23hr 28min 26sec, 23hr 29min 46sec (faint) |
| Male four 3-notes at: | 23hr 31min 33sec (getting closer) |
| | Wise, Gayner, 2328-2338, 1992-09, 0.31miles |

## Yellow Butte ARU #1 detections 4/28/2022     Recording in ARU_B&G file

| YEB-1 | SURV | |
|---|---|---|
| | Male two 3-notes at: | 21hr 15min 15 sec |
| | | Wise, walk-in 2021-2100 to 1992-07, 0.19 mile (qualifier) |
| | Male four 3-notes at: | 00hr 00min 42sec |
| | Male four 3-notes at: | 00hr 01min 00sec |
| | Male four 3-notes at: | 00hr 01min 28sec |
| | | Wise, Gayner, 2357-0007, 1992-10, 0.39 miles |
| | | Wise, Gayner, entire survey: 1900-0022 |

## Yellow Butte ARU #4 detection 7/1/2022 (6/30 survey)

| YEB-4 | SURV | Wise, 4659-02, 0007-0017, 1.31miles |
|---|---|---|
| | Male one 3-notes at: | 00hr 10min 35 sec (slightly farther) |
| | Male two 3-notes at: | 00hr 10min 52 sec, 11min 09sec (closer) |
| | Whistle at: | 00hr 09min 57sec (possibly more throughout, VERY faint) |
| | | Question(s): the direction of the callbox? Wise has a giddy-up in her last note |
| | | Any more surrounding vocalizations? |

## Yellow Butte ARU #2 detection 7/12/2022

YEB-2     **STOC or SURV**          Wise, 2252-2302, 4682-04, 1.5miles
          Male three 3-notes at:     22hr 55min 44sec
                                     (one distant and two closer)

## Yellow Creek ARU #2 detection 4/05/2022

YEC-2     **STOC**
          Male 3-note:               20hr 17min 36sec (sound-distance?)
          Male 3-note to two series to two 4-note:
                                     20hr 19min 43sec (moderate)

## Yellow Creek ARU #1 detection 4/06/2022

YEC-1     **STOC**
          Male two 3-notes:          23hr 09min 51sec, 10min 19sec
                                     Hoots have a strange echo effect

## Yellow Creek ARU #1 detections 4/14/2022

YEC-1     **SURV**                   Bright, 2222-2232, 0391-02, 0.86mi
          Whistle:                   22hr 23min 27sec
          Male two ¾-notes:          22hr 24min 17sec
          Male 3-note:               22hr 24min 29sec
          Male three-note:           22hr 24min 53sec
          Whistle:                   22hr 25min 00sec
          Three whistles:            22hr 27min 26sec   (overall windy)

## Yellow Creek ARU #1 detection 7/06-07/2022

YEC-1     **SURV**                   Whitt, 0035-0045, 1972-04, 0.73 miles
          Male four 3-notes:         00hr 38min 33sec (moving farther
                                     away)

## Yellow Creek ARU #1 detection 7/13/2022

YEC-1     **SURV**                   1804-03, 2127-2137, 1.09miles
          BUVI present:              21hr 29min 38sec
          Male one distant 4-note:   21hr 30min 29sec

Table 1. Summary of ARU detections in 2022

| STOC presence | ARU station location | M, F, Juvenile | Date, time |
|---------------|---------------------|----------------|------------------|
| Yes           | Yellow Creek sta. 2 | M              | 4/05/22, 20:17   |
| Yes           | Yellow Creek sta. 1 | M              | 4/06/23, 23:09   |

## Doe Creek ARU #7 detection 6/14/2023

DOC-7 **STOC, juvenile and STVA**
STVA before and after STOC recording
Male two 4-notes to two series: 20hr 41min 14sec
Male 4-note 20hr 42min 08sec
Male four 4-notes with overlapping
juvenile calls plus two notes: 20hr 45min 13sec
Female single high hoot? 20hr 45min 13sec
STVA inspection and faint 8-notes: 20hr 50min 22sec
Male first three notes, then two 4-notes: 20hr 52min 00sec
Male one 4-note: 20hr 52min 23sec
STVA/STOC: 20hr 52min 59sec
(Indistinct calls afterwards)
STVA 8-note, caterwauling,
and juvenile calling: 20hr 55min 37sec

## Yellow Butte ARU #4 detection 5/10/2023

YEB-4 **STOC**
Male one 4-note: 04hr 20min 00sec

## Yellow Butte ARU #4 detection 5/22/2023

YEB-4 **STOC**
Female three 3-notes: 23hr 32min 58sec
23hr 33min 16sec, 32sec
Barks: 23hr 36min 36sec

## Yellow Creek ARU #3 detection 7/27/2023

**SURV** Mowdy, HM, 1972-06, 2246-2256, 0.6 miles
Male four 3-note: 22hr 48min 50sec

## Yellow Creek ARU #3 detection 8/03/2023

**STOC** Mowdy, 1980-13, 2133-2143, **3.8 miles**
Male one 3-note: 22hr 23min 40sec

Table 2. Summary of ARU detections in 2023

| STOC presence | ARU station location | M, F, Juvenile | Date, time |
|---|---|---|---|
| Yes | Doe Creek sta. 7 | M, F, Juv | 6/14/23, 20:41 |
| Yes | Yellow Butte sta. 4 | M | 5/10/23, 04:20 |
| Yes | Yellow Butte sta. 4 | F | 5/22/23, 23:32 |
| Yes | Yellow Creek sta. 3 | M | 8/03/23, 22:23 |



**Wind, Marcus**    Chat    Shared

1/24 12:29 PM

Hi Marcus, I know you are not in right now, but could you look at 6/22 Upper Yellow Creek data card and confirm what happened with the start and end date on the front and reverse, I am confused about how these are recorded. Front says 20:58-24:08, reverse says 24:03-2413, anyway I have a response at 2300 at UYC ARU sta3 but no survey to cover it and I am hoping this is the one, or that the ARU did not include daylight savings time. Thanks for your help! And hope you had a nice day in the field

Thursday, January 25

Wind, Marcus  1/25 6:26 AM

According to the card, the technicians spent 190 minutes (good catch on the time discrepancy, it should be 195 minutes!) to conduct a ten minute survey! One call point in 195 minutes! PS: I see your query was sent at 12:29pm yesterday, but it did not come through Teams to me until after I left at 4:15pm.

1/25 8:41 AM

Good morning Marcus! Thank you for the info and double checking that, so how will that be corrected, I will assume it was just 2403-2413 : ) I found a few other discrepancies but will address them later.

Monday, January 29

Wind, Marcus  1/29 7:34 AM

Since the data entry has been entered and QCed for 2023, it is in Jason's hands. Talk to him about if it is important to change it, and then it will be done through ArcPro for the electronic data. The physical side



Monday, January 29

Wind, Marcus  1/29 7:34 AM

Since the data entry has been entered and QCed for 2023, it is in Jason's hands. Talk to him about if it is important to change it, and then it will be done through ArcPro for the electronic data. The physical side includes finding the physical card, correcting it, and re-scanning all of the cards for that site, and replacing the electronic file. And once again, your teams message didn't come through until this morning when I refreshed Teams. I had a notification that there was a chat, but it didn't appear on our conversation thread.

1/29 8:26 AM

Okay no problem, thanks for the help!

Wind, Marcus  1/29 8:27 AM

No problem! 😊

Are you going to the field today?

1/29 8:29 AM

No probably not as I'll be supporting Liz's effort reporting on B&G



3/6 11:50 AM

Okay, I am staying behind--looks like ER has some specific call locations for you to look at. I will stay and plan out tomorrow, if OK'd by Victoria that we are out in B&G

Wind, Marcus  3/6 11:59 AM

👍



**Thursday, February 22**

2/22 12:18 PM
Hi, an update: UCY-1 3/16 is also out.

Mowdy, Jason S  2/22 12:19 PM
Okay.

2/22 4:15 PM
Hi Jason, if you'd like to listen to this clip with a male and possibly a female singe hoot, not confident, but wanted your input, follow the thread:  Shared>WILDLIFE_District>District_Wildlife_ARU>ARU Blue & Gold>Doe Creek "…20230614…STOC_M_femaleNoteATend" the file name is wonky but you get the idea. Many thanks

👍

2/23 10:47 AM
Another thing to think about, since you mentioned dead space while using the call box, is how Heather balanced calling and listening at these sites: YEB-4 picking up 4659-02 calls on 7/1 and YEB-2 picking up 4682-04 calls on 7/12 (they are the maybes)… the clips are in the folder I mentioned above, and I will send you the updated document for 22-23 through email. Otherwise, I will pick this up Monday morning! Thanks Jason, and talk soon!

2/23 10:55 AM
CRAP! Scratch the Bear creek comment for the detection on 7/6, i was looking at the wrong date on the 2022card, i was looking at 5/17, it was 7/7 Bear creek sta 1972-07 was surveyed and either date doesn't match up at all.

**Monday, February 26**

Mowdy, Jason S  2/26 1:10 PM
Are we good with DOC-7 6/14/2023 times?

2/26 1:11 PM
give me a few more minutes and I'll head over

👍

you def found a glitch in the time of the recording, file says 20:56 but it actually jumps to 21:47 time frame

**Monday, March 4**

3/4 9:31 AM
Good morning Jason, I was curious if you had a UTM location of where to start for putting up an ARU in Rookery? Just to clarify it is outside the timber sale, right?

Mowdy, Jason S  3/4 1:15 PM
Rookery is in the Blue and Gold timber sale, I did suggest possible ARUs in the Myrtle View Site. I left a map on your desk

184



Mowdy, Jason S  3/4 4:26 PM
You should probably discuss ARU locations with LIZ in this area, given the proximity to the BLUE and Gold TS.

3/4 4:27 PM
Certainly.



Monday, May 20

5/20 8:49 AM
Good morning Jason, talked with Victoria about the reconnaissance of spotted owl points in EE, Blue & Gold, and 42. Maybe send me the pathway to where those map files live? Also, I am going to head out to the field and plan to be back at 4pm for the meeting, since you mentioned that change last week. 👍

Monday, June 3



Thursday, June 27

6/27 9:03 AM
Morning Jason, today I am planning on hiking a walk-in at Yellow Butte to document contractors presence on the flagging at stations and will try out the S1 feature service... any other suggestions of places you have a hankering to know about? Also, will plan on cleaning mouse house later this evening .... 👍



7/23 10:57 AM
also, just talked to Roli and he mentioned Mike should know about putting ARU's in B&G strictly for monitoring. I will be placing them out the day of a night survey and retrieve them the next day as to not to collect additional data on owls that may be out there... I would go talk to Mike but he has looked a little stressed and is on a conference call

*monitoring the contractor, send a text if you want me to hold off on B&G, otherwise I will place units in the Ollala area instead, just wanted to target each surveyor this week 👍

7/23 11:09 AM
ok talked to Mike and he is okay with one night maybe two nights in a row if there is a survey in the area the next night! All is well!! Thanks jason and see you shortly

 Mowdy, Jason S  9/9 1:50 PM

No.  Only visits where <u>all the call points</u> are surveyed, **or** a <u>pair</u> is detected are OC visits.  The rest are AD.



9/9 2:38 PM

Also, do you want ETC, Stouts 17 and Rookery sent to you directly? I deleted them off Teams (not entered yet) because there were fields with missing data we had discussed at the meetings, would you prefer I send them to you bc they are included in the contractors and are the monitoring sites outside of EA's?

---

Monday, September 30

9/30 9:55 AM

Good morning, wanted to let you know there is a data discrepancy. For Rice Flat the first visit (according to the tally sheet) is recorded as 3/27 but there are no data points or times surveyed by Marshall. I am still editing the surveys, but let Hamer know that site as recorded is not complete, unless I am missing something.

Mowdy, Jason S  9/30 10:35 AM

I placed the two 3/27 rice flat visits into a new rice flat folder in blue & gold.  Double check for correction to the VV visit with the one you already have to make sure the contractor did not make any edits to it.  It had an updated date in the contractor folder so I'm not sure if it was edited.

9/30 12:11 PM

Okay I see, the dates are changed from 3/27 to 3/25, how are they making changes to the files while we are working on the old versions? So do you want me to correct the new surveys in the folder you newly created and update the Talley Sheet? bc there are a few inconsistencies there too.

I guess my question is, while they are updating their data sheets, how do we know whether or not we are correcting the old or new version?

---

Thursday, October 3

10/3 6:30 AM

Morning. Another question, this inconsistency I am finding is related to the UTM's. Sometimes the surveyor will select a section that represents where they were for their day search, or overall where most of the points they surveyed for the night have been. From my understanding, if there is no spotted owl detected, the section on the map you provided is the section to record because it represents the most recent core to date. Looking at Thistleburn Creek, I see that core is 0266H, on the border of sec 19 and 30, looks like the point may fall on section 30, but the map says 19... just want to double check with you.

 Mowdy, Jason S  10/3 10:45 AM

The legal description (township, range, section) should be the same as the map if there were no detections, or reflect the location of where the spotted owl was located to the quarter & sixteenth section.  It is not necessary to correct legal for no detection cards as long as it is within that site.  This is not ideal but is automatically corrected when we enter into the correct alternate site in the database ("O", "A", "B", etc..). The contractor did not always use our maps with the detail information so they could not get the legal description consistent.  This is just one more item for future pre-work meetings with contractors.



For Yellow Butte, station 16, would that be considered a true N station even though it was called during the day? Should it possibly be B?

Mowdy, Jason S   10/4 12:19 PM

It should be "Both" and a comment on each visit "surveyed station 16 during day for safety concerns"

👍

10/4 12:20 PM

okay they listed the whole survey as night and I figured it was not a true all-nighter... thanks

Monday, October 7

10/7 7:22 AM

Good morning Jason, for Upper Yellow Creek, regarding the first round of surveys, is there an option to have a D circled to complete the survey effort? Remember there are a few walk-ins the contractor surveyed during the day and it needs to be corrected on the tally sheet on 4/9. Right now it is just noted as a D. Let me know what you want me to do. Circle the night survey on 4/2 proceeding the day survey on 4/09? But that doesn't make sense... let me know.

Mowdy, Jason S   10/7 10:12 AM

If the day visit was only those points that they did during the day to complete the survey then yes a day visit could be a complete visit in combination with another night outing.

10/7 10:23 AM

yes but there is no circle around the D to denote it was completed that day with those day call points... anyway, just letting you know that is the case with UYC

| Site | Hexagon ID | # of ARUs (n = 23/5 hex+3floaters) | ARU #1 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Surveyor | Date deployed | Station # | ARU ID | UTMx |
| **Blue & Gold** | | | | | | | |
| Doe Creek | 18828 | 4 | Reeder | 05/04/23 | DOC 6 | SM Mini 14 (SMA05363) | 467065 |
| Upper Yellow Creek | 18733 | 4 | ER&LKC | 06/13/23 | UYC-1 | SM4 #4 (S4A16577) | 465967 |
| Yellow Butte | 18829 | 4 | Wise | 05/03/23 | YEB 3 | SM Mini 10 (SMA05394) | 468973 |
| Yellow Creek | 18732 | 4 | LKC | 06/29/23 | YEC 1 | SM mini #16 (SMA05357) | 463689 |
| ~~Yellow Trib~~ | 18734 | | | | | | |
| Lower Yellow Creek | Multiple | 4 | LKC | 07/18/23 | LYC 1 | SM mini #3 (SMA04809) | 463799 |

| UTMy | Notes | Surveyor | Date deployed | Station # | ARU ID | ARU #2 UTMx |
|---|---|---|---|---|---|---|
| 4820945 | | Reeder | 5/4/23 | DOC 7 | Mini #16 (SMA05357) | 467618 |
| 4817608 | SD card SS | ER&LKC | 6/13/23 | UYC-2 | SM4 #7 (S4A20179) | 466991 |
| 4822194 | | Wise | 5/3/23 | YEB 2 | SM mini #11 (SMA05334) | 468683 |
| 4818885 | SD card WW | LKC | 6/28/23 | YEC 2 | SM mini #6 (SMA05358) | 464230 |
| | | | | | | |
| 4816738 | SD card TT | LKC | 7/18/23 | LYC 2 | SM mini #10 (SMA05394) | 463003 |

| | | | | | | ARU #3 | | |
| UTMy | Notes | Surveyor | Date deployed | Station # | ARU ID | UTMx | UTMy |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 4820713 | | Reeder | 6/15/23 | DOC 3 | Mini #15 (SMA05269) | 466755 | 4820257 |
| 4816837 | SD card VV | ER&LKC | 6/13/23 | UYC-3 | SM4 #3 (S4A16574) | 467342 | 4817690 |
| 4821004 | | Reeder | 5/4/23 | YEB 4 | Mini #3 (SMA04809) | 469939 | 4821923 |
| 4818239 | SD card EE (unit was finicky) | LKC | 6/27/23 | YEC 3 | SM mini#11 (SMA05334) | 465185 | 4818355 |
| | | | | | | | |
| 4816175 | SD card UU | LKC | 7/20/23 | LYC 3 | SM mini #8 (SMA05328) | 463817 | 4816510 |

| Notes | Surveyor | Date deployed | Station # | ARU #4 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | ARU ID | UTMx | UTMy |
| ARU deployed 5/3 not ON; switched on 6/15 | Wind | 5/3/23 | DOC 5 | SM Mini #17 (SMA05351) | 466423 | 4819191 |
| SD card Q | ER&LKC | 6/13/23 | UYC-4 | SM4 #2 (S4A13403) | 467753 | 4818309 |
| SD card O | Wind | 5/4/23 | YEB 1 | SM Mini #4 (SMA04710) | 468365 | 4820565 |
| SD card XX | LKC | 6/27/23 | YEC 4 | SM mini #14 (SMA05363) | 465740 | 4818801 |
| | | | | | | |
| SD card ZZ | LKC | 7/18/23 | LCY 4 | SM mini #17 (SMA05352) | 465070 | 4817533 |

| Notes | | Surveyor | Date Retrieved | Station # | ARU ID |
|---|---|---|---|---|---|
| | | ER | 6/15/23 | DOC 6 | SM mini #14 (SM05363) |
| | | LKC, LS, BG, L, | 7/25/23 | UYC-4 | SM4 #2 (S4A13403) |
| | | ER | 6/14/23 | YEB 1 | SMmini#4, (SMA04710) |
| | | LKC | 8/17/23 | YEC-1 | Smmini#16 (SMA05357) |
| | | | | | |
| SD card P | | LKC | 9/12/23 | LYC-1 | SM mini #3 (SMA04809) |

| ARU #1 | | | | | | |
|---|---|---|---|---|---|---|
| Date_time of recording | UTMx | UTMy | Notes | Surveyor | Date Retrieved | Station # |
| 05/03/2023, 191700-6/15/2023, 225602 | | | Rec'd in office 6/16, SD card RR, | ER | 6/15/23 | DOC 7 |
| 06/13/23, 200000-07/26/23, 063002 | 467753 | 4818309 | Rec'd in office 7/25, SD card "U" | LKC | 7/26/23 | UYC-3 |
| 05/04/2023, 191800-6/14/2023, 205402 | | | Rec'd in office 6/15, SD card PP; changed file names to "BLM_YEB13-1 | | | YEB 2 |
| 06/29, 195900-8/14,222250 | 463689 | 4818885 | Rec'd in office, 8/17, SD card WW | LKC | 8/9/23 | YEC-2 |
| | | | | | | |
| 7/15/23, 195100-9/02/23, 215150 | 463799 | 4816738 | Rec'd in office 9/12, SD card TT | LKC | 9/12/23 | LYC-2 |

| ARU #2 | | | | |
|---|---|---|---|---|
| **ARU ID** | **Date_time of recording** | **UTMx** | **UTMy** | **Notes** |
| SM mini #16 (SMA05357) | 6/03/2023, 192237-06/15/2023, 195600 | | | Rec'd in office 6/16, SD card L |
| SM4 #3 (S4A16574) | 06/13/2023, 200000-07/26/23, 063001 | 467333 | 4817679 | Rec'd in office 7/26, SD card "Q" |
| SM Mini #11?? (SMA05334) | | | | Rec'd in office 6/16, SD card T? (ER verify) |
| SM mini #6 (SMA05358) | 6/28, 195900-8/10,071302 | 464230 | 4818239 | Rec'd in office 8/9, SD card EE |
| | | | | |
| SM mini #10  (SMA05394) | 7/18/20, 195000-9/02/23, 195150 | 463003 | 4816175 | Rec'd in office 9/12, SD card UU |

| ARU #3 | | | | | | |
|---|---|---|---|---|---|---|
| **Surveyor** | **Date Retrieved** | **Station #** | **ARU ID** | **Date_time of recording** | **UTMx** | **UTMy** |
| LKC | 8/1/23 | DOE-3 | SM mini #15 (SMA05269) | /15/23, 220231-08/01/23,07040 | 466755 | 4820257 |
| LKC | 7/25/23 | UYC-1 | SM4 #4 (S4A16577) | 13/2023, 200000-07/26/23, 063 | 465993 | 4817591 |
| LKC | 7/6/23 | YEB-4 | SM mini #3 (SMA04809) | 04/23 20013 - 6/16/2023 2318 | 469939 | 4821923 |
| LKC | 8/9/23 | YEC-3 | SM mini #11 (SMA05334) | 6/27, 195900-8/10, 061302 | 465185 | 4818355 |
| | | | | | | |
| LKC | 9/12/23 | LYC-3 | SM mini #8 (SMA05328) | /20/23, 194900-9/04/23, 21475 | 463817 | 4816510 |

| | | | | | ARU #4 |
|---|---|---|---|---|---|
| Notes | Surveyor | Date Retrieved | Station # | ARU ID | Date_time of recording |
| SD card "OO" rec'd in office 8/01 | LKC | 6/27/23 | DOC-5 | SM mini #17 (SMA05352) | 05/03/2023, 191700-06/18/2023, 225950 |
| Rec'd in office 7/26, SD card "SS" | LKC | 7/26/23 | UYC-2 | SM4 #7 (S4A20179) | 06/13/2023, 200000-07/26/23, 063002 |
| d in office 7/6, SD card O, backed on B | LKC | 7/10/23 | YEB-3 | SM mini#10 (SMA05394) | 5/03/2023 191700-6/18/2023 225950 |
| Rec'd in office 8/9, SD card XX | LKC | 8/9/23 | YEC-4 | SM mini#14 (SMA05363) | 06/23/2023, 195900-08/09/2023, 071202 |
| | | | | | |
| Date rec'd 9/12, SD card ZZ | LKC | 9/12/23 | LYC-4 | Smmini #17 (SMA05352) | 7/18/23, 195000-9/2/23, 215150 |

| UTMx | UTMy | Notes |
|---|---|---|
| 466435 | 4819207 | TYPO of last digit on ARU ID differs from deployment info |
| 466983 | 4816834 | Rec'd in office 7/26, SD card "VV" |
| 468973 | 4822194 | Rec'd in office 7/10/23, SD card Z |
| 463689 | 4818885 | Rec'd in office 8/17, SD card WW |
|  |  |  |
| 465070 | 4817533 | Rec'd in office 9/12, SD card P |

| Comments |
| --- |
| Meet ARU Protocol - deploy for 6wks = two deployments per site/hexagon for 3-4 wks |
| |
| |
| |
| |
| |

| Label | Site | Hexagon ID | Station # | UTMx | UTMy |
|-------|------|-----------|-----------|------|------|
| YEC 1 | Yellow Creek | 18732 | 1 | 463715 | 4818895 |
| YEC 2 | Yellow Creek | 18732 | 2 | 464209 | 4818224 |
| YEC 3 | Yellow Creek | 18732 | 3 | 465221 | 4818336 |
| YEC 4 | Yellow Creek | 18732 | 4 | 465795 | 4818858 |
| UYC 1 | Upper Yellow Creek | 18733 | 1 | 465993 | 4817591 |
| UYC 2 | Upper Yellow Creek | 18733 | 2 | 466983 | 4816834 |
| UYC 3 | Upper Yellow Creek | 18733 | 3 | 467333 | 4817679 |
| UYC 4 | Upper Yellow Creek | 18733 | 4 | 467753 | 4818309 |
| YET 1 | Yellow Trib | 18734 | 1 | 468962 | 4818995 |
| YET 2 | Yellow Trib | 18734 | 2 | 469265 | 4819690 |
| YET 3 | Yellow Trib | 18734 | 3 | 469619 | 4819350 |
| YET 4 | Yellow Trib | 18734 | 4 | 470214 | 4818710 |
| DOC 3 | Doe Creek | 18828 | 3 | 466732 | 4820274 |
| DOC 5 | Doe Creek | 18828 | 5 | 466438 | 4819206 |
| DOC 6 | Doe Creek | 18828 | 6 | 467065 | 4820945 |
| DOC 7 | Doe Creek | 18828 | 7 | 467626 | 4820705 |
| YEB 1 | Yellow Butte | 18829 | 1 | 468366 | 4820562 |
| YEB 2 | Yellow Butte | 18829 | 2 | 468683 | 4821004 |
| YEB 3 | Yellow Butte | 18829 | 3 | 468973 | 4822194 |
| YEB 4 | Yellow Butte | 18829 | 4 | 469939 | 4821925 |
| LYC 1 | Lower Yellow Creek | 18731 | 1 | 462731 | 4816627 |
| LYC 2 | Lower Yellow Creek | 18636 | 2 | 463010 | 4816158 |
| LYC 3 | Lower Yellow Creek | 18637 | 3 | 463811 | 4816503 |
| LYC 4 | Lower Yellow Creek | 18637 | 4 | 465063 | 4817530 |

**Swiftwater Field Office - 2(**

| Site | Hexagon ID | Priority | Survey Deployment Months | | | | | | # of ARUs (n = 23/5 hex+3floaters) |
|---|---|---|---|---|---|---|---|---|---|
| | | | March | April | May | June | July | August | |
| **Blue & Gold** | | | Start March 1st | | | | | | |
| Doe Creek | 18828 | 1 | | | ■ | ■ | | | 4 |
| Upper Yellow Creek | 18733 | 1 | | | | ■ | | | 4 |
| Yellow Butte | 18829 | 1 | | | ■ | | | | 4 |
| Yellow Creek | 18732 | 1 | | | | ■ | | | 4 |
| Yellow Trib | 18734 | 1 | | | | | | | 4 |
| Lower Yellow Creek | | | | | | | ■ | | 3 |

# 023 ARU Tracking Chart for NSO Surveys

| Date of 1st Deployment | Date Maintenance (battery & SD card change) | Date of 1st Retrieval | Date of 2nd Deployment | Date Maintenance (battery & SD card change) | Date of 2nd Retrieval |
|---|---|---|---|---|---|
| | | | | | |
| 5/3/2023 | | 6/15/2023 | | | |
| 6/13/2023 | | | | | |
| 5/3/2023 | | 6/14/2023 | | | |
| 6/27-29 | | | | | |
| | | | | | |
| 6/18/2023 | | | | | |

| Comments |
|---|
| Meet ARU Protocol - deploy for 6wks = two deployments per site/hexagon for 3-4 wks |
| DOC-3 switched ON 6/15 |
| |
| |
| |
| |
| |

# 2022-2023 Survey and STOC recordings

All times mark the beginning of the individuals 'grouped' vocalizations unless noted
See Table 1 and 2 for ARU detection summaries in 2022 and 2023

| LOCATION | SURV OR STOC DETERMINATION | SURVEYOR STATION, HH RR, MILES FROM ARU | |
|---|---|---|---|

| SITE-LOC | SPECIES VOCALIZATION | HH MM SS | DATE |
|---|---|---|---|

## Upper Yellow Creek ARU #1 & 3 detections 3/16/2022

UYC-1                                                                    03/16/2022

| UYC-1 | BUVI at: | 19hr 31min 49sec |
|---|---|---|
| | Male 4-note at: | 20hr 56min 00sec |
| | Male two series to a 2-note at: | 20hr 56min 11sec |
| | Male one 4-note at: | 20hr 56min 36sec |
| | Male three irregular call/series? | |
| | to a 2-note at: | 20hr 56min 36sec |

Reeder, 1924-12, 2057-2108, 1.07miles

| DATE | SIT-LOC | VOC | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | STOC/SURV | SURVEYOR | STATION | TIME HH MM | MILES | QUALIFIER |
|---|---|---|---|---|---|---|
| | SURV | REEDER | 1924-12 | 2057-2108 | 1.07MI | UNK |

NOTES:    Was he playing the recording?

| UYC-1 | **SURV** | Keller, 1924-04, 2107-2117, questionable, 1.72miles, also not picked up at UYC-3 which is closer. |
|---|---|---|
| | Male one 4-note at: | 21hr 01min 12sec |
| | Male two series at: | 21hr 01min 20sec |
| | Male one 4-note at: | 21hr 01min 46sec |
| | Female four ¾-notes at: | 21hr 03min 22sec |
| | Male three ¾-notes | 21hr 04min 08sec |
| | STVA 8-note at: | 21hr 04min 43sec |
| | Seven whistles + 4 barks at: | 21hr 05min 49sec |

| UYC-3 | **walk-in SURV** | Reeder, 1924-12, 1.22miles Bright, 1992-06, 1920-1930, 1.39miles |
|---|---|---|
| | BUVI at: | 19hr 19min 09sec |
| | ER one 4-note at: | 19hr 21min 30sec |

|  |  |
|---|---|
| ER 4-note at: | 20hr 00min 59sec |
| ER two 4-notes at: | 20hr 03min 17sec, 40sec |
| ER random hoots: | 20hr 05min 58sec |
| ER 4-note: | 20hr 07min 38sec |

Reeder hikes to station 1924-12 (no times recorded but from Kellers start time at station 1924-08 at 2005, assume she drops Reeder off at 1800/1830 (see DOC-5) 1900 and he starts hooting on his way in. Survey at station 1924-12 is from 2057-2108. Reeder walks from 1924-12 to 1804-02, presumably does NOT call post survey from 2108 to 2156. Surveys 1804-02 from 2156-2206, hears whistles (repeated six times), estimates detection point at: 10 N 465613 4818859 from station 1804-02 (azimuth of 171degrees at ~100m), hikes into stand crashes and "left stand" at 2236. UYC-3 to 1804-02 is 0.91miles. Keller surveys station 1924-06 from 2158-2208. Distance from 1924-06 Keller to 1804-02 Reeder is 1.07miles. He could have heard the seven whistles in the recording of Kellers survey. Was there a radio check-in?

| UYC-3 | **SURV** | Keller 1924-03, 21:28-21:38, 0.49 miles |
|---|---|---|
|  | Female four 3-notes at: | 21hr 33min 11sec |
|  | 7 whistles and 6 barks at: | 21hr 35min 38sec |
|  | Ends at: | 21hr 36min 32sec |

| UYC-3 | **SURV** | Keller, 1924-06, 21:58-22:08, 0.73 miles |
|---|---|---|
|  | Female four 3-notes at: | 22hr 06min 03sec |
|  | 7 whistles at: | 22hr 08min 30sec |
|  | 5 barks (very faint) ends at: | 22hr 09min 23sec |

| UYC-4 | **walk-in SURV** | Reeder walk-in to 1924-12, 1.12miles |
|---|---|---|
|  | ER one 4-note at: | 19hr 21min 26sec |
|  | (Document faint, moderate, close "qualifier") |  |

## Doe Creek ARU #5 detections (ARU deployed 3/3/2022) 3/16/2022

| DOC-5 | **walk-in SURV** | Reeder walk-in detected by UYC-3 & -4 1921 and 2000 hour, no data card |
|---|---|---|
|  | ER two 4-notes at: | 18hr 33min 01sec** |
|  | ER one 4-note at: | 18hr 34min 31sec |
|  | ER one 4-notes at: | 18hr 35min 56sec |
|  | ER one 4-note at: | 18hr 37min 08sec |
|  | ER one 4-note at: | 18hr 43min 13sec |
|  | ER two 4-notes at: | 18hr 46min 51sec |

## Yellow Trib ARU #3 detections **3/16/2022**

| | | |
|---|---|---|
| YET-3 | **walk-in SURV** | Keller, 1992-07, (1730-1930), 0.95mi |
| | Female four 3-notes at: | 18hr 29min 26sec |

## Yellow Butte ARU #1 detections **4/27/2022**

| | | |
|---|---|---|
| YEB-1 | **SURV** | Wise, Gayner, entire survey: 1900-0022 |
| | | Wise, Gayner, 2050-2100, 1992-04, 0.73miles |
| | Male two 3-notes at: | 20hr 50min 27sec, 50min 44sec |
| | Female? four 3-notes at: | 20hr 52min 58sec, 53min 15sec, 31sec, 44sec (mod-faint vocalizations) |

## Cont'd Yellow Butte ARU #1 detections **4/27/2022**

| | | |
|---|---|---|
| YEB-1 | **SURV** | Wise, Gayner, 2111-2121, 1992-03, 0.72 miles |
| | | Wise, Gayner, entire survey: 1900-0022 |
| | Male three 3-notes at: | 21hr 15min 28sec |
| YEB-1 | SURV | Wise, 2131-2150, "1992-??" between -3 and -5 is -12, 0.74miles |
| | | Male two 3-notes and two series to 3 notes at: |
| | | 21hr 41min 09sec, 15sec, 23sec, 39sec, |
| | Male two 3-notes at: | 21hr 49min 48sec, 54sec |
| YEB-1 | SURV | Wise, Gayner, 2328-2338, 1992-09, 0.31miles |
| | Male six 3-notes plus one 3-note at: | |
| | | 23hr 28min 26sec, 23hr 29min 46sec (faint) |
| | Male four 3-notes at: | 23hr 31min 33sec (getting closer) |

## Yellow Butte ARU #1 detections **4/28/2022**      Recording in ARU_B&G file

| | | |
|---|---|---|
| YEB-1 | **SURV** | Wise, walk-in 2021-2100 to 1992-07, 0.19 mile (qualifier) |
| | SURV | Wise, 2115-2125, 1924-14 |
| | Male two 3-notes at: | 21hr 15min 15 sec |
| | SURV | Wise, Gayner, 2357-0007, 1992-10, 0.39 Miles |
| | Male four 3-notes at: | 00hr 00min 42sec |
| | Male four 3-notes at: | 00hr 01min 00sec |

Male four 3-notes at:               00hr 01min 28sec

## Yellow Butte ARU #4 detection **7/1/2022** (6/30 survey)

YEB-4     **SURV**             Wise, 4659-02, 0007-0017, 1.31miles

           Whistle at:              00hr 09min 57sec (possibly more throughout, VERY faint)

           Male one 3-notes at:     00hr 10min 35 sec (slightly farther)

           Male two 3-notes at:     00hr 10min 52 sec, 11min 09sec (closer)

                                                      Question(s): the direction of the callbox? Wise has a giddy-up in her last note

                                                        Any more surrounding vocalizations?

## Yellow Butte ARU #2 detection **7/12/2022**

YEB-2     **STOC or SURV**     Wise, 2252-2302, 4682-04, 1.5miles

           Male three 3-notes at:    22hr 55min 44sec (one distant and two closer)

## Yellow Creek ARU #2 detection **4/05/2022**

YEC-2     **STOC**

           Male 3-note:             20hr 17min 36sec (sound-distance?)

           Male 3-note to two series to two 4-note:

                                              20hr 19min 43sec (moderate)

## Yellow Creek ARU #1 detection **4/06/2022**

YEC-1     **STOC**

           Male two 3-notes:        23hr 09min 51sec, 10min 19sec

                                       Hoots have a strange echo effect

## Yellow Creek ARU #1 detections **4/14/2022**

YEC-1     **SURV**             Bright, 2222-2232, 0391-02, 0.86mi

           Whistle:                22hr 23min 27sec

            Male two ¾-notes:      22hr 24min 17sec

            Male 3-note:             22hr 24min 29sec

            Male three-note:       22hr 24min 53sec

            Whistle:                22hr 25min 00sec

            Three whistles:        22hr 27min 26sec   (overall windy)

## Yellow Creek ARU #1 detection **7/06-07/2022**

YEC-1        **SURV**                              Whitt, 0035-0045, 1972-04, 0.73 miles
             Male four 3-notes:                    00hr 38min 33sec (moving farther
                                                   away)

## Yellow Creek ARU #1 detection **7/13/2022**

YEC-1        **SURV**                              Wise, 1804-03, 2127-2137, 1.09 miles
             BUVI present:                         21hr 29min 38sec
             Male one distant 4-note:              21hr 30min 29sec

Table 1. Summary of ARU detections in 2022

| STOC presence | ARU station location | M, F, Juvenile | Date, time |
|---------------|----------------------|----------------|-----------------|
| Yes           | Yellow Creek sta. 2  | M              | 4/05/22, 20:17  |
| Yes           | Yellow Creek sta. 1  | M              | 4/06/23, 23:09  |

## Doe Creek ARU #7 detection **6/14/2023**

DOC-7        **SURV**                              Reeder, 1992-07, 2136-2147, 0.47 miles
             STVA before and after STOC recording
             Male two 4-notes to two series:       21hr 41min 14sec, 27sec, 39 sec,
                                                   50 sec
             Male 4-note                           21hr 42min 02sec
             Male four 4-notes with overlapping
                 juvenile calls plus two notes:    21hr 45min 13sec
             Female single high hoot?              21hr 42min 06sec
             STVA inspection and faint 8-notes:    21hr 46min 24sec
             Male first three notes, then two 4-notes: 21hr 46min 40sec
             Male one 4-note:                      21hr 47min 58sec
             STVA/STOC:                            21hr 47min 12sec
                 (Indistinct calls afterwards)
             STVA 8-note, caterwauling,
                 and juvenile calling:             21hr 55min 37sec

## Upper Yellow Creek ARU #3 detection **6/15/2023**

UYC-3        **SURV**                              Reeder, 1992-13, 2232-
                                                   2243, 1.4 mile
             Male two 4-notes:                     22hr 35min 08sec, 18sec, 30sec
             Male two 4-note and two series:       22hr 37min 42sec
             Male 4-note:                          22hr 39min 02sec

|  | Female four 3/4-notes (distant): | 22hr 41min 08sec |
|---|---|---|

UYC-3     **SURV**               <span style="color:red">Bankert, 1992-05, 2308-2318, miles? Also notes windy conditions</span>

|  | Female three 4-notes (distant): | 23hr 07min 42sec |
|---|---|---|

<mark>LEFT OFF HERE 5 MARCH 1330</mark>

## Yellow Butte ARU #4 detection 5/10/2023
YEB-4     **STOC**

| | Male one 4-note: | 04hr 20min 00sec |
|---|---|---|

## Yellow Butte ARU #4 detection 5/22/2023
YEB-4     **STOC**

| | Female three 3-notes: | 23hr 32min 58sec |
|---|---|---|
| | | 23hr 33min 16sec, 32sec |
| | Barks: | 23hr 36min 36sec |

## Yellow Creek ARU #3 detection 7/27/2023
            **SURV**         <span style="color:orange">Mowdy, HM, 1972-06, 2246-2256, 0.6 miles</span>
            Male four 3-note:             22hr 48min 50sec

## Yellow Creek ARU #3 detection 8/03/2023
            **STOC/SURV1?**        <span style="color:orange">Mowdy, 1980-13, 2133-2143, **3.8 miles**</span>
            Male one 3-note:             22hr 23min 40sec

Table 2. Summary of ARU detections in 2023

| STOC presence | ARU station location | M, F, Juvenile | Date, time |
|---|---|---|---|
| Yes | Yellow Butte sta. 4 | M | 5/10/23, 04:20 |
| Yes | Yellow Butte sta. 4 | F?? | 5/22/23, 23:32 |
| ~~Yes~~ | ~~Yellow Creek sta. 3~~ | ~~M~~ | ~~8/03/23, 22:23~~ |

| ARU ID | non-survey vocalization (Y/N) | Unique script |
|---|---|---|
| \*\*daylight savings time (add an hour) takes place ?? March 2022 and IS NOT accounted for on the SM4's unless you change the location upon deployme | | |
| DOC-3 | N | SURV1 3/15 at 2000 TONE, 2100 TONE  recordings contain WHIS, BARK and TON |
| DOC-5 | N | walk-in SURV1 |
| | N (map) | Suspect SURV1 |
| | N | SURV1 |
| | N (map) | SURV1 plus TONE |
| DOC-6 | N | SURV1 3/15/22 at 2029 TONE, ARU tracking sheet states "Battery, SD card maint |
| DOC-7 | N | three very indistinct four-note calls, male |
| DOC-8 (coordinates?) | N | SURV1 Female 4 three-notes |
| | N | SURV1 four three-notes, female |
| | N | SURV1 |
| YEB-1 | Maybe (map) | SSS-2 juvenile Am. Goshawk, no survey at 2000, two three-note male |
| | N | slide 8/11,  two three-note to two-series calls male |
| | N | slide 5&6/11 7x three-notes male, plus 4x three-notes female |
| | N | SURV1 4 three-notes male; STRANGE call with slight variation Wise survey |
| | N | SURV1 4 three-notes female |
| | N | walk-in Survey, one distant three-note, male, with echo; possible survey 4 minut |
| YEB-2 | N | SURV+WALK-IN; 4 three-notes, faint develops into closer four-notes and WHIS a |
| | Yes (map) | Two three-notes female |
| | N (map) | SURV1+TONE+COREWALK |
| | N | SURV1+walk-in |
| | N | sounds like a SURV1, distant single 3 three-notes |
| YEB-3 | N | NONE |
| YEB-4 | Maybe (map) | SURV1 Very faint four 3 three-notes, WHIS SLIDE 3/11 at 09:57 (TOPO ANALYSIS) |
| | N | SURV1 multiple faint 3/4-notes CALLS, MALE, one four note was spaced out susp |
| YEC-1 | YES | 4 three-note male, faint |
| | N | SURV1 4 three-notes with  one WHIS; sounds like a recording look at Kaliedoscop |
| | YES (map) | 4 three-notes (female, Liz confirm) (needs topographical analysis 1803-07 to YEC |
| | Y? | distant four-note?, male |
| YEC-2 | YES | five four-note distant, male |
| YEC-3 | N | NONE, STVA, STVA_IRREG, INSP |
| YEC-4 | N | VERY AUDIBLE SURV1, four-notes, three-notes, series, WHIS, plust TONE |
| | N | SURV1 four three-notes |

| UYC-1 | N | SURV1 4 three-notes with WHIS's |
|---|---|---|
| UYC-1 | N (map) | SURV1 4 three-notes very faint almost lost two middle notes |
| UYC-1 | | |
| UYC-1 | N | three-notes plus WHIS |
| UYC-1 | N | two-middle notes only (Liz review; need more vocalizations, dog? Looks like a CC |
| UYC-1 | Yes | three 3-note female, followed by a single three-note male |
| UYC-1 | Yes | three-note male |
| UYC-2 | N | SURV1 |
| UYC-3 | N (map) | SURV1 Wise/Whitt 3/16 survey start 1850-2127, AND Keller at sta 1992-07 walk |
| UYC-3 | N | SURV1 |
| UYC-3 | Yes (map) | SURV1 distant female 4 three-notes; male 4 note at 21:01 |
| UYC-3 | N | SURV1 4 three-notes, with WHIS, BARKs, slide 1/6 three-notes, WHIS, BARKs, slid |
| UYC-3 | N | SURV1, distant three-notes |
| UYC-3 | N | SURV1, distant 3-notes |
| UYC-3 | N | SURV1 Female 4 three-note |
| UYC-3 | | |
| UYC-4 | N | SURV1 cadence of notes sounds like a surveyor |
| YET-1 | N | SURV 4x three-notes |
| | N | SURV (male and female 3/4 note hoots) |
| | Y | STOC faint first note and audible two-middle notes, distant overall |
| YET-2 | N (map) | DOE SURV, four distant three-note calls, male |
| | N (map) | |
| | N (map) | 5 three and four-note calls, distant with echo |
| | N | indistinct hoot--Liz review |
| YET-3 | N | SURV1 |
| | N | SURV1 |
| | | indistinct hoot--Liz review |
| | N | SURV |
| | | strange mammal_hoot? |

| Date and time of detection | Miles from ARU to sta. | Surveys performed that date, survey | Start and end surve |
|---|---|---|---|
| ent | | | |
| 3/15 2000,2100 | | Doe Creek C. Bright 3/15 at 2000 TONE, 2100 TONE SURV1 recordings c | |
| 3/16 1800,1900,1936,2036 | 0.5 miles | Yellow Butte Bright partial corewalk | 1807-2018 |
| 5/24 2100 | 1.36 mi from DOE5 to 1992-07 Yellov | Yellow Butte sta 1992-07 survey time 2041-20! | 2051-2109 |
| 5/24 at 2200 | 1.43 DOE-5 to 1924-14 UYC | Upper yellow Creek | 2202-2212 |
| 5/24 at 2300 | 1.57 mi DOE-5 to 1924-03 | Upper yellow Creek | 2259-2309 |
| 3/15, 3/16 at 1800 | | SURV1 3/15/22 AT 2029 WITH TONE; ARU tracking sheet states "Battery | |
| 5/24 at 0000 (survey 5/23 past midnight) | | possibly 5/24 Upper Yellow Creek sta 1924-10 | 2353-0003 |
| 3/16 1800 | | Yellow Butte Bright partial corewalk | |
| 5/24 at 2000 | | Yellow Butte 5/24 | 2020-2109 |
| 5/25 at 2300 | | Yellow Butte 5/25 (data follows) | 2247-2300 |
| 4/27 at 2000 | 1.06 mi to coordinates; YEB1 to 1992 | Yellow Butte 4/27 | 1900-2000 walk-in to sta |
| 4/27 at 2100 | 0.74 mi | Yellow Butte 4/27 | 2050-2100 |
| 4/27 at 2300 | 0.54mi | Yellow Butte 4/27 | 2257-2307 |
| 4/28 at 0000 (4/27 survey past midnight | 0.39 mi | Yellow Butte 4/27 | 2357-0007 |
| 4/28 at 2000 (slide 8/11) | 0.19mi | Yellow Butte 4/28 | 2021-2100 |
| 4/28 at 2100 (slide 3/11) | 0.19mi | Yellow Butte 4/28 | 2021-2100 |
| 6/22 at 2300 | | 6/22 at 2300, Doe Creek sta 1804-13 2302-231 | 2302-2312 |
| 7/12 2200 (slide 10/11 at 22:56) | 1.50mi | Marsh Trib | 2252-2302 |
| 7/13 2300 (slide 9/11) | YEB2 to Yellow Butte 1992-09 at 0.0 | Yellow Butte | 2259-2309 |
| 7/14 at 0000 (survey 7/13 past midnight | 0.08miles | (see Yellow Butte) Upper Yellow Creek | 2346-0028 |
| 7/14 at 0100 (survey 7/13 past midnight | .41 mi from YEB2 to Yellow Butte sta | Yellow Butte 7/13 | 0039-0049 |
| NA | | | |
| 7/01 at 0000 slide 2/11 00:10 (see 6/30 | 1.29 miles 1916-07 to YEB4 OR 1.30 | See Yellow Trib 1.30 miles 4659-02 0007-0017, Balckberry Canyon 1916 | |
| 7/06 2100 | 0.36 from YEB4 to Rice Flat 1987-07 | RICE FLAT survey 7/06 C. Bright; North Martin, | 2100-2111 |
| 4/06 at 2300, 09:51 slide 2/11 | | | |
| 4/14 at 2200 | 0.86 miles from Yec1 to  0391-02 sur | Yellow Creek 4/14 | 2147-2158, 2202-2213 |
| 7/07 at 0000 (look at 7/6 for surveys) 0C | 2.65 from Yec-1 to 2051-03 (Brush H | Upper Martin Creek 1803-07, 0005-0015, 1.35 | (see upper martin) 2347 |
| 7/13 at 2100 30:29 slide 3/6 | 1.09 mi Yec-1 to 1804-03 | Doe Creek, Wise | 2054-2104 |
| 4/05 at 20:17 | | None | |
| NA | | None | |
| 7/14 at 0000 (7/13 survey midnight) | | Yellow Butte (measure distance) | 2352-0002 |
| 7/14 at 0100 (7/13 survey midnight) | .76 mi YEC4 to 1924-10 | Doe Creek 7/13 sta 1924-10 0055-0105 | 0055-0105 |

*211*

| | | | |
|---|---|---|---|
| 6/24 at 0000 (6/23 midnight survey) | .2 miles | Upper Yellow Creek | 2357-0007 |
| 6/23 at 2300  (slide 1/11) | 0.60 miles from UYC1 to 1924-10 | UPPER YELLOW CREEK, WHITT | 2300-2310 |
| | | YELLOW CREEK, WISE/WHITT | 2256-2306 |
| 6/23 at 2100 | 1.08 UCY1 to 1924-12 | UPPER YELLOW CREEK, WISE | 2100-2110 |
| 3/26 at 1900 | | X | |
| 3/16 at 2100 (21:01 slide 1/11) | 2.76 miles | YELLOW BUTTE, WISE/WHITT | 2052-2102 |
| 3/16 at 2000 (20:56  slide 10/11) | | YELLOW BUTTE, WISE/WHITT | 2052-2102 |
| 3/16 at 2000 | 2.9 miles | YELLOW BUTTE, WISE/WHITT | 1959-2012 |
| 3/16 at 1900 (slide 2/6 19:21) | UYC3 to 1992-06 1.36mi; UYC3 to 19 | Yellow Butte, Keller walk-in | 1730-1930 |
| 3/16 at 2000 | | YELLOW BUTTE, WISE/WHITT | 1959-2012 |
| 3/16 at 2100 (M slide 1/6); 2133 (slide 3 | 2.40mi UYC3 to 1992-01; 2.47 mi UY | YELLOW BUTTE, WISE/WHITT | 2052-2102 |
| 3/16 at 2200 | 1.3 miles in-line across drainage | Upper Yellow Creek | 2156-2206 |
| 6/23 at 2100 | 1.0 miles in-line across drainage | UPPER YELLOW, WISE | 2100-2110 |
| 6/23 at 2200 | 0.9 miles | DOE CREEK, WISE | 2158-2208 |
| 6/23 at 2300 | 0.6 miles | UPPER YELLOW CREEK, WHITT | 2300-2310 |
| | 1.5 miles in-line across drainage | YELLOW CREEK, WISE/WHITT | 2256-2306 |
| 3/16 at 1900 | 1.7 and 1.8 miles | YELLOW BUTTE, WISE/WHITT | 1850-2028 |

| | | | |
|---|---|---|---|
| 7/14 (see 7/13 survey) at 0100 (slide 9/11 01:52) | | | |
| 7/14 (see 7/13 survey) at 0200 (slide 3/11 02:14 TONE) | | | |
| 7/28 (see 7/27 survey) at 02:14 | | | |
| 8/2 at 23:59 slide 11/11 | 2.09 mi | Doe Creek 8/2 | 2354-0004 |
| 8/3 (see survey 8/2) at 00:56 | 2.29 mi | Doe Creek 8/3 | 0053-0103 |
| 8/3 (see survey 8/2) at 02:00.08 | 1.89 mi | Upper Yellow Creek 8/2 or DOE creek 1804-03 | 0140-0240 |
| 8/3 2300 | | | |
| 3/9 at 1800 (slide 10/11 18:52) | YELLOW TRIB survey WISE 4659-09 ( | Yellow Trib survey (multiple surveys this night | 1852-1902 |
| 3/9 at 1900 (slide 1/11 19:00.31) | 0.16 mi | | 1852-1902 |
| 3/10 at 0400 | | | |
| 3/16 at 1800 | | | |
| 3/20 at 1700 | | | |
| 4/17 at 1900 | | | |

## Station number

ontain WHIS, BARK and TON

on way to 1992-06

1992-07

1924-14

1924-03

y, SD card maintenance" on

sta 0803-04

walk-in to 1992-07

1992-02

1992-11"??" record quoted

1992-04

1992-01

1992-10

1992-07

1992-07

1804-13

4682-04

1804-07

1992-09

1992-02

-07 0005-0015

1987-08

0391-01, 0391-03

9069-05,9069-08

1804-12

1992-09

1924-10

1924-06
1924-10
0391-02
1924-12

1992-01
1992-01
1992-10
1992-07
1992-10
1992-01
1804-02
1924-12
1804-?
1924-10
0391-02
1992-09, 1992-10

1804-11
1804-02
1924-12 (walk-in)

4659-09
4659-09

| Site-Station | Hexagon ID | Validator | QC (Y/N) | STOC presence |
|---|---|---|---|---|
| **Blue & Gold** | | | | |
| DOC-3 | | | | NO |
| DOC-5 | | | | NO |
| DOC-6 | | | | NO |
| DOC-7 | | | | NO |
| DOC-8 | | | | NO |
| YEB-1 | | | | unk |
| YEB-2 | | | | unk |
| YEB-3 | | | | NONE |
| YEB-4 | | | | unk |
| UYC-1 | | | | NO |
| UYC-2 | | | | NO |
| UYC-3 | | | | NO |
| UYC-4 | | | | NO |
| YEC-1 | | | | NO |
| YEC-2 | | LKC | | maybe |
| YEC-3 | | | | None |
| YEC-4 | | | | No |
| LYC-1 | | | | |
| LYC-2 | | | | |

| STOC notes/vocalizations detected | Date, location and surveyor initials of local call-back surveys |
|---|---|
| 3/15 at 2000 TONE, 2100 TONE SURV1 recordings contain WHIS, BARK and TONE only | 3/15 at 2000 TONE, 2100 TONE SURV |
| 3/16 ER SURVEY 1800, 1900 (two-middle notes heard, probably ER), 1936, 2036, Doe Creek data card ER 3/16 notes a contact call at 2206 (none of his ho | |
| SURV1 3/15/22 at 2029 TONE, 3/16 1800; SURV1_ER | None |
| SURV1 3/15/22 AT 2029 WITH TONE, 3/16 AT 1800 SURV1+ER; 5/24 at 0000 three very indistinct four-note calls, Up | None |
| SURV1 3/16/22 AT 1800 WITH NO TONE; SURV1? 5/24 AT 2000 (NO SURVEYS); 5/25 STOC AT 2300, Yellow Butte 1992-02 2247-2300, with STVA (STVA als | |
| 4/27 AT 2000, 2100, 2300, CALL BACK SURVEY  YEB 1992-?? (466758, 4819991), 1992-04, 01; 4/28 AT 0000, 2000, STOC? 2100 | |
| SURV1 +STOC? +COREWALKS, LOTS OF DISTANCE ON ARU | |
| NONE | |
| SURV1? 7/01, 0000;  SURV1 7/06 AT 2100 | |
| SURV1 6/24 AT 0000, 6/23 AT 2300, 2100; 3/16 at 2100, 2000 | |
| 3/16 SURV1 AT 2000, PLUS ER_SURVEY | |
| 3/16 SURV1 at 1900, 2000, 21000, 2200; SURV1 6/23 2200, 2300 | |
| 3/16 SURV1+ER AT 1900 | |
| 4/06 survy1 2300 | |
| 2 series, 2 three/four-notes, 4/05 at 2000 | whipple haven, brads trib |
| None | |
| 4 three/four-note calls 7/14 at 0100; closest survey C.Bright Martin Trib?? 7/14 sta 3904-03 2309-0009; other locationsEAgles View Little Wolf Trib, Maup | |

| Juvenile notes | STVA vocalization dates | Presence of BRMA, CALU, raptors |
|---|---|---|

/1 recordings contain WHIS, BARK and TONE only; possible survey areas are
oting is heard by ARU, but ER DETECTs a female in the area that he was una

o heard on ARU)

NOGO? 4/27 AT 060

STVA_IRREG and INSP calls found in STOC folder
oin Road surveys on 7/14

| Site-Station | Hexagon ID | Validator | QC (Y/N) | STOC presence |
|---|---|---|---|---|
| **Blue & Gold** | | | | |
| DOC-3 | 18828 | LKC | Y | NO |
| DOC-5 | 18828 | LKC | Y | NO |
| DOC-6 | 18288 | LKC | Y | NO |
| DOC-7 | 18288 | LKC | Y | YES |
| YEB-1 | 18733 | LKC | | NO |
| YEB-2 | 18733 | LKC | | NO |
| YEB-3 | 18733 | LKC | | NO |
| YEB-4 | 18733 | LKC | | **YES** |
| UYC-1 | 18829 | LKC | | NO |
| UYC-2 | 18829 | LKC | | NO |
| UYC-3 | 18829 | LKC | | **YES** |
| UYC-4 | 18829 | LKC | | NO |
| YEC-1 | 18732 | LKC | | survey with no tone |
| YEC-2 | 18732 | LKC | | NO |

| YEC-3 | 18732 | LKC | YES |
|-------|-------|-----|-----|
| YEC-4 | 18732 | LKC | NO |
| LYC-1 | 18637 | LKC | NO |
| LYC-2 | 18637 | LKC | NO |
| LYC-3 | 18637 | LKC | NO |
| LYC-4 | 18637 | LKC | NO |

| STOC notes or additional vocalizations (juveniles) detected |
|---|
| SURV1, ER voice6/15 at 2202; 7/24 three three-notes |
| SURV1 |
| SURV1 |
| STOC AND SURV1 |
| no clear SURV1 heard; STVA & STVA_IRREG |
| SURV1, HW in Yellow Butte deploying ARU, SURV1+ER |
| SURV1 |
| 5/10 STOC one 4-note; 5/22 a female STOC at 2239, two three-note v |
| SURV1? Distances do not match up, difficult to hear ticking malfunctio |
| SURV1 |
| 6/15 male 4-note 9 vocalizations, 6/22 SURV1 in UYC 1924-01 |
| INDISTINCT |
| SURV1; this night is FULL of survey recordings |
| SURV1 |

| |
|---|
| STOC 4 sets of 3-note |
| None |
| None |
| SURV1 |
| SURV1 |
| SURV1 |

| Date, station, surveyor initials and time of local call-back surveys |
|---|
| 6/15 (Yellow Butte, ER deploying, set of 3 four note calls); 7/24 (Yellow Creek, CB, MW at 2144 station 1992-04 (0.28mi)) |
| 5/3 (Bear Creek, Upper Yellow Creek 2017, 2117), 6/15 (yellow butte, 2155, 2255) |
| 5/3 (Upper Yellow Creek (1924-10? 2213-2223), Bear Creek ((recording error? In between surveys)), 2217),  6/15 ER core walk calls 2 four-notes at 1956 (deploying at Yellow Butte ARU sta?) |
| 5/3 (Bear Creek/Brush Headwaters/Doe Creek, 1922, 2022, 2122), 6/14 adult STOC and juv_strix (NO SURVEYS AT 2056) ALL ARE LATER: Y. Butte 2136, Upper Little Canyon 0009, Yellow Trib 2240, McGee 2239, 6/15 (yellow butte, 1956); NOT Little Upper Canyon survey starts at 2308 in area and survey stations starts at 0009 |
| 5/17 Snail Canyon SURV1 (STVA_INSP possible response); STVA 5/20 |
| 5/3 YEB corewalk HW 1917 female 3-notes with whistles, 2017, 2117, 5/04 2218; 5/4 Rice Flat 1987-02 2212-2222 ER |
| 5/3 Upper Yellow creek survey by MW at 1924-10 survey began at 2213; 5/4 Yellow Butte MW at 2018 station 1992-07; Gallagher Ridge 9107-06 CB 2115 2125; Rice Flat 1987-02 ER 2212-2222; Upper Yellow Creek MW surveying at 2118 at station 1924-02 |
| STOC (faint MALE 1x 4note) 5/10 @ 0355; checked North Martin II survey but it ended at 0218; 5/22 ARU picks up call (??) at 2239 (adjustment 23hr 32min; NOT Upper Yellow Creek 5/22 CB, HM SURV 2403-2413 at sta. 1924-12 (miles?); NOT Yellow Trib 5/22 survey time starts at 2330-2340 sta 1987-01(0.4mi, no time overlap); TOO FAR 5/22 Snail Canyon MW surveys station 9069-10 at 2236-2246 (2.6 miles) **(total nights of detections=2); STVA_IRREG PAIR CALLS, POOR WHIS-LIKE CALLS, 5/5, 5/7, 5/13-14,5/19,5/20,5/22** |
| 6/15 YEB sta 1992-01, 1804-14 survey time 2156-2206 (-14 "too windy to survey did not use tone") |
| 6/14 Yellow Trib survey sta. 4659-02 survey by ER at 2259-2309 |
| see if ER was deploying in DOE CREEK) 6/15 Yellow Butte survey by CB at station 1992-01 (2.4mi) starting at 2156-2206, ARU picks up calls at 2200 and 2300 (STOC male), in between CB's sta's 1992-02 (2.6mi) and -05 (2.5mi), CB stopped survey "too windy"; 6/22 Snail Canyon MW at sta. 1980-11 (4.2mi) survey time 2303-2313, error in scanning cards for 6/22 and SURV1 was UYC. ARU detects calls as 2300 has an echo; **(total nights of detections=1)** |
| 6/27 4-note at 2200, very distant, no surveys in this area on this date |
| 6/29 Yellow Martin surveyed sta. 4055-01 (1.0mi, ridgetop) by MW at 2149-2159 full survey+TONE; 7/27 Bear Creek JM/HM 1972-06 (0.63mi)survey starts 2246-2256, ARU detects owls calls at 2242; 8/2 Yellow Creek ARU detects at 2235, surveyor starts at 2236-2246 B. Gill sta. 0391-08 plus full survey+TONE (1.02mi ridgetop); 8/10 Yellow Creek surveyed by HM at sta. 0391-04 (1.14mi, ridgetop to ridgetop) start survey at 2025; Upper Yellow Creek 1924-12 start time 2026 CB&McKinley; Snail Canyon at sta 1980-04 start time 2023; female 3-three-note calls, some of survey+NO TONE, ARU picked up calls at 2025 |
| 7/27 Bear Creek ARU picks up call at 2242, surveyor JM/HM broadcasts call at 2246 sta 1972-06; 8/2 Yellow Creek sta 0391-02 surveyed by B. Gill starts calling at 2037-2047, ARU picks up calls at 2035 |

| |
|---|
| 7/27 ARU detects 4 sets of three-notes 2242 and WHIS at SPEC 8:47; 7/27 Bear Creek surveyors JM/HM survey sta 1972-06 2246-2256 (0.6MI; need TOPOGRAPHY ANALYSIS); 8/03 Yellow Creek one three-note call on ARU 2134; Snail Canyon surveyor JM at sta. 1980-13 2133-2143 (TOO FAR, 3.8MI); Blackberry Canyon B Gill sta1916-08 survey time 2134-2144 (too far 4.97mi); and STVA present at 2134 **(Total nights of detections = 2)** |
| None |
| None |
| 7/27 Marvin Gardens survey starts at 2041 two three-notes (time approx. 1942, daylight savings?); 8/10 Upper Yellow Creek HM sta1972-12 2124-2134 survey, three 3-notes recorded on ARU at 2125 |
| 8/2 Yellow Creek B. Gill at sta. 0391-01 at 2134-2144; 8/10 Yellow Creek HM at sta 1972-12 at 2124-2134, ARU records at 2125 |
| 8/2 Yellow Creek ARU2035, surveyor B. Gill at sta 0391-02 starts at 2037-2047; 8/10 Yellow Creek surveyor B. Gill at sta 0391-04 starts at 2023-2035 , ARU2025 |

| Juvenile Notes | STVA vocalization dates |
|---|---|
|  | 7/12 heavy vocalizations and July, intermittent other dates |
|  | 05/03-06/18, consistent presence |
| 6/1 AT 2147 BEG with distant INSP | 5/4-6/12 STVA & INSP; 5/6 AT 0500 adult STRIX_IRREG+WHIS caterwauling and w |
| 6/14 2056 BEG detected during call-box survey with overlapping STOC calls, juvenile possibly responding to adult strix | 5/03-6/14 STVA; 5/3-6/7 STVA_IRREG |
|  | 5/5-6-14 STVA presence consistent |
|  | 7/27, 08/03 |
| None | 5/4-6/18 STVA, 5/17 STVA_WHIS male and female dueting, a flat "WHIS" call duri |
| 5/24 Begging (BEG) overlap with STVA male series and female location calls | 5/5-6/19 STVA; STVA_WHIS middle to end of May |
|  | 6/14,15,16,17,29; 07/09,12,24 |
|  | 6/16 heavy vocalizations |
|  | 7/24 busy; plus more… |
|  | 7/24, 13 heavy vocalizations plus more |
|  | 6/29; 7/05,12,16,24,27; 8/02,8/08 |
|  | 7/2,8,12,20,24,27; 8/2,3,8 |

| | |
|---|---|
| | 6/29,7/07,12,24,27; 8/02,03 |
| | 07/24/23 |
| | 7/20-8/20 |
| STRIX_JUV 8/16,19 suspect barred, vocalizations are transitioning from BEG into barred owl locations calls | 7/20-8/30 STVA |
| 7/21 (2248)-7/22 BEG two offspring no adult STVA recordings in this segment although they were present earlier at 2048 7/21 using the 8-note call | STVA 7/20-8/25 |
| | 7/20-8/30 fewer days of presence |

| Presence of BRMA, CALU, raptors | False-positives verfified (actual sp.) | Other owl species detected |
|---|---|---|
| None | | MEKE, GLGN, STVA |
| None | | BUVI, GLGN, MEKE, STVA |
| None | | BUVI, GLGN, MEKE, STVA |
| None | | AEAC, GLGN, STVA |
| None | | GLGN, MEKE?, STVA |
| None | | AEAC, BUVI, GLGN, MEKE, STVA |
| None | ORPI (COBR) | AEAC, GLGN, STVA |
| BUJA (6/11) | WHIS (STVA_WHIS) | AEAC, BUVI, GLGN, MEKE, STVA |
| None | | BUVI, GLGN, MEKE, STVA |
| None | | BUVI, GLGN, MEKE, STVA |
| None | | MEKE, GLGN, STVA |
| None | | GLGN, STVA |
| CYST_BUJA | | BUVI, MEKE, STVA |
| NONE | OCPR (BUVI_IRREG) | BUVI, GLGN, MEKE, STVA |

| | | |
|---|---|---|
| None | | BUVI, GLGN, MEKE, STVA |
| None | | AEAC, BUVI, GLGN, MEKE |
| None | DOG, DRPU, FROG AND PHNU (INSECT), BUVI (COW), STOC (ST | BUVI, GLGN, MEKE, STVA |
| None | DOG, DRPU, FROG AND PHNU (INSECT), BUVI (COW), STOC (ST | BUVI, GLGN, STVA |
| Raptor | BUVI, FROG, PHNU (INSECT) | AEAC, BUVI, GLGN, MEKE, STVA |
| None | SURV1 (ORPI), BUVI (INSECT) | AEAC, BUVI, GLGN, MEKE, STVA |

| Notes | Additional folders visually scanned | Uploaded to H: drive (Y/N) |
|---|---|---|
| HYPI | | Y |
| BUVI 5/7, GLGN 5/4-6/9; MEKE 5/3-5/16; HYPI | | Y |
| stopped dating other owl sps | GLGN, PECA | Y |
| GLGN 5/04-6/14, AEAC 5/03-5/08 | CALU | Y |
| AEAC 5/04-5/08, GLGN 5/06-6/04 | STVA_IRREG | Y |
| AEAC 5/05-5/14, BUVI 6/13, GLGN 5/04-6/07 | PECA | Y |
| | FROG, ORPI, | Y |
| | BUVI, INSP, STVA, STVA_IRREG | Y |
| pileated present, BUVI 6/15-7/14, GLGN 6/20-7 | INSP, PECA | Y |
| BUVI present only 6/15 | PECA | Y |
| PECA_BUJA(BUJA immitation) | PECA | Y |
| | | Y |
| | BUVI, INSP, PECA | Y |
| | | Y |

| | PECA | Y |
|---|---|---|
| | | Y |
| distant, echoy STVA in STOC folder | DOG, INSP, PHNU | Y |
| Bobcat? in CALU 8/22; STRIX_JUV in DOG | and NOISE from nearby trucks in STO | Y |
| Coopers hawk in CALU 7/30 | INSP | Y |
| STRIX_JV in WHIS folder | | Y |

| Misc | | | | |
|------|--|-----|--|----|
| NOM | | LKC | | NO |
| BEC | | LKC | | NO |

| SURV1 |
| --- |
| NONE |

Myrtle view? Yellow Martin? Umpqua Overlook? Marvin Gardens? 7/27; Flagler Creek? Martins Trib? Rice Flat? Rockadile Overlook? 7/31; North Martin? Maupin Road? Gallagher Canyon? Eagles View? Big Tom? 8/09

NONE

| | Very little STVA presence 7/25-8/06 |
| --- | --- |
| | 07/24-8/8 very little stva vocalizations |

| None | FLY (INSECT) | BUVI, GLGN, STVA |
|------|-------------|------------------|
| None | | BUVI, GLGN, STVA |

|  |  | Y |
|---|---|---|
|  |  | Y |

## Area anc non-survey Unique script

**daylight savings time (add an hour) takes place 12 March 2023 and IS NOT accounted for on the SM4's

| | | |
|---|---|---|
| DOC-6 | | |
| DOC-7 | N | three very indistinct four-note calls, male |
| DOC-8 | Y | STOC? four three-notes, female |
| | N | SURV1 |
| YEB-1 | Y | SSS-2 juvenile Am. Goshawk, no survey at 2000, one three-note STOC |
| | N | slide 8/11, brief series to a three-note |
| | N | slide 5&6/11 7x three-notes male, plus 4x three-notes female |
| | N | STOC? 4 three-notes female; STRANGE call with slight variation (Liz review) |
| | Y | STOC? 4 three-notes female |
| | Y | STOC one distant three-note, male, with echo; possible survey 4 miuntes earlier than |
| YEB-2 | N | SURV+COREWALK; 2 four-notes faint develops into closer four-notes and WHIS, Wise |
| | Y | SURV1? Two three-notes |
| | N | SURV1+TONE+COREWALK |
| | N | SURV1+walk-in station? |
| | | SURV1 3 three-notes |
| YEB-3 | | NONE |
| YEB-4 | | SURV1? Very faint 3 three-notes |
| | | multiple faint 3/4-notes with WHIS |
| UYC-1 | | 4 three-notes with WHIS's |
| | | 4 three-notes faint |
| | | three-notes plus WHIS |
| | | two-middle notes only |
| | | three-note |
| | | three-note |
| UYC-2 | | SURV1+ER |
| UYC-3 | | SURV1+ER |
| | | SURV1, distant three-notes |
| | | SURV1, distant 3-notes |
| | | Female 4 three-note |
| UYC-4 | | SURV1+ER |
| YEC-1 | | 3 three-note, faint |
| | | SURV1? 4 three-notes with  one WHIS |
| | | 4 three-notes |
| | | distant four-note |
| YEC-2 | | five four-note distant, male |
| YEC-3 | | NONE, STVA, STVA_IRREG, INSP |
| YEC-4 | | VERY AUDIBLE SURV1, four-notes, three-notes, series, WHIS, plust TONE |
| | | four three-notes |
| YEB-4 | | SURV1? Very faint 3 three-notes |
| | | multiple faint 3/4-notes with WHIS |
| | | |
| | | |
| UYC-1 | | 4 three-notes with WHIS's |
| | | 4 three-notes faint |

| | | |
|---|---|---|
| | three-notes plus WHIS | |
| | two-middle notes only (Liz review) | |
| | three-note | |
| | | |
| | three-note | |
| UYC-2 | SURV1+ER | |
| | | |
| UYC-3 | SURV1+ER | |
| | SURV1, distant three-notes | |
| | SURV1, distant 3-notes | |
| | Female 4 three-note | |
| | | |
| UYC-4 | SURV1+ER | |

| Date and time | Tone | Daylight savings time | NOT these SURVEYS |
|---|---|---|---|
| 5/24 at 0000 | Y | | |
| 5/24 at 2000 | N | ARU starts recording 3/1 at 1800, sunset 170 | NOT Upper Yellow Creek 5/24 star |
| 5/25 at 2300 | N | | |
| 4/27 at 2000 | N | ARU starts recording 4/7 at 1900, schedule, s | NOT Marsh Trib 1620-1800, NOT N |
| 4/27 at 2100 | N | | |
| 4/27 at 2300 | N | | |
| 4/28 at 0000 (4/2 | N | | NOT Upper Yellow Creek, Wise, 21 |
| 4/28 at 2000 | | | |
| 4/28 at 2100 | | | |
| 6/22 at 2300 | N | ARU starts recording 4/05 at 1900, schedule 1900-0600 | |
| 7/12 at 2200 | | | Not Marsh Trib 2216-0021 |
| 7/13 at 2300 | Y | | |
| 7/14 at 0000 | | | NOT Martins Trib 7/14, C. Bright st |
| 7/14 at 0100 | | | |
| NA | | ARU starts recording 4/05 at 1900, schedule 1900-0600 | |
| 7/01 at 0000 | | ARU starts recording 4/26 at 1900, schedule 1900-0600 | |
| 7/06 at 2100 | | | |
| 6/24 at 0000 | N | ARU starts recording at 3/10 0000, schedule 1700-0700; sun sets 3/01 at 1707 | |
| 6/23 at 2300 | | | |
| 6/23 at 2100 | | | |
| 3/26 at 1900 | | | |
| 3/16 at 2100 | | | |
| 3/16 at 2000 | | | |
| 3/16 at2000 | | ARU starts recording at 3/10 0000, schedule 1700-0700; sun sets 3/01 at 1707 | |
| 3/16 at 1900 | | ARU starts recording at 3/14 1800, schedule 1800-0700; sun sets 3/01 at 1707 | |
| 6/23 at 2100 | | | |
| 6/23 at 2200 | | | |
| 6/23 at 2300 | | | |
| 3/16 at 1900 | | ARU starts recording at 3/10 at 1721, schedule is 1700-0700, sun sets 3/01 at 17 | |
| 4/06 at 2300 | | ARU starts recording 3/29 at 1800, schedule ( | Not N. Martin corewalk 1500-1730 |
| 4/14 at 2200 | | | |
| 7/07 at 0000 | | | Not Bear Creek 2238-2318, Whitt; |
| 7/13 at 2100 | | | |
| 4/05 at 2022 | | ARU starts recording 3/23 at 1845, schedule ( | NOT Whipples Haven 1640-1808, N |
| NA | | ARU starts recording 3/23 at 1800, schedule 0700-1800 | |
| 7/14 at 0000 | | ARU starts recording 3/23 at 1800, schedule 0700-1800 | |
| 7/14 at 0100 | | | NOT Eagle View 2030-2234 |
| 7/01 at 0000 | | | |
| 7/06 at 2100 | | | |
| | | | |
| 6/24 at 0000 | N | | |
| 6/23 at 2300 | | | |

6/23 at 2100
3/26 at 1900
3/16 at 2100

3/16 at 2000

3/16 at 2000

3/16 at 1900
6/23 at 2100
6/23 at 2200
6/23 at 2300

3/16 at 1900

| Surveys performed that date, surveyor | Start and end survey time |
|---|---|
| SURV1 3/15/22 AT 2029 WITH TONE, 3/16 AT 1800 SURV1+ER; possibly 5/24 Upp | 2353-0003 |
| NONE | |
| Yellow Butte 5/25 (data follows) | 2247-2300 |
| Yellow Butte 4/27 | 1900-2000 walk-in to station |
| Yellow Butte 4/27 | 2050-2100 |
| Yellow Butte 4/27 | 2257-2307 |
| Yellow Butte 4/27 | 2357-0007 |
| NONE | |
| Gallagher Canyon A 4/28, Whitt | 2104-2114 |
| Yellow Creek 6/22 at 2300, Bright 1945-0102 with walk-in | 2256-2306 |
| | |
| Doe Creek | 2259-2309 |
| a. 3904-03 2359-0009 | |
| Martin's Trib | 0110-0120 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| '07 | |
| ); Rookery corewalk 1211-1330 | |
| Yellow Creek 4/14 | 2147-2158, 2202-2213 |
| Snail Canyon; Brush Head Waters 7/7 0008-0018 (later than ARU), sta 2051-03 | 2347-2357, 0001-0011 |
| Doe Creek | 2054-2104 |
| NOT Western Cougar 1050-1422, (dayhike), Brads Trib 1838-2016 | |
| | |
| Martins Trib 7/14, C. Bright | 2359-0009 |
| possible Martins Trib 7/14, time recorded incorrectly??? | 0110-0120??? Later than ARU |
| X | |
| NORTH MARTIN, J. WHITT | 2057-2107 |
| NORTH SADDLE, VACA | 2058-2108 |
| RICE FLAT, C. BRIGHT | 2100-2111 |
| X | |
| UPPER YELLOW CREEK, WHITT | 2300-2310 |

| | |
|---|---|
| YELLOW CREEK, WISE/WHITT | 2256-2306 |
| UPPER YELLOW, WISE | 2100-2110 |
| X | |
| UPPER COUGAR CREEK, VACA | 2055-2105 |
| YELLOW BUTTE, WISE/WHITT | 2052-2102 |
| RIVERVIEW, VACA | 1956-2006 |
| YELLOW BUTTE, WISE/WHITT | 1959-2012 |
| RIVERVIEW, VACA | 1956-2006 |
| YELLOW BUTTE, WISE/WHITT | 1959-2012 |
| X | |
| UPPER YELLOW, WISE | 2100-2110 |
| DOE CREEK, WISE | 2158-2208 |
| UPPER YELLOW CREEK, WHITT | 2300-2310 |
| YELLOW CREEK, WISE/WHITT | 2256-2306 |
| X | |

| Station number | X | Y | Column1 |
|---|---|---|---|
| sta 0803-04 | | | |
| | | | |
| 1992-02 | | | |
| 1992-"??" record que | 466758 | 4819991 | |
| 1992-04 | | | |
| 1992-01 | | | |
| 1992-10 | | | |
| | | | |
| GC-06 | | | |
| 0391-02 | | | |
| | | | |
| 1804-07 | | | |
| | | | |
| 3904-06 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 0391-01, 0391-03 | | | |
| 9069-05,9069-08 | | | |
| 1804-12 | | | |
| | | | |
| | | | |
| 3904-03 | | | |
| 3904-06 | | | |
| | | | |
| 4661-08 | | | |
| 0240-07 | | | |
| 1987-08 | | | |
| | | | |
| 1924-10 | | | |

0391-02
1924-12

1805-05
1992-01
0281-07
1992-10
0281-07
1992-10

1924-12
1804-?           46590,              4819481
1924-10
0391-02

| Rookery | | | | | | |
|---|---|---|---|---|---|---|
| Activity Center 0392 tree | LKC | | A | SM mini #8 (SMA05328) | | |
| Ridge west | | | | | | |
| Downslope east | | | | | | |
| **Lower Tom Folley** | | | | | | |
| LTF-O1 | LKC | 06/10/24 | LTF-O1 | SM mini #3 (SMA04809) | 458216 | 4836964 |
| LTF-O2 | LKC | 08/06/24 | LTF-O2 | SM mini #8 (SMA05328) | 458592 | 4837106 |

| | MM | | | LKC | | | |
| | 01 E | | | LKC | | | |
| | R | | | LKC | | | |
| | | | | | | | |
| | NN | th of Original Activity ce | | LKC | 10/1/24 | | |
| | WW | ¿ valley of main road ster | | lkc | 10/1/24 | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |

Yellow Creek ARU recordings of call-back surveys

---

Yellow Creek 1          07/27/2023          2242

STOC detection start offset 228, 1/11 slides

Call sequence:     Male 5 four-notes + 1 four-note

Female 2xthree-notes, 1xfour-note, 1xthree note

+ 5 WHIS, 5 BARKS immediately followed by male 2xfour-notes with possible car noise (to indicate surveyor)

Slide 6: 3xfour notes male

4xthree-notes female

4xthree-notes female

Yellow Creek 2          07/27/2023          2242     offset____, _____slides

STOC detection

Call sequence:     2 three-notes, 1xfour-note, 1xthree note

5 WHIS, 5 BARKS

Car noise

Yellow Creek 3          07/27/2023          2242     offset 408, 2/11 slides

STOC detection

Call sequence:     4xthree-notes (faint) plus indistinct calls

1 WHIS (VERY faint)

| Area and ARU number | non-survey vocalization (Y, | Vocalization Script |
|---|---|---|
| DOC-7 | Y | slide 8/11 at 41:14 2 four-notes plus two series plus |
| YEB-4 | Y | four-note, distant with echo |
| | Y | four distant three-notes, male <span style="color:red">(liz review)</span> |
| UYC-3 | Y(map) | 4x four-note faint, 2 faint three-notes plus two serie |
| | Y(map) | 4x three-notes |
| | N | SURV1 female 4 three-notes |
| YEC-3 | Y (SURV 4 minutes late) | 4 three-note calls, male |
| | Y | one three-note, male |

| Date and time of detection | Miles from ARU to sta. |
| --- | --- |
| 6/14 at 2056, slide 8/11 at 41:14 and 45:12 | |

5/10 at 0355
5/22 at 2239, slide 10/11 three-note starts at 22:53 BARK 22:57
6/15 at 2200 41:03; male 4 four-notes slide 7/11 at 35:17 and 4 four-notes plus two series at 37:15    to 1992-05 is 2.47 miles and 1992-14 i
6/15 at 2300 07:35 slide 2/11
6/22 at 2300, 05:04 slide 1/11
7/27 at 2242, faint to closer
8/3 at 2134

| Surveys performed | Start an | Station | X | Y | Column1 |
|---|---|---|---|---|---|

Snail Canyon 1980-02 (1.89mi) and Andrews Creek 9069-11 (2.37 mi) Wind
is 2.78 miles          2231-2235 at 1992-14; 2308-2318 at 1992-05

Upper Yellow Creek 1924-01 survey time 2301-2312 (0.41mi)
Bear Creek 7/27 1972-06 survey time 2246-2256

| Location | Sta | ARU | Date | Detection Time (s) | Offset |
|----------|-----|-----|------|-------------------|--------|
| DOC09 | 3 | | 3/15/2023 | 200002, 37:48-39:10 | |
| | | | 3/15/2023 | 200002, 40:14-40:20 | |
| DOC09 | 5 | | 3/16/2023 | 180000, 33:01-34:37 | |
| | 5 | | 3/16/2023 | 180000, 33:01-34:37 | 1980, 1992, 20 |
| | 5 | | 3/16/2023 | 180000, 35:56-37:13 | 2148 |
| | 5 | | 3/16/2023 | 190002, 05:22-05:25 | 312 |
| | 5 | | 3/16/2023 | 193647, 21:15-21:21 | 1272-1440 |
| | 5 | | 3/16/2023 | 193647, 26:49-26:57 | 1452 |
| | 5 | | 3/16/2023 | 193647, 24:11, 26:33-26:57 | 1854 |
| | 5 | | 3/16/2023 | 193647, 24:08, 26:26-2649 | 1740 |
| | 5 | | 3/16/2023 | 193649, 29:07-29:32, 30:47-30:52 | 1752, 1764, 18 |
| | 5 | | 3/16/2023 | 203602, 26:58-27:02 | 3168 |
| | | | 5/24/2023 | 210002, 40:55-41:08, 41:18-41:29 | 2448 |
| | | | | 210002, 40:55-41:41, 43:33-43:56 | 2748 |
| | | | 5/24/2023 | 210002 | |

| End Time | Tag | Species |
|---|---|---|
| | WHIS, STOC_IRRE | STOC |
| | WHIS | Strix |
| | SURV1 | STOCrecording |
| 64, 2076 | STOC | STOC |
| | STOC | STOC |
| | STOC | STOC |
| | SURV1?+STOC | STOC |
| | STOC | STOC |
| | STOC | STOC |
| | STOC | STOC |
| 36, 1848 | STOC | STOC |
| | STOC | STOC |
| | STOCF | STOC |
| | SURV1 | |

| Audio Type (Call, Song, Distress, etc.,) | Review Type | Comments |
|---|---|---|
| Starts with one whistle and 14 barking segments | Listening/scanning | Possibly a SURV1 |
| three consecutive WHIS's; possibly SURV1? | Listening/scanning | Possibly a SURV1 |
| | | |
| three four-note calls, oddly spaced | Scanning | possibly voice calls? |
| two four-note calls | Scanning | possibly voice calls? |
| very faint three-note | Listening | vehicle noise |
| one three-note, one four-note | Listening/scanning | |
| one four-note | Scanning | spaced out notes; possibly v |
| two four-note calls | Scanning | spaced out notes; possibly v |
| one four-note, two four-notes | Scanning | spaced out notes; possibly v |
| two four-note calls followed by a short series call and later a ! | Scanning | spaced out notes; possibly v |
| faint three note | Scanning | |
| distant female four-note, one four-note sandwiched by two V | Scanning | |
| | | |
| three three-notes, spaced out | Scanning | Possibly female SURV1 |

**Validation Initials**

LKC

LKC

LKC

LKC

LKC

LKC

LKC

LKC

LKC

oice hoots?

oice hoots?

| Contractor Inspections--Blue&Gold | | | | | | |
|---|---|---|---|---|---|---|
| Spooner Ridge | LKC | 07/25/24 | SPN-3 | SM mini #11 (SMA05334) | 463191 | 4816526 |
| Yellow Creek | LKC | 07/25/24 | YEL-6 | SM mini #13 (SMA05335) | 463717 | 4816970 |
| Lower Thistle Creek | LKC | 07/25/24 | LTC-1 | SM mini #16 (SMA05357) | 462968 | 4831682 |
| Thistleburn Creek | LKC | 07/25/24 | THC-8 | SM mini #8 (SMA05328) | 464183 | 4831698 |
| Flagler Creek | 4506-08 | 31-Jul-24 | FLG-8 | SM mini#11 (SMA05334) | 471141 | 4824251 |
| Rice Flat | 1987-02 | 31-Jul-24 | RIF-2 | SM mini #9 (SMA05395) | 470166 | 4823013 |
| Blackberry Canyon | 6-5 | 31-Jul-24 | BLB-5 | SM mini #5 (SMA05391) | 472928 | 4822677 |
| Blackberry Canyon | 6-10 | 1-Aug-24 | BLB-10 | SM mini #5 (SMA05391) | 473011 | 4823447 |
| Blackberry Canyon | 6-2 | 1-Aug-24 | BLB-2 | SM mini #13 (SMA05335) | 472434 | 4823157 |
| Lane Creek | | 19-Aug-24 | LAN-4 | SM mini #9 (SMA05395) | 488182 | 4822957 |
| Lane Creek | | 19-Aug-24 | LAN-7 | SM mini#13 (SMA05335) | 489145 | 4821989 |
| Lane Creek | | 19-Aug-24 | LAN-8 | SM mini #16 (SMA05357) | 488507 | 4822296 |
| Ben Valley | | 20-Aug-24 | BEN-8 | SM mini #9 (SMA05395) | 485548 | 4818875 |
| Ben Valley | | 20-Aug-24 | BEN-7 | SM mini#13 (SMA05335) | 485019 | 4818481 |
| Ben Valley | | 20-Aug-24 | BEN-7A | SM mini #16 (SMA05357) | 487206 | 4818274 |

| | RR | | | | | |
|---|---|---|---|---|---|---|
| | L OO QQ | | | | | |
| recorded 8/1, surveyed 8/2 | UU | Hike-in station Flagler | | 5-Aug-24 | | |
| | ZZ | | | 5-Aug-24 | | |
| | P | Road station | | 5-Aug-24 | | |
| | P | Hike-in station, up on ridge actual station lower on ridge at E 473056 N 4823360 by CC\ | | | | |
| | TT | Road station before hike-in | | 5-Aug-24 | | |
| | XX | station 2102-04 | | | | |
| | YY | | | | | |
| | EE | | | | | |
| Reploy from LAN-4 | XX | | | | | |
| Reploy from LAN-7 | YY | | | | | |
| 7A, downhill from Hamer station | EE | | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |

*N*

0819_190900-0821_230602
0819_190900-0821_230602
0819_190900-0821_230602

*Blackberry Canyon:* MSNO-station 1916-10, -05 and -02                    Blue and Gold EA

Contractor Inspection 2024 field season

---

Core Walk 03/14 by UNDERWOOD and BAXTER, details of core walk include "each covering a portion of NRF"

Visit 1 *Incomplete* 03/20 by MARSHALL 1916-10 first survey point of the night

Visit 1 COMPLETE 03/25 by VACA

Visit 2 *Incomplete* 05/29 by BAXTER 1916-10 first survey point of the night

Visit 2 COMPLETE 05/31 by WYATT

Visit 3 COMPLETE 06/14 by WYATT 1916-10 first survey point of the night

Visit 4 COMPLETE 07/17 by BAXTER 1916-10 first survey point of the night

Visit 5 COMPLETE 08/02 by WYATT 1916-10 first survey point of the night. Station relocated to proper survey point E 473062 N 482350 by WYATT, incorrectly surveyed on ridgetop at E 470501, N 4787120 V1-4. Distance between locations is 68 meters.

Visit 6 COMPLETE 08/14 by WYATT 1916-10 third survey point of the night

---

SURVEYOR INSPECTION 7/31-08/02

Purpose: to verify surveys performed at station location 1916-10, 02

07/31 Surveyor changes schedule and did not survey the site or station 1916-05 where ARU was located, no recordings

1916-10 WYATT records on data card survey time at 0004-0014, NR, trail walk-in to original point

1916-10 (ARU location) detects surveyor broadcasting calls from 00:04:02 to 00:13:20, saw-whet, tropical bird, tone at 00:14:37

1916-02 WYATT records on data card survey time at 0048-0058, NR, road station

1916-02 (ARU location) detects surveyor broadcasting calls from 00:47:56 to saw-whet, tropical bird, and tone at 00:57:54

(ARU location) detects the tone for survey at 1916-11 at 02:17:30, survey time 0207-0217

(ARU location) detects at 02:21:20 female 3-note broadcasted at station 1916-06 (0220-0230). Distance between 1916-02 and -06 is 1382 meters.

*Rice Flat:* MSNO-station 1987-04, -05                                     Blue and Gold EA

Contractor Inspection 2024 field season

---

Visit 1 *Incomplete* 3/25 by MARSHALL Day activity center search and night survey of one call point. Coordinates of day search noted on data card and draw points to Mill Marsh in East Elk. Difficult to trach approach to core walk.
        Marshall records: "CORE WALK PARTIAL VISIT / SPOT CHECK PARTIAL VISIT ------- ^^Called 001 @ 1726 / 10T 489993 E 4817966 N / 119 E / 2270 ft / Mid Slope / mid habitat - NR ^^Called 002 @ 1757 / 10t 489972 E 4817667 N / 107 E / 2250 ft / Mid slope / mid habitat – NR"

Visit 1 *Incomplete* 3/25 by VACA Night survey

Visit 1 COMPLETE by MARSHALL 3/27 one survey point recorded

CORE SEARCH 4/01 by VACA No notes on activity center search route. Second day search, first search performed by Marshall on 3/25.

Visit 2 COMPLETE 5/27 & 5/28 by WYATT and D'AGROSO

Visit 3 *Incomplete* 6/13 by WYATT

Visit 3 COMPLETE 6/15 by WYATT

Visit 4 COMPLETE 7/16 by D'AGROSO and WYATT

Visit 5 COMPLETE 7/31 by WYATT

        "1987-03: originally called CP at 0010 to 0020. Did not check time when caller tone went off. Drove to 1987-02 and stopped to move some more rocks from rock slide. On starting 1987-02, the time to drive to the CP and move rocks seemed too short to have done a full 10 minutes at 1987-03. Returned to -03 and called for a full 10 minutes to ensure that the CP received full coverage. Likely did not re-set caller when I unmuted the speaker during the original CP time."

        Called twice 1987-03 0010-020, 0038-0048



Visit 6 COMPLETE 8/14 by WYATT

---

SURVEYOR INSPECTION 7/30-08/02

Purpose: to verify surveys performed at station location 1987-02

Picked up inspection data 8/02??

1987-04 (0058-0008)

1987-05 (2356-0006)

ARU detects surveyor broadcasting calls from 23:59:04 to 00:01:38 (station 1987-05) VERY faint survey probably ended later, could not hear, Tone heard at 00:05:28

**Inspection effort started 7/30/2024, included inspection of road, rocks obstructing road between 1987-02 going west just around the bend on the downslope. Notes taken by WYATT are confounding with the order of call points, not sequential in terms of where the rocks were located and what call points were already called.

Rice Flat – rock slide, appreciate noting the conditions of the road and the time it took to remove the rock slide and resurveying two points which may or may not have been completed properly

Originally this is what the Tally Sheet looked like:



Sites called with multiple surveyors need to compile data together or separately?

*Yellow creek:* station 0391-06, -08                                    Blue and Gold EA

Contractor Inspection 2024 field season

_____

Visit 1 COMPLETE, 04/01 by HM

Visit 2 COMPLETE, 5/07 by HM

Visit 3 COMPLETE, 6/05 by CCW

Visit 4 COMPLETE, 07/02 by CCW


Comments: station -08 calls above 0391-06. Rather 0391-08 needs to be relocated more eastward on decommissioned road 24-6-6.1 to target habitat in section T24S-06W sec 05, qs SW, ss SW.

Move station to E 470501, N 4787122 to call into T24S-R06W-section 05